UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIAN KEIPPEL, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                                      CASE NO. 8:19-cv-421-T-02CPT

HEALTH INSURANCE
INNOVATIONS, INC.,
GAVIN SOUTHWELL,
and MICHAEL D. HERSHBERGER,

    Defendants.
_____/

## ORDER APPOINTING OKLAHOMA MUNICIPAL RETIREMENT FUND AND CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL

Having considered the various motions for appointment of Lead Plaintiff and Lead Counsel, including the motion of class members Oklahoma Municipal Retirement Fund and City of Birmingham Retirement and Relief System (collectively, the "Pension Funds") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel, filed pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"),

**IT IS HEREBY ORDERED THAT:**

1. The Pension Funds have timely moved the Court to be appointed Lead Plaintiff in the above-captioned action pursuant to the requirements of the PSLRA.

2. Having considered the provisions of 15 U.S.C. § 78u-4 (a)(3)(B), and the material submitted by the Pension Funds in support of their motion, the Court hereby concludes that the Pension Funds are the "most adequate plaintiff" and that they satisfy the requirements of 15 U.S.C. § 78u-4 (a)(3)(B). The Court hereby appoints the Pension Funds to be Lead Plaintiff and to represent the interests of the Class.

3. Pursuant to 15 U.S.C. § 78u-4 (a)(3)(B)(v), Lead Plaintiff has selected and retained the law firm of Saxena White P.A. to serve as Lead Counsel. The Court hereby approves Lead Plaintiff's selection of Saxena White P.A. as Lead Counsel.

4. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through other counsel designated by Lead Counsel:

    a.    to coordinate the briefing and argument of any and all motions;

    b.    to coordinate the conduct of any and all discovery proceedings;

    c.    to coordinate the examination of any and all witnesses in depositions;

      d.    to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

      e.    to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

      f.    to coordinate all settlement negotiations with counsel for defendants;

      g.    to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

      h.    to coordinate the preparation and filings of all pleadings; and

      i.    to supervise all other matters concerning the prosecution or resolution of the above-captioned action.

5.    No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

6.    Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

7. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall be the liaison between the Court and plaintiffs and their counsel.

**IT IS SO ORDERED.**

DATED: May 10, 2019

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE