**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:   8:19-cv-421-T-02CPT** | **DATE:**   August 6, 2019 | |
| **HONORABLE WILLIAM F. JUNG** | | |
| **JULIAN KEIPPEL, ET AL.**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**HEALTH INSURANCE INNOVATIONS, INC., et al.,**<br><br>    **Defendants.** | **PLAINTIFF COUNSEL**<br>David Reuven Lev Kaplan<br><br><br><br>**DEFENDANT COUNSEL**<br>Lauren Lisette Valiente<br>Michael P. Matthews | |
| **COURT REPORTER:** Nikki Peters | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 2:09 PM - 2:18 PM<br>**TOTAL:** 9 minutes | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC STATUS CONFERENCE

Counsel for the parties advise the Court that the class action lawsuit against Defendants in the SDFL is un-related to this case.

Plaintiffs and Defendants agree that the parties should meet and confer regarding a case management report <u>after</u> resolution of the motion to dismiss which Defendants intend to file.