UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| JULIAN KEIPPEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 8:19-cv-00421-WFJ-CPT |
| HEALTH INSURANCE INNOVATIONS, INC., GAVIN SOUTHWELL, and MICHAEL HERSHBERGER, | ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF LAUREN VALIENTE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

I, Lauren Valiente, certify and declare:

1.   I am an attorney associated with the firm of Foley & Lardner LLP, counsel for Health Insurance Innovations, Inc. ("HII") and Messrs. Southwell and Hershberger (collectively, the "Defendants") in the above-captioned matter.  I am duly admitted to practice law before the Courts of the State of Florida and have been admitted in this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

2.   Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts from HII's Form 10-K filed with the SEC on March 2, 2017, with portions cited in Defendants' Motion to Dismiss highlighted.  A complete copy of the 10-K can be accessed at the following link: https://www.sec.gov/Archives/edgar/data/1561387/000149315217002078/form10-k.htm.

4811-6023-6450.1

3.    Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts from HII's Form 10-Q filed with the SEC on August 4, 2017.  A complete copy of the 10-Q can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000162828017008097/hiiq_63017x10q.htm.

4.    Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from HII's Form 10-Q filed with the SEC on November 2, 2017.  A complete copy of the 10-Q can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000162828017010693/hiiq_93017x10q.htm.

5.    Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts from HII's Form 10-K filed with the SEC on March 1, 2018.  A complete copy of the 10-K can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000162828018002644/hiiq-2017x12x31x10k.htm.

6.    Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts from HII's Form 10-Q filed with the SEC on May 3, 2018.  A complete copy of the 10-Q can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000162828018005866/hiiq_33118x10q.htm.

7.    Attached hereto as Exhibit 6 is a true and correct copy of relevant excerpts from HII's Form 10-Q filed with the SEC on August 2, 2018.  A complete copy of the 10-Q can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000156138718000006/hiiq_63018x10q.htm.

2

8.   Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts from HII's Form 10-Q filed with the SEC on October 30, 2018.  A complete copy of the 10-Q can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000156138718000009/hiiq_93018x10q.htm.

9.   Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts from HII's Form 10-K filed with the SEC on March 14, 2019.  A complete copy of the 10-K can be accessed at the following link:

https://www.sec.gov/Archives/edgar/data/1561387/000156138719000004/hiiq-2018x12x31x10k.htm.

10. Attached hereto as Exhibit 9 is a true and correct copy of the May 9, 2016 Notice of Proposed Agency Action filed by the Office of the Montana State Auditor.  A complete copy of the Notice can be access at the following link:

https://csimt.gov/wp-content/uploads/Notice-of-PAA.pdf.

11. Attached hereto as Exhibit 10 is a true and correct copy of relevant excerpts from HII's March 1, 2018 earnings call cited in Plaintiffs' Complaint (¶¶ 176-77), with portions cited in Defendants' Motion to Dismiss highlighted.

12. Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts from HII's November 1, 2017 press release cited in Plaintiffs' Complaint (¶¶ 166-68), with portions cited in Defendants' Motion to Dismiss highlighted.

13. Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts from HII's November 2, 2017 earnings call cited in Plaintiffs' Complaint (¶¶ 176-77), with portions cited in Defendants' Motion to Dismiss highlighted.

3

14. Attached hereto as Exhibit 13 is a true and correct copy of an August 9, 2017 e-mail cited in Plaintiffs' Complaint (¶ 113) and attached as an exhibit to the Federal Trade Commission's Reply Memorandum in Support of Preliminary Injunction filed in *Federal Trade Commission v. Simple Health Plans,* Case No. 18-cv-62593 (S.D. Fla. April 8, 2019), ECF No. 116, Exhibit PX32 at 377.

15. Attached hereto as Exhibit 14 is a true and correct copy of the United States House of Representatives March 13, 2019 Press Release cited by Plaintiffs in the Complaint (¶¶ 136, 224).

16. Attached hereto as Exhibit 15 is a true and correct copy of relevant excerpts from HII's September 27, 2017 press release cited in Plaintiffs' Complaint (¶ 158), with portions cited in Defendants' Motion to Dismiss highlighted.

17. Attached hereto as Exhibit 16 is a true and correct copy of HII's press release, filed with the SEC on Form 8-K on December 15, 2017 cited in Plaintiffs' Complaint (¶¶ 174), with portions cited in Defendants' Motion to Dismiss highlighted.

18. Attached hereto as Exhibit 17 is a true and correct copy of relevant excerpts from HII's May 3, 2018 earnings call cited in Plaintiffs' Complaint (¶¶ 181-83), with portions cited in Defendants' Motion to Dismiss highlighted.

19. Attached hereto as Exhibit 18 is a true and correct copy of relevant excerpts from HII's October 30, 2018 earnings call cited in Plaintiffs' Complaint (¶ 192), with portions cited in Defendants' Motion to Dismiss highlighted.

4

20. Attached hereto as Exhibit 19 are true and correct copies of Mr. Michael Hershberger's and Mr. Gavin Southwell's Form 4s filed with the SEC on February 5, 2019 and February 14, 2019 regarding the stock sales referenced in Plaintiffs' Complaint (¶¶ 134-35; 219).

21. Attached hereto as Exhibit 20 is a true and correct copy of the November 27, 2018 Aurelius Value short seller report cited by Plaintiffs in the Complaint (¶¶ 130-31, 223).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of August, 2019.

/s/ *Lauren Valiente*
Lauren L. Valiente
FL Bar No. 034775
lvaliente@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602-5810
Tel: 813-229-2300
Fax: 813-221-4210

*Counsel for Defendants Health Insurance Innovations, Inc., Gavin D. Southwell, and Michael D. Hershberger*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Lauren L. Valiente
*Attorney*

6

4811-6023-6450.1