# EXHIBIT 10

**S&P Global**
Market Intelligence

# Health Insurance Innovations, Inc.

# NasdaqGM:HIIQ

# FQ4 2017 Earnings Call Transcripts

## Thursday, March 01, 2018 1:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.34 | 0.37 | ▲ 8.82 | 0.57 | 1.62 | 1.65 | ▲ 1.85 | 2.48 |
| Revenue (mm) | 59.93 | 69.49 | ▲ 15.95 | 68.78 | 240.96 | 250.48 | ▲ 3.95 | 293.10 |

Currency: USD
Consensus as of Mar-01-2018 10:35 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2017 | 0.30 | 0.36 | ▲ 20.00 % |
| FQ2 2017 | 0.34 | 0.46 | ▲ 35.29 % |
| FQ3 2017 | 0.41 | 0.46 | ▲ 12.20 % |
| FQ4 2017 | 0.34 | 0.37 | ▲ 8.82 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

Call Participants .......................................................................... 3

Presentation .......................................................................... 4

Question and Answer .......................................................................... 11

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018

# Call Participants

**EXECUTIVES**

**Gavin D. Southwell**
*President, CEO & Director*

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

**Michael DeVries**

**ANALYSTS**

**Frank Sparacino**
*First Analysis Securities
Corporation, Research Division*

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC,
Research Division*

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC,
Research Division*

**Michael John Grondahl**
*Northland Capital Markets,
Research Division*

**Randolph Binner**
*B. Riley FBR, Inc., Research
Division*

**Richard Collamer Close**
*Canaccord Genuity Limited,
Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

## Operator

Greetings, and welcome to Health Insurance Innovations' 2017 Annual Results Call. [Operator Instructions]

As a reminder, this conference is being recorded. I would now like to turn the conference over to Mike DeVries. Thank you. You may begin.

## Michael DeVries

Thank you, and good morning, everyone. We are delighted to have you join us today for a discussion about Health Insurance Innovations' 2017 and fourth quarter financial results. By now you should have received a copy of the press release with the financial results. If you do not have a copy and would like one, please visit our website at investor.hiiquote.com.

On the call this morning with me, we have Gavin Southwell, HIIQ's CEO and president; and Mike Hershberger, HIIQ's Chief Financial Officer. As a reminder, today's conference call is being recorded, and a replay of the call will be available on the Investors Relations section of our website following the call.

We will be making forward-looking statements on the call. All statements other than statements of historical facts are forward-looking statements. Such statements may describe future plans, objectives or goals, and these statements are generally identified by words such as anticipate, expect, believe or other similar words. Forward-looking statements are subject to future risks and uncertainties, including the risks outlined in the company's Form 10-K. These risks and uncertainties include, among other things, the company's ability to maintain relationships and develop new relationships with health insurance carriers and distributors, its ability to retain its members, the amount of commissions paid to the company, changes in health insurance plan pricing practices, state regulatory compliance and changes and developments in the United States' health insurance systems and laws. Actual results could differ materially from those projected or expected in these forward looking statements. Listeners are urged to carefully review and consider the various disclosures made by the company in this conference call and the risk factors disclosed in the company's annual report on Form 10-K as well as other reports we have filed with the Securities and Exchange Commission. Copies of the company's SEC reports are available on our website at hiiquote.com and the SEC's website. The company disclaims any obligation to update any forward-looking statements after this call.

And with that, I will turn the call over to our CEO and President, Gavin Southwell.

## Gavin D. Southwell
*President, CEO & Director*

Thank you, Mike, and good morning, everyone. I have now successfully completed my first full year as the company's President and CEO, and I'd like to thank our partners for their support and our exceptional team here at HIIQ as I reflect on 2017. I have been looking forward to reporting our fourth quarter and year-end 2017 results as well as laying out our plans to continue growth in 2018 and onwards.

I am pleased to say that our company has never been in a more favorable financial position or positive regulatory environment.

I will begin this discussion with a reflection on our accomplishments over the past year, both financially and operationally.

We are pleased of our performance. Record fourth quarter revenues grew by 35% year-over-year to $69.5 million. Adjusted EBITDA for the fourth quarter was $10.5 million, up 18.7% year-over-year, while adjusted earnings per share for the fourth quarter was $0.37, up from $0.35 in the fourth quarter of 2016.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018**

For the full year 2017, our revenue was $250.5 million, a 36% year-over-year increase, exceeding expectations. We also ended the year with adjusted EBITDA of $45.5 million and adjusted earnings per share of $1.65, both exceeding our earnings guidance.

During the fourth quarter, the federal government passed the Tax Cuts and Jobs Act of 2017, effectively lowering corporate tax rates beginning in 2018. Our CFO, Mike Hershberger, will provide more details. Going forward, the favorable tax rate will be incremental to our adjusted earnings per share.

This quarter's strong financial performance reflected robust selling trends, especially during the ACA open enrollment period that began on November 1.

We had record policies in force at the end of 2017, 376,100 policies, representing a 30% year-over-year increase.

During the quarter, we also set a new record for submitted policies, 228,400, representing a 28% year-over-year increase. Our third-party licensed agent call centers drove the year-over-year increases. In the most recent open enrollment period, which was significantly shorter than in previous years and ended in December and not January, we expected the sales would be strongest towards the end of the open enrollment period, and this proved to be the case, with December behaving similar to what we have seen in January prior years. We plan our approach and resource using a data-driven approach, which was successful in the fourth quarter and throughout 2017.

Looking forward to 2018, the strength in our business allows us to provide guidance above the current Street consensus. Our full year guidance for 2018 for revenue is between $290 million and $300 million, which is a 15% to 20% increase year-over-year; our non-GAAP metrics of adjusted EBITDA to grow 20% to 25% to grow year-over-year, which is $54 million to $57 million; and adjusted earnings per share to grow at a faster pace due to favorable income tax changes to $2.45 to $2.55.

These guidance numbers are based on our current method of accounting for revenue. As an emerging growth company, we will be adopting the revised revenue recognition standard known as ASC 606 in the fourth quarter of 2018, and our CFO will provide additional color on our implementation and estimations around ASC 606 for 2018.

Looking back on 2017, we continue to exceed expectations and are optimistic about the future. Here are some of the accomplishments we made during the past year.

We exceeded guidance and expectations, delivering record revenue and record adjusted earnings per share. We improved liquidity, completing a $150 million shelf filing, and we secured a $30 million plus $20 million accordion revolving line of credit.

We significantly improved our cash position, $39 million at year's end, up $27 million year-over-year, whilst also growing our top line revenue by over 35%.

We expanded and diversified distribution whilst improving compliance. We also expanded products and carriers, and we made a strong push to be the leaders in what we refer to as Health Benefit insurance plans. And we improved all aspects of customer service, with less than a 0.01% DOI complaint ratio, and we maintained a leading call answer time of seconds.

We executed a HIIQ stock repurchase, and we improved our technology infrastructure and set the stage for the next generation of our technology platform.

As a company, we are data-driven and having helped insure millions of consumers, we have access to vast data on the individual health insurance market, which gives us an insight and understanding that our competition likely do not have.

We also provide high-level data to many stakeholders, including the White House, HHS and many media outlets.

Health insurance here in America is often a very sensitive issue, and often, people have strong opinions without all of the facts. It's important to highlight some high-level data around the current state of the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

health insurance market and the reality of the challenges it faces, and we will release more detailed analysis throughout 2018.

First, some background. HIIQ faced a very different environment when I joined the business in 2016 and throughout 2017. As consumers who access our products offered on our technology platform have always suffered a penalty via the ACA individual mandate, as only ACA plans meet the requirements of the individual mandate. Although, our plans are significantly cheaper than ACA plans, often a fraction, this penalty clearly adds to the cost, and the removal of this mandate, which happened as part of tax reform, should be helpful.

Also in 2016, one of our core products, short-term medical, or STM, came under attack from a new rule restricting this product to 3 months, and that rule came into effect in the first quarter of 2017 despite overwhelming opposition from many consumer protection groups, independent commentators and many state regulators.

Although we worked with our numerous insurance partners to create innovative solutions and had success with these solutions, this created additional complexity we have to work through.

Now in 2018, there are regulatory tailwinds. On February 20, HHS proposed a rule that would change the maximum duration of short-term medical policies to less than 12 months, as opposed to the current maximum duration of less than 3 months.

The federal government has acknowledged that average premiums have more than doubled from 2013 to 2017 for ACA health plans, and half of U.S. counties have only 1 insurance carrier to choose from. We are pleased with this proposed rule change, as it benefits the consumer by providing more affordable health insurance options. This proposed change would also have a positive impact on our financials, especially e-commerce, in the second half of the year.

With the fifth open enrollment period now behind us, we are able to analyze data points that provide an insight of health insurance under the ACA.

In the most recent 2018 open enrollment period, ACA individual marketplace enrollment dropped by 3.7% or 455,000 fewer enrollees versus 2017.

According to the CMS, over 51% of the counties in the U.S. had only 1 insurer available to them on ACA exchanges in the 2018 open enrollment period.

This lack of competition in so many counties has contributed to rising premiums and has left millions of Americans with little or no affordable options on the marketplace.

Also, federal advertising was cut last year. So there was less outreach and lower consumer awareness in the overall market, with the Kaiser Family Foundation finding that approximately 60% of Americans saw or heard little or nothing about this past open enrollment period.

We are a consumer advocate. We will put on our technology platform whatever product meet consumers' demands and needs. Short-term medical plans and Health Benefit Plans are not the same as ACA plans and are not suitable for everyone. They do, however, provide consumer choice and provide a valuable safety net for consumers who do not qualify for Medicaid or a subsidy for ACA plans.

Recent legislative changes have made our plans even more affordable for 2019. The individual mandate penalty has been repealed as part of tax reform. So effective 1/1/2019, Americans will no longer be required to pay a tax penalty for purchasing an alternative to ACA-compliant plans. This change makes the plans we offer even more competitive, since Americans will be able to choose to purchase other forms of insurance with no penalty.

Lack of awareness is still a factor, with 64% of Americans estimated to be unaware that Congress has repealed the individual mandate. A key initiative for 2018 is to reach and educate as many consumers as possible.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we look forward to 2018, we're excited by the opportunities. My top initiatives include: Customers first, we are laser focused on our best-in-class customer service; distribution growth, throughout 2018, we will continue the expansion of our third-party call center distribution, both adding new licensed call centers and increasing organically sales at our existing licensed call centers; reaching consumers to educate and provide affordable options; launching the next generation of our technology platform; maintaining industry leadership in data-driven product innovation.

We are increasingly utilizing our proprietary data to drive decisions in product innovation and will continue to strategically add new products to address customer demands and shifting trends.

And finally, we will focus on scalability and leverage. We expect our technology platform to continue demonstrating operating leverage, which we will continue to enhance whilst growing revenue and controlling our cost base.

Third-party licensed agent call centers continue to be the growth leader for the fourth quarter of 2017. And by adding new products to our portfolio and leveraging our proven technology platform, we remain confident in our ability to continue driving profitable growth.

We remain committed to our prudent strategy, which is focused on efficiently providing affordable health care solutions to consumers who would not otherwise have insurance that meets their needs.

Here at HIIQ, we are committed to the highest standards in compliance and customer service and maintaining our high level of consumer satisfaction.

We continue to close historic regulatory matters, and we look forward to continuing to work with state and federal insurance regulators to ensure consumers continue to have access to health insurance products that meet their personal and financial needs.

As an example of our continued investment in compliance, we are working with Kofax to implement its industry-leading, compliant script verification processes. This technology further enhances our control environment.

We also added a new risk and compliance committee, which includes all of our independent directors, as part of our ongoing commitment to keep strengthening our risk and compliance oversight.

As we look ahead, we will continue to invest in our technology platform to improve our members' experience, and we will launch the next generation of our technology platform in 2018. We will also continue to invest in e-commerce and enhance our scalability to maintain our competitive advantage.

We expect that our stronger sales for submitted policies will continue to seasonally occur during the fourth quarter of 2018.

HIIQ continues to be uniquely positioned to take advantage of the growing demand for affordable health insurance solutions. We are product agnostic, and we will add to our platform whatever product meets the consumer's demands and needs based on the data available.

We appreciate your time today. Thank you for interest in our company, and I'd like to turn the call over to Mike Hershberger, our Chief Financial Officer.

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Thanks, Gavin, and good morning, everyone.

We're pleased with our record results this quarter and for the calendar year 2017, which once again exceeded our revenue and earnings targets.

Our results have extended the strong track record we have built of expending our revenue and driving operating leverage, while meeting our consumers' affordable health insurance needs.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As Gavin mentioned, we have several strategic initiatives under way that contributed to the acceleration of submitted policies during the open enrollment period that ended on December 15, 2017. We believe that these initiatives should contribute to sustained growth through 2018 and beyond. We will continue to invest in what we consider to be attractive growth opportunities.

As I review the financial results for the fourth quarter and calendar year 2017, I'd like to highlight a few key points. Our fourth quarter revenues were a record $69.5 million, increasing by 35.2% year-over-year. For all of 2017, our revenues were $250.5 million, an increase of 35.8% over 2016. Our total policies in force increased to a record 376,100 at the end of the fourth quarter, up 29.6% year-over-year. Total submitted policies for the fourth quarter were up 28.8% year-over-year, providing visibility of future revenue in the upcoming quarters. We experienced strong organic growth in submitted policies in the fourth quarter from our existing distribution channels, both e-commerce and third-party licensed insurance agents.

Throughout 2017, we continued to leverage and drive scalability in our operations. Our core SG&A for the quarter, that is total SG&A plus marketing, leads and advertising, stock composition and nonrecurring costs, as a percentage of revenue was 16.8% in Q4 2017. Core SG&A for all of 2017 as a percentage of revenue improved year-over-year from 18.5% in 2016 to 17.2% in 2017.

The driver of this metric continues to be our highly scalable technology platform, integrating carriers and distributers while allowing consumers to quote their policy buy their policy, print their insurance card and the electronically secure health insurance coverage.

EBITDA was $18.7 million in the fourth quarter of 2017 compared to a negative $4.9 million in Q4 2016. EBITDA was favorably impacted by the Tax Cuts and Jobs Act of 2017 that was signed into law last December.

The EBITDA impact from this tax rate change was a pickup of $11.8 million as a onetime increase in other income due to a reduction in the tax receivable agreement liability compared to last year, where we had a onetime deferred tax asset valuation release of $9.2 million unfavorably impacting the Q4 2016 EBITDA. For the year, EBITDA was $47.3 million in 2017 compared to $11.7 million in 2016.

Fourth quarter 2017 GAAP earnings per diluted share was $0.30 compared to a loss of $0.02 in Q4 2016. Full year 2017 GAAP earnings per diluted share of $1.50 compares favorably to $0.57 in 2016.

2017 GAAP earnings per diluted share was impacted by several onetime events in Q4, including a decrease in our deferred tax asset due to those tax law changes, resulting in an increased tax expense of $12.6 million in the fourth quarter, offset in part by the $11.8 million onetime increase in other income due to the reduction in the tax receivable agreement liability. The net unfavorable effect of the tax law changes on our GAAP earnings for the fourth quarter was approximately $800,000 or about $0.06 per diluted share.

Turning to our non-GAAP metrics, adjusted EBITDA and adjusted earnings per share both increased year-over-year. Adjusted EBITDA for the fourth quarter was $10.5 million compared to $8.9 million in Q4 2016. Full year 2017 adjusted EBITDA was $45.5 million compared to $27.8 million in 2016. The full year 2017 adjusted EBITDA as a percentage of revenue increased to 18.2% compared to 15.1% in 2016.

Adjusted EPS for the fourth quarter was $0.37 compared to $0.35 in Q4 2016. Full year 2017 adjusted EPS was $1.65 compared to $1.12 in 2016.

We believe that our non-GAAP metrics of adjusted EBITDA and adjusted earnings per share provide a meaningful measure of our financial performance. We provided a reconciliation of our GAAP metrics to our non-GAAP metrics in our earnings press release that was published last night.

Looking forward, we expect that the tax rate change will have a favorable impact on our adjusted EPS for 2018.

We continue to make short-term loans to our distributors based on actual sales that we refer to as advance commissions. These advance commissions assist our distributers with their cost of acquisition and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018**

provide them with working capital. We recover the advance commissions from future commissions earned by the distributors on premiums that we collect over the period in which the policies renew.

As expected in the fourth quarter, we experienced a sequential increase of $12.5 million in advance commission loans for a total of $39.5 million outstanding at year-end, up from $37 million a year ago.

Cash and short-term investments totaled $39.3 million at the end of the fourth quarter of 2017, up $27.1 million from the prior year.

We also purchased about 222,000 of our HIIQ shares in the fourth quarter with an investment of about $4.9 million.

In 2017, we generated $41.9 million in cash from operating activities, and we ended the year with no debt.

As you will recall, HIIQ is an emerging growth company. We will be adopting the new revenue recognition standard in Q4 2018, and it will be applied retroactively for at least 2018. We're currently evaluating the impact of the adoption of ASC 606 on our financial statements, and we will continue to communicate the potential impact of the new revenue recognition standard as the year progresses.

We will initially be providing our 2018 revenue and non-GAAP metric guidance in a manner that is consistent with our current revenue recognition policies, and we will update guidance at a later date, if necessary.

Looking forward to 2018, we expect to generate between $290 million and $300 million in revenue based on our current revenue recognition policy for the full year, resulting in an expected growth rate of approximately 15% to 20% year-over-year.

We expect to generate adjusted EBITDA of between $54 million and $57 million and adjusted earnings per share of $2.45 to $2.55. The significant growth of our adjusted earnings per share is partly driven by the favorable tax impact of the corporate tax rate reduction beginning in 2018. We believe that the reduced tax rates will favorably impact our expected adjusted EPS by approximately $0.45 in 2018.

Our earnings reflect continued strong operational results and improved scalability, offset by accelerated product development expenses. Due to the changes in the Affordable Care Act open enrollment periods, we expect seasonal variations in submitted policies to continue in 2018.

We expect to continue to deliver strong results through our expansion of innovative products; expansion of our distribution networks, including both existing and new distributors; maximizing our e-commerce opportunity; providing best-in-class customer service and scalability, driven by our technology platform.

Thank you for your time today. With that, I'd like to hand the call back to Gavin for concluding remarks before Q&A. Gavin?

**Gavin D. Southwell**
*President, CEO & Director*

Thanks, Mike. Some final thoughts before we open the call up for Q&A.

We have exceeded all excitations in 2017, and we have delivered this despite the challenges we have faced. We have proven we will not be distracted from our mission of reaching consumers and providing a safety net for them and their families.

Insurance is built on data. Data is objective and measurable. And every data point indicates that our customer satisfaction is market-leading, as we provide valuable products to the consumer in a market which greatly benefits from our leadership.

We also delivered exceptional growth in adjusted EBITDA while continuing to invest in enhancing our compliance and also investing in developing the next generation of our proprietary technology platform. Throughout 2018, we will launch new technology initiatives that will best serve our consumers and enhance our offering.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

1.1 million Americans accessed coverage in 2017 because of what we do. We are proud of this business and what we have achieved, and there's a lot more to come in 2018 and beyond. Now we'd like to open the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Richard Close with Canaccord Genuity.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Mike, I was wondering if you can just help us out maybe on the marketing in core SG&A. I think marketing growth was, call it, 26% in the fourth quarter, core SG&A up 38% year-over-year. And just help us out in terms of as we think about 2018, maybe the quarterly cadence on those. I know that given open enrollment closed in December rather than compared to January last year. I just want to know how those line items -- how we should be thinking about those line items here in the first quarter and as we progress through '18.

**Gavin D. Southwell**
*President, CEO & Director*

No, it's a great question. I'll give some color, and I'll hand over to Mike. You're absolutely right, we're not going to give quarterly guidance through the year, but we do want people be aware of the seasonality. So the importance of open enrollment ending in December as opposed to January is something we planned for and we allocated resource to. So the behavior that you've seen in our financials was very much expected, really driven by the impact of open enrollment ending in December, the last month of the quarter, as opposed January, the first month of the first quarter. So Mike, I'll hand over.

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure, absolutely. And what I believe you're referring to, Richard, is the marketing and advertising line item that we talk about in our core SG&A as a percentage of revenue. And we refer to that as our cost of acquisition, generally, and it's generally driven by our e-commerce sector of our company. So as we think about the sales, that cost of acquisition is accelerated at the time of the spend. So it's really a direct function of the success of our e-commerce in the fourth quarter.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, it's a good indicator of growing sales in that quarter.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Okay. But what I'm trying to figure out is, would you expect a step-down? I think, in the last quarter you talk about increased spending into the open enrollment period. Since the enrollment period ended in December, is there a step-down in that -- in the marketing in the first quarter?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, so the behavior in the months following open enrollment, where it will be consistent with prior years, except the shifting of the months is slightly different. So the behavior of kind of February last year, you could logically conclude, should be consistent with January of this year, because of the shifting of those months. But this is -- we're a data-driven business, we understand to the day, to the week where we think our opportunities will be. So we've planned for this, we've built it into our guidance for '18, but we do want people to kind of model for a crescendo through the year, as we had last year, just with that adjustment kind of from January to December.

**Richard Collamer Close**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018**

*Canaccord Genuity Limited, Research Division*

Okay. Another question I had, Gavin, when I was first introduced to the story, you talked about better financial relationships with the carriers. The risk premium as a percentage of premium equivalents, that continues to go down on the positive side, obviously. But can you talk a little bit about that in terms of the success you've had there? And then are there still -- is there still low-hanging fruit there? Do you see more opportunities?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, thank you. So it kind of shines through in our results. We have about a 500 basis point improvement year-over-year in terms of what we retain and what we pass on to carriers. So I think that's a really promising start. I think that we would have liked to have been able to go and make more of these improvements, but we did have to work through some added levels of complexity in 2017. So there's certainly a lot of benefit that we haven't yet gotten to. We don't want to guide to always having these 500 basis point improvements. But as we continue to grow and we give business to carriers with such high levels of consumer satisfaction and with the data and the insight we can provide, carriers can be very satisfied. And that allows us an opportunity to work with our partners and ensure that we're all being rewarded for value that we add. And I am conscious some of our carriers listen to this, so we thank them all for their support.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

And my final question is on the compliance side. You talked of -- you mentioned something, I didn't catch the name, but the script verification services. Can you tell us a little bit about that? Is that in place, and just some background there.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, we're always looking for anything we can do to try to enhance our offering. We -- since I arrived, we've been asking carrier partners, departments of insurance, look, here's our control environment, we think that it's market-leading, is there anything else you think we can do to enhance it? And we think that it's incredibly strong, particularly compared to many of our peers. But if we see a bit of software like this, which we think can add an additional level of control, especially preventative controls, which are the strongest. Detecting and mitigating is fine, but it's always better to prevent. So Kofax is great partner for us. Scripts are often updated and changed, and this will just provide a really great tool for us. We're in the process of implementing it. So we're just identifying it as just one example of many, because we flagged some through 2017. And I know that people are interested in what we're doing around our compliance areas, so we were giving it as an example. Once we have it fully up and running, I think we're intending to release some more detail in partnership with our partner around exactly what it will do and how it will work. But it's ensuring that scripts are always up-to-date, and so it's a very good preventative control.

**Operator**

Our next question is from George Sutton with Craig-Hallum.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

So as you contemplate your guidance, could you give us a sense of how you built in expectations for a couple of the big things occurring this year? You're going to have the move from 3-month policies to 12-month policies, and then also you've got a new platform coming that, I think, will broaden out your opportunity. How is that impacting your guidance?

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018

Great, thank you. We don't build into our guidance any of those potential upsides until it's in place and we can see it and we can understand the real impact of it on our financials. We're very fortunate here that the products we have are very predictable. The behavior of the block is very predictable, and we have a great insight into our data and our financials. And so we've always taken an approach of wanting to have as good a level of certainty before building something like that in. We feel very confident that the new HHS rule will pass, and we -- that will provide a -- potentially, a great upside for us, especially on that e-commerce side. But until then, we'll work with HHS and other stakeholders to make sure that we get it passed through. The same thing with our technology platform, we're really excited around what we'll be launching this year. It certainly broadens out the opportunity. But once we've launched it and we have it working and we can see the impact, we'll give more details, and we'll be able to then bake that in.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Okay, great. One other question relative to the outstanding state cases. I recognize you have had multiple states conclude favorably. It seems that the cases in limbo were a bit stalled. How are you looking at getting this to a conclusion?

**Gavin D. Southwell**
*President, CEO & Director*

Well, we had a period from kind of April of last year of no questions, and we still haven't had any draft findings presented to us or any issues. There's a -- the more activity we have around that review the better. I'd say, any kind of activity would be a good signal that we are on the right path. And I'd hope to be able to disclose some activity around that, and that's all we're working towards. I mean, we know it's a priority. We've always been very open and transparent. We know our business, we know how we're set up to operate. We have a great belief in our control environments. We've set up a risk and compliance committee. We've added an independent board member. We have nothing to hide, and I think that will be proven out, as it has been by our ability to close these historic items very effectively, and we'll continue to do that.

**Operator**

Our next question is from Mike Grondahl with Northland Securities.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Gavin, you've alluded a little bit to expanding distribution, working with new carriers and new products in 2018. I know you can't name any, but can you give us a sense of kind of the order of magnitude in those categories, like how significant could these be, these new things you're working on?

**Gavin D. Southwell**
*President, CEO & Director*

Well, we haven't included any of those potential upsides into our guidance, because we could have a distributor that could potentially be very meaningful, but we would scale up that distributor, as we did last year. So we would start with a small number of licensed agents, we would do the training, and we will track it very closely and very carefully. So if on the first day, there were too many calls to customer service, not even cancellations, we would turn off the links. And so you have to take a very considered approach in order to be able to maintain such a high level of consumer satisfaction. And so we've had great success at adding new distribution. All the distribution we added last year was successful, it ramped up and that kind of culminated in such a big Q4. And this year, we've had more success at winning new distribution partners. But it will be the same approach, we'll add them, we'll train them, we'll ramp them up. And then once where at a point where they and us, we're all happy with how it's progressing, then we'll be able to build it into our numbers. So unfortunately, I can't give too much more color than that, but we're very excited. As we continue to grow as a business and we invest in compliance, customer service and technology, it really allows you to deal with another category of partners that this business didn't have access to before. And that's very exciting for us. That's what we wanted to do back when I joined the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018

business. And we've had a lot of noise to deal with. And I think, in 2018, we see that dissipating, and we see a great opportunity.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Got it. And then could you just highlight again maybe the benefits coming from the next-generation platform? You talked a little bit about operating leverage and broadening the platform, but just go over again what the expected benefits are.

**Gavin D. Southwell**
*President, CEO & Director*

Well, we have a very large number of consumers who access our platform, and that's a great opportunity. So if we can enhance the user experience, then it opens up a lot of really exciting things to us. So these are very important products to people. There are some type of insurances people don't use and they don't access. This is health insurance. It's an incredibly important safety net, and we want consumers to access their products, understand the value of these products. Because it's proven by the data that these are the people who are retained for longer, and so that's good for everybody. So if we can improve the user experience and we can allow them to access as many elements as possible -- and I want to be clear, we are already very proud of our platform, it's very powerful, but there are additional things that we can enhance to really be accretive to the consumer, to us and to our partners. So we're really excited about that. We just really want to position it on this call. And as we go through 2018, we'll talk a lot more about it, and we'll really detail out where we see the major benefits.

**Operator**

Our next question is from Steve Halper with Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Just 2 questions. With respect to the state regulatory review, you talked about potentially disclosing some activity. Does that mean that you've had some activity there, understanding that you've had no questions from April 2017? But have you recently have had more activity there?

**Gavin D. Southwell**
*President, CEO & Director*

Well, usually, we include very detailed comments in our disclosures, which will be going out shortly. I think that's the usual way that we talk around it, but any activity is absolutely a positive. We wanted to have as much activity around this as possible, because that will allow us to kind of reach the conclusions. I mean, the intention of these reviews is a good thing. They're trying to identify if there are issues and if there are better ways they can protect the consumer. And we're very aligned in that endeavor, and so we want there to be activity. And again, we usually do this through our regulatory disclosures, and I think we'll do that the same way here. And if there's follow-up questions, I'll be happy to talk about it. I'm sure we'll be talking more about this review in the first part of this year.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Okay, that's helpful. And then given all the sort of positive tailwinds and more consumers potentially buying these type of products, can you give us a sort of a short -- your short view on the competitive environment right now?

**Gavin D. Southwell**
*President, CEO & Director*

Well, a simple analysis of the most recent open enrollment period. If you look at the -- an average American and their salary and you take what's considered affordable according to the IRS, the reading is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pretty worrying in that if you're 40 years old and you have 1 child, there don't appear to be any affordable Silver plans anywhere in America, and it's similar for -- clearly, for Bronze plans as well. So we've done some initial analysis around affordability, what's happening in our marketplace. We're going to complete our analysis, and we'll issue our analysis as we kind of go through 2018. But it's just -- the situation on price increase has continued to be a theme. That's been recognized by everybody. So we're not for or against -- we're not on either side. We simply want to offer products that provide a safety net to consumers. And so for us, the products that our consumers can actually reach is the main point. And really awareness is kind of bigger than competition. The more aware that people are of the availability of these products and what they can actually get for their dollars, it's huge. What we've found is if you can access a consumer and you can show them that there are Health Benefit Plans or short-term or whatever that product is and it meets their demands and needs, then they're very likely to buy that product and benefit from that product. So awareness is a big thing for us. There's a lot of false and misleading information out there, because it's such a sensitive and kind of politically driven debate. We're agnostic in terms of our product. We'll add whatever product it is that meets the consumer need. So I think awareness is a big theme for us, and you'll see a lot more of us providing data and really allowing that consumer to make the choice. The products are very clear in what they do and don't do, and if it's suitable, great, and if it isn't, that's great, too.

**Operator**

Our next question is from Mark Argento with Lake Street Capital Markets.

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC, Research Division*

Just wanted to drill down a little bit on the opportunity with short-term now going back to the 12 months. I know it sounds like mostly positive impact on the e-commerce side, the agile side of the house. Can you talk about that and the timing, assuming that executive order gets worked through here? Can you guys start selling midyear? And then one for Hersh, just quick on 606 change or the potential change. Could you just give us a high-level thought on that initially? That would be great.

**Gavin D. Southwell**
*President, CEO & Director*

Thank you, great questions here. So we anticipate that the rule change would come into effect within 60 days, after the 60-day consultation period. So we kind of looked around the midpoint of the year to have 12-month products available. See we're tracking it very closely, and we're working with lots of different stakeholders. This would certainly have a benefit online, because in our other distribution channels, a licensed agent can explain to consumers the solutions we put together, which is the ability to have several policies where the consumer isn't worse off. So it can cover them for -- it can effectively provide them a coverage for the period that they require, as opposed to just this kind of limited period. And that's harder to explain to somebody online. It just is. And so we look forward to that rule change coming through, and we kind of plan for it towards the mid part of the year. But we don't bake that in, because we need to just really bottom that process out. And then the next question, I think, was for Hersh.

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure. So Mark, maybe to paraphrase your question, it's just maybe an update on the 606, and how it could potentially impact us or how we're viewing it. So currently, we're recognizing revenue as consumers pay their premium. So we recognize it essentially with our policies in force. And we've got a strong team evaluating the implications of ASC 606. So it's a complicated rule, and we're certainly working through it, and we will have the correct answer. As an emerging growth company, we will adopt it in the fourth quarter.

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And I think I'll just add as well. Everyone is dealing with it. Our approach is to give as much color and insight as we can whenever we have these opportunities. So we'll try to -- we don't like to give surprises, and we'll make sure everyone is fully updated in terms to our progress.

**Operator**

Our next question is from Randy Binner with B. Riley FBR.

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

The most of them have been covered, but I guess, just on the 606. So if it's a revenue recognition issue, where you recognize it as received currently, can you scope out for us? I guess the alternative would be an accrual method, I'm assuming. So is that right? And like how -- what kind of term would the accrual follow? And if it's not that, what -- how would that shift?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure, so I would characterize it really as a -- there's 2 methods, there is a point in time and then there would be an over time methodology. So a point in time would essentially be an acceleration of the expected lifetime value of that sale that would occur in the period that the sale occurred. And our current revenue recognition is over time. And I would say that we're evaluating both aspects, and so we're not looking at this change to be a negative impact to HIIQ.

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

Yes, okay, that's helpful. And then the only other one I had was just on tax. So we're around like 24% in our model, I know you mentioned tax is held by a certain amount, but there's a lot moving in the model. So can just let us -- are you giving a tax rate that you're planning on for 2018 and 2019?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Yes. So in 2017, the non-GAAP metric that we utilize is adjusted EPS. So we take our taxable net -- adjusted taxable net income and apply the maximum corporate tax rate. So in 2017, that was 35%. We use an assumed tax rate for state income taxes of 3%. So in 2017, we used 38%. In 2018, we would use the maximum corporate tax rate of 21% plus 3%, so 24% in 2018.

**Operator**

Our next question is from Frank Sparacino with First Analysis.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

Mike, real quick on the mix for the quarter. If I missed this, I apologize. But what was it in terms of the short-term medical versus the Health Benefit?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Yes. So our submitted policies for the fourth quarter was about 55% of our Health Benefit insurance plans, about 45% short-term needs or medical.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

So no real change over the last couple of quarters?

**Michael D. Hershberger**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CFO, Treasurer & Secretary*

That is correct.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

Gavin, you touched on this a couple of times in terms of building awareness. Obviously, in years past that's been challenging for a variety of reasons. Given the more favorable backdrop, how do you reach more consumers and build that awareness? I mean, I know the distributors -- adding distributors is helpful, but is there anything that you can do more aggressively from a marketing and advertising standpoint or new partners that helps broaden the reach?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, there absolutely are. Where we sit in the chain, we've identified the key areas of reaching consumers. And because of our size and our buying power, I think we have the ability to be able to help our partners reach more consumers. I also think that we're able to create partnerships to be able to help us access consumers we previously didn't have access to. And I think a good part of it is our technology and our investment into our e-commerce. We've been very successful at maintaining a really excellent conversion rate once people find our straight-to-consumer website. So the more people we can make aware and we can drive to that site, the more that will help drive growth on that side. So there's a number of initiatives we're working on. We identified this a long time ago, and we've been working towards it. We just really want to flag that as we know this is an issue out there, we've prepared, and we've been -- we've done some opportunistic things in 2017, and we'll continue to do those opportunistic items. But we also have a bigger, more strategic approach, which is really built on our technology, which allows us to access a number of those different areas. Yes, so it's a big initiative there.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

Okay. And maybe lastly, Gavin, just any thoughts as it relates to what's going on in Idaho in terms of kind of the new insurance plans that they proposed. Is that an opportunity for you in terms of new products? Is it competition? Or how do you look at that to the extent that, that moves forward?

**Gavin D. Southwell**
*President, CEO & Director*

Well, I think what they're doing in Idaho, and that commissioner is the new head of the health care committee, is they've recognized their consumers have a need, and they're trying to take an action to meet that need. And I think that's really healthy. I think the more we see state and federal regulators recognizing that there is an issue we need to solve for -- and it's bigger, it's more important than an idea or an aspiration, this is real life stuff, this is a very -- it's a really important product. So I think it's great. We want to have more competition. Right now, we're actually restricted from accessing groups of people because of the way the market is set up. And so the work we're doing with carriers is developing new products. Really, once you identify the need and you take the data, that's the root, right, is keep creating products, keep trying to meet the need. And the more distribution you can add to reach as many consumers, then the better for everyone. So I welcome it. I think that Dean Cameron is doing his best in a difficult situation.

**Operator**

And our final question is from Richard Close with Canaccord Genuity.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Gavin, I just wanted to clarify the multistate investigation, in terms of you've said that you haven't received any questions since April or May of last year. But then you talk about activity being positive. Should we view the fact that you haven't received questions as a negative or...

**Gavin D. Southwell**
*President, CEO & Director*

To clarify that, so what we've done previously is we've relied on regulatory disclosures. I actually think it's more sensible. We hadn't received any questions since April of last year. And we have recently received follow-up questions, which we're disclosing in our regulatory filings. And I'm happy to talk about it in as much detail, because we view it very positively. So I think when we had the initial question, my thought was, we're already disclosing this, that's what we've always consistently done, let's be consistent. But actually for the sake of clarity, we are providing supplemental information. So we have already provided a very detailed level of our -- information around our business, every element of our business, historically, approximately about a year ago, a little under a year ago. And so a very important stage is being able to provide supplemental data to update that would, conceivably, then allow us to say, okay, we're now at the point where we have a great understanding of every element, let's discuss where we are. So yes, to clarify, we hadn't received any questions since the 26th of April, 2017, but that was frustrating. And we've been wanting to be like, look, if there's anything else, let us know, otherwise, let's talk about resolving this. And so finally, we have that activity. And like I said in my initial comments, I was trying to say, look, we welcome activity. This is what we wanted since the 27th of April, 2017. So we look forward to being able to talk about that information with the examiner and the other stakeholders. And again, it's detailed in our disclosures. So I hope that's helpful. If you have any follow-ups, let me know. But yes, thank you for clarifying that. We were debating [indiscernible] if I should comment. So yes, thank you.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

That's very, very helpful. And then my final question will be, questions on churn, people -- some people focused on that. You obviously -- the policy lapse metric increased pretty significantly in the fourth quarter. Can you give us some background on that, exactly why that happened?

**Gavin D. Southwell**
*President, CEO & Director*

Well, part of it is -- these results, we're proud of these results, but it was despite some of the challenges that we face. So the STM rule change meant that any policy that was in effect that was sold before the end of Q1 had to finish before the end of the year, which is bad for consumers, but that's just what happened. So that was a one-off event that inevitably would have resulted in more people coming off than we would have usually anticipated. So I think we did a pretty good job of trying to identifying those people and helping them reach additional products, but that would be a driver. And thank you for pointing that out. We want people to pick up on that.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

So that's just like a -- really a onetime's thing, potentially, right? Just because you would've had multiple months, essentially, of policies ending at one time.

**Gavin D. Southwell**
*President, CEO & Director*

Exactly. I mean, the theme of our business is products are lasting longer. A key part of our focus is improving retention. So the hiring we're doing here, it isn't in compliance or customer service. We did all of that heavy lifting in '16 and the first part of '17. We're hiring people who can talk to consumers and help them understand the benefits they have and how to access those benefits. Because the more they access the benefit, the better the retention. So retention is improving, and so we don't want that to be -- we do want people to think that's an indicator of something that it isn't. It's perhaps slightly artificial, and it's driven by a rule change that forced people to come off insurance. I mean, what a rule change.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ4 2017 EARNINGS CALL | MAR 01, 2018

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

And I apologize, I have one additional one. With respect to the association rule change that's been proposed, can you talk about how that potentially impacts you guys positively or negatively?

**Gavin D. Southwell**
*President, CEO & Director*

Well, it's interesting. I've been at a couple of our large carrier events in the last 2 weeks, and there was a big debate around the association point. Because this has been something in the U.S. that for many years that people are trying to find ways for this to work and for it not to work. For me, the answer is, there are large blocks of people who have similar interests, similar jobs, similar careers, similar backgrounds who we can reach if we have the right technology and the right partners to do that. And in previous lives, we have successfully done this in many other countries around the world. So if it's done the right way, I think this could be very helpful, but it's something that I think has been around for a while. It's got more attention now. And right now, people are trying to work through the answer. But for us, basically, the idea of having similar types of consumers with a similar profile, similar data points, that's very interesting for us, and it's a great opportunity. But the reality is we already have an approach of this kind of with or without the rule change. So I hope that helps.

**Operator**

I would now like to turn the conference back over to Gavin for closing marks.

**Gavin D. Southwell**
*President, CEO & Director*

Thank you. Well, thank you for joining us today, everyone. We hope we've given you a good insight into our reflection on 2017 and our view of 2018. For us, 2018 is going to be a year where our business evolves again and we talk more about the opportunities ahead of us and the capabilities of our technology. So thank you again for your time. We welcome any follow-up questions. We're always available. And have a great day. Thank you.

**Operator**
This concludes today's conference. You may disconnect your lines at this time, and thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.