# EXHIBIT 12

**S&P Global**
Market Intelligence

# Health Insurance Innovations, Inc.
# NasdaqGM:HIIQ
# FQ3 2017 Earnings Call Transcripts
## Thursday, November 02, 2017 12:30 PM GMT

### S&P Global Market Intelligence Estimates

|  | -FQ3 2017- | | | -FQ4 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.41 | 0.46 | ▲12.20 | 0.37 | 1.63 | 1.87 |
| **Revenue (mm)** | 59.94 | 63.34 | ▲5.67 | 59.25 | 238.78 | 271.28 |

Currency: USD
Consensus as of Nov-02-2017 11:35 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2016** | 0.14 | 0.35 | ▲150.00 % |
| **FQ1 2017** | 0.30 | 0.36 | ▲20.00 % |
| **FQ2 2017** | 0.34 | 0.46 | ▲35.29 % |
| **FQ3 2017** | 0.41 | 0.46 | ▲12.20 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

1

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | 3 |
| **Presentation** | ..................................................................................... | 4 |
| **Question and Answer** | ..................................................................................... | 9 |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Gavin D. Southwell**
*President, CEO & Director*

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

**Unknown Executive**

## ANALYSTS

**Frank Sparacino**
*First Analysis Securities
Corporation, Research Division*

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC,
Research Division*

**Michael John Grondahl**
*Northland Capital Markets,
Research Division*

**Richard Collamer Close**
*Canaccord Genuity Limited,
Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

### Operator

Greetings, and welcome to the Health Insurance Innovations Third Quarter 2017 Earnings Call. [Operator Instructions] As a reminder, this conference is being recorded.

It is now my pleasure to introduce your host, [ Mike Devries ], Senior Vice President of Finance. Thank you. You may begin.

### Unknown Executive

Thank you, and good morning, everyone. We are delighted to have you join us today for a discussion about Health Insurance Innovations' 2017 Third Quarter Financial Results. By now, you should have received a copy of the press release with the financial results. If you do not have a copy and would like one, please visit our website at investor.hiiquote.com. On the call this morning with me, we have Gavin Southwell, HIIQ's CEO and President; as well as Mike Hershberger, HIIQ's Chief Financial Officer. As a reminder, today's conference is being recorded, and a replay of the call will be available on the Investor Relations section of our website following the call.

We will be making forward-looking statements on the call. All statements, other than statements of historical facts, are forward-looking statements. Such statements may describe future plans, objectives or goals, and these statements are generally identified by words such as anticipate, expect, believe or other similar words. Forward-looking statements are subject to future risks and uncertainties, including the risks outlined in the company's Form 10-K for the year ended December 31, 2016. These risks and uncertainties include, among other things, the company's ability to maintain relationships and develop new relationships with health insurance carriers and distributors, its ability to retain its members, the amount of commissions paid to the company or changes in health insurance plan pricing practices, state regulatory compliance and changes and developments in the United States health insurance system and laws. Actual results could differ materially from those projected or expected in these forward-looking statements.

Listeners are carefully urged to review and consider the various disclosures made by the company in this conference call and the risk factors disclosed in the company's annual report on Form 10-K for the year ended December 31, 2016, as well as other reports we have filed with the Securities and Exchange Commission. Copies of the company's SEC reports are available on our website at www.hiiquote.com and on the SEC's website. The company disclaims any obligation to update any forward-looking statements after this conference call. [Operator Instructions]

With that, I'll turn the call over to our CEO and President, Gavin Southwell.

### Gavin D. Southwell
*President, CEO & Director*

Thank you, Mike, and good morning, everyone. I am pleased to report that our team delivered another record performance this quarter, and we are increasing our outlook for the remainder of the year. We also continued to facilitate our third-party distributors' compliance and improved our customer service, all while setting records for meeting our customers' needs for exceptional value health insurance.

In review of our third quarter's performance, I'll focus on the five key metrics that drive our business. Record revenues of $63.3 million were up 37.4% year-over-year and 2.5% sequentially. Record adjusted earnings of $12.8 million was up 58% year-over-year. Record adjusted earnings per share for the third quarter was $0.46, up from $0.33 in the third quarter 2016, and sales of our individual and family plans, or IFPs, continued to grow year-over-year outside of the open enrollment period. We had 347,900 policies in force at the end of Q3 2017, which represents a 38% year-over-year increase.

We continued our strong sales trends during Q3 and drove top line growth and bottom line results with strong and disciplined execution. We also continued to improve our liquidity and ended the third

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

quarter with $43.1 million in cash, up $15.5 million sequentially. The HIIQ board of directors also recently authorized a $50 million share buyback for the next 24 months, indicating the continued confidence in our business operations. Our CFO will discuss the details of our liquidity and the share repurchase authorization in his prepared remarks.

Based on our strong first half of the year, we are increasing our full-year guidance for both revenue and earnings. We are increasing our expected 2017 revenue to $235 million to $240 million, or 27% to 30% increase year-over-year, and we are increasing our adjusted EBITDA to between $41 million and $44 million, or approximately 50% to 60% increase year-over-year, and non-GAAP earnings per share of between $1.50 and $1.60. We remain committed to our proven strategy, focused on efficiently providing affordable healthcare solutions to consumers who would not otherwise have insurance that meets their needs. We continued to execute on that strategy during the quarter, and I'm proud of our accomplishments and look forward to continued success throughout 2017 and beyond.

The key components of our strategy remained consistent during the quarter. Customer first: We are laser focused on our best-in-class customer service, compliance of our third-party licensed agent call centers, maintaining industry leadership and product innovation. We are increasingly utilizing data to drive decisions in product innovation, and we will continue to strategically add new products to address customer demands and shifting trends. And finally, focusing on scalability and leverage, our proprietary, technology-driven platform demonstrated operating leverage, which will continue to enhance, whilst growing revenue and controlling our cost base.

Third-party licensed agent call centers continued to be the growth leader this quarter, and I'd like to take this opportunity to provide some insight as to how our third-party licensed agent call center distribution works. I would also like to clarify our business operations and our relationships with call centers.

We contract with third-party licensed agent call centers, who sell health insurance on behalf of the carriers that we partner with. The state regulates who is approved for a license in their state, and we comply with the carriers' contracting and appointment guidelines. The distributor connects into our technology platform, we collect the funds on behalf of the insurance company, and we pay commissions to the licensed distributors. We do not take underwriting risk or pay claims.

Our technology holds the distributors to our compliance standards throughout the process, and as part of the sales process, the consumer goes through a third-party verification process, either digitally or a recorded, affirmative call, confirming the insurance product is what the consumer expected. Since 2016, HIIQ has invested more than $9 million in enhancing and upholding the highest standards in customer service and compliance. The company has expanded its customer service team from 26 representatives in 2015 to more than 220 at its peak, in response to seasonality and volume from the open enrollment period.

To highlight some data points, the company has arranged insurance for more than 1 million people so far in 2017. We've experienced a 13.2% growth in member calls over the prior year, and despite this increase in volume, we have maintained an average speed of answer, or an ASA, of two seconds in the most recent quarter. This compares to an ASA of 1:55 over the same period last year, and an ASA of 1:17 in 2015.

Service levels, defined as the percentage of calls answered within 30 seconds, have also shown significant improvement. Service levels have averaged 99.4% in the third quarter, compared to 55.4% and 63.6% for the same periods in the prior two years. In 2016, HIIQ launched the call center quality, or CCQ team, and a distributor performance scorecard, to ensure adherence to HIIQ's best-in-class process and procedures. The distributor scorecard measures key metrics to help enforce the company's policies and procedures with third-party distributors. In 2016, the company terminated two distributors for not meeting compliance metrics and benchmarks, which at the time of termination represented approximately 16% of IFP sales.

Additionally, HIIQ has retained several prominent regulatory experts to reinforce the company's compliance department and to help HIIQ navigate today's complex regulatory environment. This includes Ben Nelson, a former US Senator and governor of Nebraska as well as a former Nebraska director of insurance and former chief executive officer of the National Association of Insurance Commissioners,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

or the NAIC, as well as Wayne Goodwin, the former commissioner of insurance for North Carolina. This investment in compliance has generated a measurably stronger customer experience. Department of Insurance upheld complaints as a percentage of policies was 0.00% in the third quarter of 2017, down from 0.01% in the third quarter of 2016. Additionally, HIIQ-specific Better Business Bureau complaints have reduced by 90% since the first quarter of 2016. In Q3 2017, HIIQ-specific complaints were effectively 0.00% of policies in force. Chargebacks as a percentage of transactions have also decreased by more than 50% since the first quarter of 2016.

Other business: HIIQ has committed to upholding the highest standards in compliance and customer service. We continue to work with various states as they review HIIQ's and our numerous carriers' and distributors' compliance with state insurance regulations. We are proactively communicating and cooperating with all applicable regulatory agencies, and we have provided a detailed action plan to regulators that summarizes the company's enhanced compliance and control mechanisms. We look forward to working with state and federal regulators to ensure consumers continue to have access to health insurance products that meet their personal and financial needs.

In terms of the dynamic individual health insurance landscape in which we operate, as you will recall, in April, the CMS implemented a final rule that limited short-term plans to three months. Recently, an executive order from the president directed state departments to extend the duration short-term plans, which are currently limited to three months, to a year. We see this as a very positive step in helping consumers find affordable healthcare that meets their needs. This positive reinforcement of short-term insurance as a viable option for individuals and families could have the effect of improving the lifetime value of these customers and allow for innovation in short-term insurance over time. As a business, HIIQ serves a clear and important role in the healthcare needs of US citizens, and we remain as confident as ever in the strength of HIIQ's strategy and our competitive advantage.

As we look ahead, with respect to our outlook for the full year 2017, our goals are straightforward: To continue growing our topline and adjusted EBITDA; the drivers of best-in-class products; our use of data to develop efficient and effective healthcare insurance products, and compliant distribution, all while achieving market-leading customer satisfaction. Throughout 2017, we will continue expansion of our third-party call center distribution, both adding new distributors and increasing organically sales at our existing distributors. Our highly scalable technology-driven platform is the heart of our operating model, providing a 24/7 real-time transaction type of services. This platform drives our scalability as a cloud-based administrator, fulfilling the needs of our consumers, our agents, and our carriers. Our technology is the foundation of our differentiated distribution channels, including third-party licensed agent call centers, and is the backbone of our direct-to-consumer website, agilehealthinsurance.com. We will continue to invest in our technology platform to improve our members' experience. We will invest in agilehealthinsurance.com to provide our full portfolio of IFP and supplemental products, and we will enhance our scalability to maintain our competitive advantage.

We expect that our strongest sales for submitted policies will occur in the fourth quarter this year, and we believe that HIIQ continues to be uniquely positioned to take advantage of a growing demand for affordable health insurance solutions.

We appreciate your time today. Thank you for your interest in our company, and I'd like to turn the call over to Mike Hershberger, our chief financial officer.

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Thanks, Gavin, and good morning, everyone. We're pleased with our record results this quarter, which once again exceeded our revenue and profitability targets, and extend the strong track record we have built of driving operating leverage and generating significant free cash flow, while expanding our market penetration and product platform. Throughout the quarter, we continued to execute on several strategic initiatives that contributed to the acceleration of sales and profit, and are expected to contribute to sustained growth in Q4 and beyond.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

I will begin by reviewing our third quarter financial results, and then update you on our business outlook for the full calendar year 2017.

Our third quarter revenues were $63.3 million, an increase of 37.4% compared to last year and 2.5% sequentially. Our total policies in force increased 38% year-over-year to 347,900 at the end of the third quarter, and as expected, seasonally down 3.2% sequentially. Individual and family plans, also known as IFPs, policies in force at the end of the quarter were up 45.6% year-over-year and down 5.3% sequentially. As you will recall, IFPs consist of short-term medical, or STM, and health benefit insurance plans. Total submitted policies for the quarter were up 21.8% year-over-year, and as expected, down 5.5% sequentially. Total submitted IFPs were up 39.3% year-over-year and down 3% sequentially.

Health benefit insurance plans comprised 55% of our submitted IFP plans during the quarter. These plans have a longer average duration and a greater lifetime value, as compared to our STM plans. Part of the increase in submitted health benefit insurance plans came from our e-commerce site, agilehealthinsurance.com, which began selling these plans at the beginning of the third quarter. We expect member traffic and sales on this platform to continue to expand seasonally during the open enrollment period, and with long-term growth to continue in the future. We believe that consumers are increasingly comfortable with purchasing their health insurance online, and we are capitalizing on that trend. We believe that e-commerce is an efficient and compliant distribution model, and we will continue to focus on this channel.

During the quarter, we continued to execute on our cost control discipline. Total SG&A expenses were $15.5 million for the third quarter of 2017, or 24.5% of revenue, up $800,000 sequentially and down year-over-year as a percentage of revenue. In breaking down the Q3 SGA expenses, approximately $2.2 million was spent on marketing, leads, and advertising, $2.7 million in stock compensation expenses, and $240,000 in transactions, severance, restructuring, and other charges. We believe that our core SGA as a percentage of revenue is a good measure of our progress in controlling costs. The remainder of our SGA for Q3 was $10.3 million, or 16.3% of revenue, compared to 18.1% of revenue in Q3 2016 and 18% sequentially. We continue to scrutinize all SGA spend. Our people are in place, and our systems are place. Our proprietary, technology-driven platform continues to demonstrate operating leverage, while we grow revenue and control our cost base.

EBITDA was $9.9 million in the third quarter of 2017, compared to $7.4 million in the same period in 2016 and $10.7 million sequentially. Third quarter 2017 GAAP earnings per diluted share was $0.30, compared to $0.25 in Q3 of 2016 and $0.35 sequentially.

Turning to our key non-GAAP metrics, adjusted EBITDA and adjusted earnings per share both exceeded our expectations for the quarter. Adjusted EBITDA for the third quarter was a record $12.8 million, compared to $8.1 million in Q3 2016 and $12.5 million sequentially. We continued to execute on our plan to grow our topline revenue and control our SGA spend. Adjusted EBITDA as a percentage of revenue improved to 20.3% for Q3 2017, compared to 17.5% in Q3 2016, and was flat sequentially.

Adjusted EPS for the third quarter was $0.46, compared to $0.33 in Q3 2016 and $0.46 sequentially. We believe that our non-GAAP metrics of adjusted EBITDA and adjusted earnings per share provide a meaningful measure of our financial strength and performance. We provided a reconciliation of our GAAP metrics to our non-GAAP metrics in our earnings press release that was published last night.

We continued to improve our liquidity position during the quarter. Cash and short-term investments totaled $43.1 million at the end of the third quarter of 2017, up $15.5 million during the quarter, and we ended the quarter with no debt. We expect to continue to generate cash flow from operations during the fourth quarter. The strong cash flows that we generate are also expected to allow us to continue to create strong returns for our shareholders through our recently announced share repurchase program.

As we announced last month, the HIIQ board of directors authorized up to $50 million in a new share repurchase program through October 2019. Our strong financial position makes this repurchase authorization an attractive use of our capital and demonstrates the board's continued confidence in the strength of our business, our strategic direction, and our long-term success.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

The company continued to make short-term loans to our distributors, based on actual sales, that we refer to as advance commissions. These advance commissions assist our distributors with working capital. We recover these short-term loans on an ongoing basis from future commissions earned on premiums, which are collected over the period in which the policies renew. The third quarter advance commission balance of $27 million is a decrease of $3.7 million sequentially. Given seasonality trends, we expect our advance commission balance to increase in the fourth quarter. The advance commission balance is not a direct correlation of revenues. Many of our distributors, including our e-commerce division, choose not to take advance commissions.

Given the strength of our record third quarter results and projections for the remainder of the year, we are raising our full-year 2017 guidance to reflect our operational execution. We now expect full-year revenue to range from $235 million to $240 million, adjusted EBITDA to range from $41 million to $44 million, and non-GAAP earnings per share to range from $1.50 to $1.60. Our earnings reflect continued strong operational results and improved scalability, partially offset by accelerated product development and implementation expenses of new products. We expect sales at agilehealthinsurance.com to accelerate in the fourth quarter, resulting in upfront recognition of our consumer acquisition costs, but driving gains in revenue and margins in 2018.

Lastly, I'd like to comment on our upcoming adoption of the new ASC 606 revenue recognition accounting standard. As an emerging growth company, we are required to adopt this new disclosure in Q4 2018. We will report revenue consistent with our current revenue recognition policies for the first three quarters of 2018 and adopt ASC 606 when we report our year-end financials. We are evaluating the impact of ASC 606 on our recorded revenues, earnings, and balance sheet. We intend to provide our 2018 full-year financial guidance and comparative data estimates under the new standard at the time we report our fourth quarter 2017 earnings.

With that, I'd like to hand it back to Gavin for concluding remarks before Q&A. Gavin?

**Gavin D. Southwell**
*President, CEO & Director*

Thanks, Mike. Before we open the call up to Q&A, I just wanted to reiterate that our business remains focused and we believe we are well positioned to continue to succeed and grow in the dynamic individual health insurance marketplace through our differentiated services. We expect to deliver strong results through our continued expansion of innovative products, expansion of our distribution networks, including existing and new distributors, driving growth through our e-commerce distribution channel, and providing best-in-class customer service and continued scalability, driven by our technology.
Now we'd like to open the call for questions. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

# Question and Answer

## Operator

[Operator Instructions] Our first question is coming from Mark Argento of Lake Street Capital.

## Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

Just a couple quick ones. First off, could you drill down a little bit in terms of the third-party distributor base? Do you have any distributors that are, say, more than 10% of sales? Maybe you could better shape up or at least kind of frame up for us that kind of contribution size of some of those guys, and in particular, any concentration issues.

## Gavin D. Southwell
*President, CEO & Director*

Absolutely; thank you. So our third-party distribution, we have about 80 or so. Each of a distribution, we have kind of unique commercial arrangements, whether it's a specific product or an incentive plan, or something similar. So we've never published who, specific sizes of specific distribution. What we've done this time around is we've noted that in 2016, we terminated two large distributors, which was about 16% of sales. And what I can confirm is that we don't have any third-party distribution as large as the guys we distributed -- sorry, the guys we terminated back in 2016. So we don't -- I think that gives a pretty accurate guide without kind of giving away something -- anything too commercially sensitive. So yeah, I think that's helpful.

## Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

Great, no, that's very helpful. And then, turning quickly to the executive order obviously Trump put in place or at least made a few weeks back, in particular, obviously, reinstating the 364-day STM length. What do you see in terms of the ability to roll out those products, the time table in terms of moving to the longer-term policies. And then also, from a competitive perspective, how do you see that affecting the marketplace?

## Gavin D. Southwell
*President, CEO & Director*

Yes, I mean, we've certainly welcomed the executive order. It went a long way to validating and really reinforcing the value of these products. There had been a lot of groundswell of support prior to that from the NEIC, the National Association of Insurance Commissioners; a large number of senators had previously wrote to the various government departments. In terms of timing, I'm going to Washington later today for some meetings around that. I think that the proposals will be announced relatively quickly. I think it will kick in in terms of allowing us to sell longer-duration policies, if not within 2017, then early 2018. I think the sooner it happens, the better for the consumer. If we look at what's happened in the individual ACA market, if you're not receiving a subsidy, you're in a pretty terrible place because of the price increases that have happened. I think it really pushes it out of most people's reach in that individual market. In terms of competition, certainly, there are carriers out there who are talking around being a lot more interested in the STM product than perhaps they were previously. If we look at what happened when we've had other changes in the ACA market, [indiscernible] a company like Humana, as an example, they withdrew from individual ACA. They developed a health benefit plan, and they work with us. We have that product; we distribute it through our network. So I think there are certainly going to be more people in our market. I think that we are uniquely positioned to be able to access the consumer because of the distribution that we have set up, the majority of which are exclusive to us. And it's a giant addressable market, so I think the more and the better products we can get to the consumers, the better for everybody.

## Operator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question is coming from Mike Grondahl of Northland Securities.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

In regards to open enrollment that started yesterday, what are you excited about there, and what are you kind of watching closely?

**Gavin D. Southwell**
*President, CEO & Director*

So we're very excited about our e-commerce channel. I think that, because of what's happened in the broader market, I think there's a potential for some very large volumes of people to be searching for products who are unable to access ACA because of what's happened with the pricing. Call center distribution, third-party call center distribution, it does ramp up, and it can certainly write large volumes of business. But our straight-to-consumer website, Agile Health Insurance, it doesn't rely on the number of people and the number of seats. And in prior years, we certainly ramped up what we've invested in that business. I think this year, we're prepared to really invest in Q4 in that business, which will really benefit it in 2018 and beyond. So we're very excited about the potential for Agile. We've gathered vast amounts of data to inform our decision making. I feel we're better prepared than we have been in prior periods, and I think in prior periods, we've been well prepared, so we're certainly very excited for that.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Great. And maybe for Mike, you've done a 20% EBITDA margin now for a couple quarters. How do you think about that adjusted EBITDA margin, kind of over the medium term?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure, so one of our goals when we set out, when Gavin joined us a couple years ago, was to hit that 20% mark, and of course our expectations now are to increase that. So as we look forward into 2018, we're focused on continuing to generate shareholder value through profitability.

**Operator**

Our next question is coming from Richard Close of Canaccord Genuity.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Quick housekeeping, Mike: With respect to stock comp, big spike I guess here in the third quarter. How should we think about stock comp in the fourth quarter?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure, I think that our Q3 run rate would be a good way to think about the run rate in Q4.

**Gavin D. Southwell**
*President, CEO & Director*

Also, I'd add in as well, I mean, we -- as a business, we're performing very well. It's right -- we've made awards to retain our key people, and that will be reflected in the stock comp, because we want to retain our key people. But sorry; carry on.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Okay. Looking at the, I guess, the risk premium and percent of the overall premium equivalents, that continues to tick down, obviously positive there. But can you talk a little bit about that? I think you had a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

480 or so basis point improvement year-over-year, a little bit of an acceleration from what you achieved in the second quarter. How should we think about risk premium going forward here?

**Gavin D. Southwell**
*President, CEO & Director*

I'll start with that, and Mike can jump in. So as we introduce new products or new carriers, or we renegotiate existing deals, the fact that we're growing as a business, the fact that we have a very happy population of consumers means that it's a very attractive business for carriers. So accessing the data we have, being able to protect their capital, whilst enhancing the product and stuff like that, it's a win there for everybody. So we introduced products in kind of Q4 of last year and the beginning of 2017, the impact of which is still flowing through. So I think we see a lot of low hanging fruit left, where we can keep enhancing that figure. There's a lot of stuff we'd still like to do to keep improving that. We're going to be careful. We're not going to guide to 500 basis point improvements every quarter, but there's certainly a lot of room left to keep improving that. So I think it's a very good measure to sort of look at our progress with sort of introducing those new types of agreements.

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Well said.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Question here on the Agile, you talked about investing in I guess lead growth here in the fourth quarter, and that's a positive for 2018. Can you maybe talk about the magnitude of what you're thinking in terms of investment in the fourth quarter versus maybe last year? And then, so far, in terms of leading up to the open enrollment period, have you seen any meaningful changes in terms of data points, in terms of metrics showing the visitors to Agile have increased dramatically, or any commentary in and along those questions?

**Gavin D. Southwell**
*President, CEO & Director*

Sure, so with the Agile business, a couple of metrics that we track very closely, which sadly, we don't publish, and I'll explain why. So we track the traffic to the site, and we track the conversion rate, and the conversion rate is hugely important. It's something that we're very happy with, because that's the number of people who visit the site who go on to make a sale. And we talk about Agile really as having kind of levers we can pull or push, and so we drive traffic to that site, and a lot it's free, but a lot of it is based on digital marketing spend. So really, what we've done is we've analyzed, at specific periods of the year in Q4 and Q1, a really very important to our business, much more sort of than Q2 or Q3. So Q2, Q3, really building towards those important quarters. So what we've been doing, we've been adding products, we've been refining our process, we've been updating and enhancing the site, and now we're in a position where we've allocated ourselves significantly more, a multiple more, of spend available in the fourth quarter than we have had in previous periods. And then, what we'll do is, depending on the amount of people that day and the amount of traffic that's happening, you can kind of, day by day, hour by hour, decide how much traffic you want to drive to the site, obviously wanting to ensure that you keep your conversion rate, because we've done a really good job of driving down our cost of acquisition and improving margins, and all the rest of it. So simply, if we keep seeing the volumes of traffic increasing, then we'll be aggressive at increasing our spend. And if we don't see the traffic and we don't see the conversion, then we'll protect our margin and we'll take -- we'll win in a different way. So all the signs are that we're expecting a large volume of people; we're very happy with our conversions, so we've allocated significantly more than we ever have to that business. And just to remind everybody, everything that Agile does in kind of November, December, this is a 2018 benefit. This is about building long-term volume and long-term growth. So we've been building up to this for a long period of time, and now we feel we're uniquely positioned to take advantage of what's happening in the broader market. But we'll be data-driven. We have been for some

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

period. We'll support the team like they haven't been supported before, and we feel optimistic about the potential upside.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Just to be clear, have you begun, have you started to see the traffic come, leading up into open enrollment?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, every -- all the signs are very positive for us. We have to be a little careful because now we're in the fourth quarter, open enrollment's started. But no, we -- a lot of people are trying to search for an alternative to the renewal prices that they could be seeing on other types of products, so there's a good chance that they'll find our products and our offering, so we're very optimistic.

**Operator**

Our next question is coming from Steve Halper of Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Can you just update us on the Florida Office of Insurance Regulation matter as well as the multi-state regulatory review?

**Gavin D. Southwell**
*President, CEO & Director*

Sure. So we've given updates previously about the TPA license. Our denial was dismissed; our appeal process was ended. We were allowed to restart the process, and we're very respectful of that process. The state allowed us to have a pre-submission hearing, which took place on the 17th of October, and shortly following that pre-submission hearing, which is really where we discuss the application and we answer any questions or queries, or anything like that, we submitted the TPA license. We then have to wait for that process to follow [indiscernible] processing process, I guess. But we're grateful to the Florida Department for allowing us to have the pre-submission hearing and for removing the prior denial and dismissal. Any sort of further public announcements or anything like that would likely be once the matter is put to bed. So I hope that's a useful update. In terms of the multi-state, the last written request we received regarding that was in April, and we haven't received any draft findings or issues from that review. We work very closely with the chief examiner in the lead states. They're doing an excellent job of understanding our business, and we're hoping to resolve that as soon as we can. I'd note this process is 18 months old. These reviews commonly don't tend to last more than two years, and they don't tend to be quicker than a year, so we would hope to be close to a resolution. But again, we have to be respectful of the process and we have to work closely with the lead states, and we continue to do that.

**Operator**

Our next question is coming from Richard Close of Canaccord Genuity.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Yes, just a -- thanks for the follow-up, but I just want to go on the executive order. Do you know the specific process with respect to the executive order? I know you said, possibly you could begin selling the longer plans maybe early 2018. Does a proposed rule have to be -- does HHS or CMS, whoever's doing it, have to file with the Federal Register a proposed rule and there's a comment period? What are the specifics with respect to that?

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, so I'll comment on what I believe the usual process would be and then what we're doing to really kind of bottom that out. So usually, I think a proposed rule would be issued. There'd be a comment period, and then the rule would be finalized, and that's what we expect to happen. So a proposed rule could be issued in the next week or two. There'd be a comment period, and it would go live towards the end of the year or early next year. We have meetings with various departments, including some of the new leadership, some of the key departments over the next couple of days, and we're hoping to really clarify what the timing might look like, and if there's any information or data we can provide to help with that. So we'd like it to be sooner, and I think that there's a real recognition that having these products available for a longer period would really benefit the consumer at a period when the consumer is really going to struggle to find a product within their price range in that individual market. If you have a subsidy, you might be okay. But there's tens of millions of people, about 28 million people, who don't have a subsidy and currently don't have insurance. And so I think there's a lot of support to try to do this quickly, but it will have to follow a process. We're hoping to help push that along as best we can, but that's the best information we have as of right now.

### Operator

Our next question is coming from Frank Sparacino of First Analysis.

### Frank Sparacino
*First Analysis Securities Corporation, Research Division*

Guys, just two for me. First, can you just comment, we did see an uptick in the third-party commissions in Q3 relative to kind of historical trends. Anything unusual there, but just any color would be helpful.

### Michael D. Hershberger
*CFO, Treasurer & Secretary*

Sure, Frank. So during the third quarter, we saw an uptick year-over-year with respect to the policies that were submitted by our third-party distributors, and once again, that's one of our channels. So we essentially have two channels. We have our third-party distribution and we have our e-commerce. So we saw a pretty significant uptick with some additional distributors that we added during the third quarter.

### Frank Sparacino
*First Analysis Securities Corporation, Research Division*

Good, and lastly for me, just when I look at the implied guidance for Q4, Mike, it suggests a fairly significant step up on the expense side. And I know you guys have talked about a lot of the investments that you're making. I'm not sure how much of that is sort of one time in nature or sort of ongoing, as we look at Q4 from an expense sort of run rate level going into 2018. But any thoughts there, Mike?

### Gavin D. Southwell
*President, CEO & Director*

I'll take it to start, and I'll hand over to Hersh. I mean, for us, we became really focused on the lifetime value of the products and building our overall value. We talked a lot in 2017 about seeing the full benefit of items in 2018 and beyond. And so really, Q4 for us, specifically with Agile, is around investing in our future value and our future results, and so a lot of it is going to be around investing in that Agile platform. And we'll be very data driven. We're not just going to blindly go ahead and spend. We're going to do it based on what's available and what's there, and we think we're really well set up to do that and take advantage of what should be a very exciting Q4. And again, I think going into Q1 as well, people who missed the period, January and February can be very busy times as well. So I think you're right; a lot of it is we're really investing in trying to turbo charge 2018 and drive that value, and keep building this block. You'll notice our block of business keeps growing over time. The amount of revenue as a percentage of premium equivalence is increasing nicely. We have this nice increase of health benefit plans that come with really significantly higher lifetime values. So it's really all about building for the future, but Hersh, I'll hand over to you.

### Michael D. Hershberger

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

*CFO, Treasurer & Secretary*

Absolutely, and I absolutely concur with what Gavin said is that we've been building to be prepared for the open enrollment period for quite some time. Our e-commerce has done a great job of getting their products in place, and so we are absolutely ready to go there. And our investment is really going to come in that cost of acquisition, which as we've talked about, is an up-front cost during the quarter where the policy is sold.

## Operator

Our next question is coming from Richard Close of Canaccord Genuity.

## Richard Collamer Close
*Canaccord Genuity Limited, Research Division*

My question has been answered, thanks.

## Unknown Executive

Great, well I think that concludes the questions. I wanted to thank everybody for the time today and your interest in our company. We're proud of what we've achieved in the quarter. Usually, Q2 and Q3 are a lot quieter for our business. I think that the progress that we've made has been shown in the financial results, but for us, it's building towards Q4 and Q1, which we think should be very important for our business. It's a dynamic market. We believe we're very well positioned, so we appreciate the support. And if there's any follow-up questions, do let us know, and we look forward to speaking soon. Thank you, guys. Have a good day.

## Operator
Ladies and gentlemen, thank you for your participation. This concludes today's conference. You may disconnect your lines at this time, and have a wonderful day.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2017 EARNINGS CALL | NOV 02, 2017

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
**spglobal.com/marketintelligence**                                                                 15