# EXHIBIT 13

Case 8:19-cv-00421-WFJ-CPT     Document 40-13     Filed 08/28/19     Page 2 of 2 PageID
PX 32
Case 0:18-cv-62593-DPG    Document 116-6  Entered on FLSD Docket 04/08/2019    Page 41 of
514
Page 377
121

To:     C. Girouard
From:   Steve Dorfman
Sent:   Wed 8/9/2017 4:27:23 PM
Subject:  Re:

Tell him to Fly a kit

---

**From:** C. Girouard
**Sent:** Wednesday, August 9, 2017 12:25 PM
**To:** Steve Dorfman
**Subject:** Fw:
Just an FYI...

From: Nick <marleynj@gmail.com>
Sent: Wednesday, August 9, 2017 10:31:43 AM
To: C. Girouard
Subject:

Hi

Good to see you this week. I think we covered MN as much as we could, but if anything else comes up on that please let me know. We'll look at structure once we have visited them in the next few weeks.

The subject of Trumpcare came up again in conversation, I know you've talked to a lot of people about it, but my view is still that regardless of disclaimers it could be viewed as a misleading headline/opener.

Finally, we're still covering the MT investigation costs for you (and others). We'll keep doing this (although will keep it under review) but at some point I'll give you an idea of the run rate so you can see why I'm keen to avoid new issues where ever possible.

See you next time

Nick

C. Girouard
Chief Compliance Officer

email: cgirouard@simplehealthplans.com
phone: 800-492-1834 Ext. 12120
<http://www.simplehealthplans.com>web: www.simplehealthplans.com

[simple health logo]
CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**MENJIVAR ATTACHMENT C**