# EXHIBIT 17

**S&P Global**
Market Intelligence

# Health Insurance Innovations, Inc.
# NasdaqGM:HIIQ
# FQ1 2018 Earnings Call Transcripts
## Thursday, May 03, 2018 12:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.50 | 0.52 | ▲4.00 | 0.61 | 2.48 | 2.80 |
| **Revenue (mm)** | 68.53 | 67.75 | ▼(1.14 %) | 72.53 | 296.35 | 339.34 |

Currency: USD
Consensus as of  May-03-2018 12:05 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ2 2017** | 0.34 | 0.46 | ▲1 35.29 % |
| **FQ3 2017** | 0.41 | 0.46 | ▲2 12.20 % |
| **FQ4 2017** | 0.34 | 0.37 | ▲3 8.82 % |
| **FQ1 2018** | 0.50 | 0.52 | ▲4 4.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................. | **3** |
| **Presentation** | ................................................................. | **4** |
| **Question and Answer** | ................................................................. | **11** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Gavin D. Southwell**
*President, CEO & Director*

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

**Michael DeVries**

## ANALYSTS

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC, Research Division*

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ1 2018 EARNINGS CALL | MAY 03, 2018

# Presentation

**Operator**

Greetings, and welcome to Health Insurance Innovations' First Quarter 2018 Earnings Call. [Operator Instructions] As a reminder, this conference is being recorded. I would now like to turn the conference over to Mike DeVries, Senior Vice President of Finance. Thank you.

**Michael DeVries**

Thank you. Good morning, everyone. We are pleased to have you join us today about Health Insurance Innovations' 2018 First Quarter Financial Results. By now, you should have received a copy of the press release with financial results. If you do not have a copy and would like one, please visit our website at investor.hiiquote.com.

On the call this morning with me, we have Gavin Southwell, HIIQ's CEO and President as well as Mike Hershberger, HIIQ's Chief Financial Officer.

As a reminder, today's conference call is being recorded and a replay of the call will be available on the Investor Relations section of our website.

We will be making forward-looking statements on the call. All statements other than the statements of historical facts are forward-looking statements. Such statements may describe future plans, objectives or goals, and these statements are generally identified by words, such as anticipate, expect, believe or other similar words. Forward-looking statements are subject to future risks and uncertainties, including the risks outlined in the company's Form 10-K. These risks and uncertainties include, among other things, the company's ability to maintain relationships and develop new relationships with health insurance carriers and distributors, its ability to retain its members, the amount of commissions paid to the company, or changes in health insurance plan pricing practices, state regulatory compliance and changes in development in United States health insurance systems and laws.

Actual results could differ materially from those projected or expected in these forward-looking statements.

Listeners are urged to carefully review and consider the various disclosures made by the company in this conference call and the risks and factors disclosed in the company's annual report on Form 10-K as well as other reports we have filed with the Securities and Exchange Commission.

Copies of the company's SEC reports are available on our website at hiiquote.com and the SEC's website. The company disclaims any obligation to update any forward-looking statements after this conference call.

And with that, I'd like to turn the call over to our CEO and President, Gavin Southwell.

**Gavin D. Southwell**
*President, CEO & Director*

Thank you, Mike, and good morning, everyone. I've been looking forward to reporting our first quarter results as well as laying out our plans to continue growth for our 2018 and beyond. I'm pleased to say that our first quarter revenues grew by 21% year-over-year to $67.8 million. Our adjusted EBITDA for the first quarter was $11.9 million up 23% year-over-year and adjusted earnings per share was $0.52, up from $0.36 in the first quarter 2017.

We also had record earnings and record policies enforced. It is a very pleasing performance, considering we had a significantly shorter open-enrollment period and effectively lost a month. This quarter's financial performance reflected seasonal changes due mainly from the major change in the Affordable Care Act abbreviated open-enrollment period that began on November 1, 2017 and ran through December 15, 2017. In prior years, the open-enrollment period ran through January 2017, which was 45 days longer

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ1 2018 EARNINGS CALL | MAY 03, 2018**

and had the impact of increasing sales in Q1, as the last month of open enrollment, which was usually, January, has historically had the highest sales.

As we discussed in our analysis of the fourth quarter 2017, the impact of the short and open-enrollment period was that the fourth quarter had higher than usual sales with December, having a record performance for our business. And therefore, analysis of the first quarter in comparison to prior years needs to include this major change in the timing of seasonality.

Looking forward to remainder of 2018, we confirm our current guidance. Our full year guidance for 2018 for revenue is between $290 million and $300 million, which is a 15% to 20% increase year-over-year. Our non-GAAP metrics of adjusted EBITDA to grow 20% to 25% year-over-year, which is $54 million to $57 million, and adjusted earnings per share to grow at a faster pace due to favorable income tax changes to $2.45 to $2.55.

Due to the change in open enrollment, we look at sales in 2018 being a crescendo throughout the year. As we have previously mentioned, these guidance numbers are based on our current method of accounting for revenue as an emerging growth company. We will be adopting the revised revenue recognition standard known as ASC 606 in the fourth quarter of 2018. And our CFO will provide additional color on our implementation and estimations around ASC 606 for 2018.

I think it's important to remind investors of our total addressable market and the opportunity we have in front of us. It is being widely reported that the proposed change to the short-term medical or STM rule alone could result in an additional 1.9 million people purchasing this product. And I think it's important to put that into perspective in terms of opportunity for our business as the leader in short-term medical.

An additional 1.9 million people would be approximately a 10x or $3 billion increase in revenue. And in the very near term, however, this potential positive impact is not included in our guidance. And this would all be potential upside. It is also worth noting that this number of 1.9 million is based on a fraction of the 7 million people currently purchasing SDA without a subsidy and the 30 million people currently uninsured, and so the impact could be much larger than currently forecasted. We lead the market in short-term medical and other affordable products in the individual market. And as the need for affordable products continues to grow, we are in the early stages of our journey.

We are a high-growth company with strong organic growth and no debt. And we currently trade at approximately at 10x multiple. We will always be transparent on guidance, but there is a multi-year opportunity in front of us, which we will talk more about with investors going forward. We have proven time-and-time again, since I joined the business in 2016 that we are effective at executing the opportunity presented, and we are excited for the opportunity ahead.

As a company, we are data-driven, and we have access to vast data on the individual health insurance market, which gives us a level of expertise and understanding that our competition likely does not have. We also provide high-level data to many stakeholders, including the White House, HHS and many media outlets. Given the confusion and misinformation that exist in the market, when we discussed our fourth quarter results, we provided some analysis of the state of individual health insurance market, and we feel it is important to build out of that analysis and provide some further insights.

A CMS analysis of insurer participation in federal and state health insurance exchanges showed over half of the counties in America only had 1 carrier available in the most recent open-enrollment period. This means that many exchange participants did not have options to compare and choose from. Declining enrollment at 3.8% in the 2018 year as compared to the previous period, mainly to additional carriers exiting the market in the future. We believe the plan year 2019 holds very strong potential for that to be Americans with no ACA plans available to them on the exchange.

Marketplace affordability continues to be a major hurdle for individual participants. The second lowest cost silver plan in the marketplace, commonly used as a benchmark for pricing and comparison purposes has risen substantially since 2014. For a 27-year-old individual, the average monthly premium has increased 88% since 2014. As time has passed, premium increases have grown, reaching a 37% year-over-year increase for plan year 2018. While subsidies mitigate some of the effect of premium increases

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for individuals and families with incomes of less than 400% of the federal poverty level, those who are not eligible for any subsidies face the full financial burden of any increases. For plan year 2018, about 2 million people on the exchange and approximately 5 million people in the off-exchange individual market were not eligible for any subsidies.

In our analysis of final premiums available on the federal marketplace for plan year 2018, we found that ACA plans were unaffordable for many Americans when calculating based on the individual mandate affordability exemption. This is 8.05% of household income, and the average U.S. household income being $83,143. Based on our analysis of ACA compliance exchange plans, a family of 3 with parents aged 40, earning the average U.S. household income would not be able to find affordable bronze or silver plans in any county, in any state. Similarly, the same family with parents aged 30 would not be able to find affordable silver plans in any county, in any state. And would only be able to find affordable bronze plans in 8 counties in the entire United States.

Industry data indicates that ACA shares have been increasingly focusing their marketplace business into plans that offer narrower networks like HMOs and EPOs. These narrower networks allow insurers to control cost, thus enabling them to increase profitability of a program.

In 2018, about 3/4 of the market consisted of plans with restricted networks. This does not seem in the best interest of the consumer. Over the past year, the number of uninsured American adults has grown by 3.2 million. This is an increase of 11.9% year-over-year to over 30 million people. There are more uninsured people in almost every demographic and across all income levels.

Recently, data has become available, which has given some preliminary insights into trends that may develop as we look forward to plan year 2019 and beyond. As in previous years, we expect deductibles now to pocket maximums to increase on ACA plans, forever exacerbating the financial challenges facing consumers in individual market.

CMS recently issued final cost share in maximum annual limits, which have been revised upward by a factor of about 7%, the largest annual increase since 2014. We also expect ACA individual market premiums to increase between 12% to 32% in 2019. We will continue our analysis of plan year 2019 as more data becomes available and additional developments unfold in the months leading up to the next open-enrollment period.

Meanwhile, recent legislative changes will make our plans even more affordable.

The individual mandate penalty has been repealed as part of tax reform. So effective 1st of January, Americans will no longer be required to pay a tax penalty for purchasing an alternative to ACA compliant plans. This change makes the plans we offer even more competitive, since Americans will be able to choose to purchase other forms of insurance with no penalty.

We believe that now more than ever, our affordable health care solutions provide important coverage to many Americans, who would otherwise not be able to afford health care coverage. And we remain committed to our present strategy, which is focused on efficiently providing affordable health care solutions to consumers, who would otherwise not have insurance that meet their needs.

We believe that regulatory tailwinds exist in our individual and family plan market. Last week, the comment period on the HHS proposed rule that would change the maximum duration of short-term medical policies to less than 12 months as opposed to the current maximum duration of less than 3 months. In response to the department's request for comments, we submitted our analysis of the potential effects of the proposed rule as well as our recommendations for the department's review and consideration. And we expect to hear the outcome of those comments shortly.

We believe that short-term insurance is an important healthcare solution for many consumers and implementation of the new rules will not only benefit many consumers, it will also provide potential significant upside to our business, increasing the total addressable market by approximately $3 billion in additional revenue as a base case. We will add to our technology platform products that best meet consumer's demands and needs. Short-term medical plans and health benefit plans are not the same as ACA plans and are not suitable for everyone, but they do, however, provide consumer choice and provide

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

valuable healthcare insurance coverage for consumers, who do not qualify for Medicaid or a subsidized ACA plan. In 2018, we will continue to add new products to our platform as well as new insurance carrier partners.

We believe that lack of awareness is still a factor, and we have identified various ways we can enhance consumer awareness in general. We will talk more about these initiatives throughout 2018 as we continue to adjust and refine.

As we look forward to remaining quarters of 2018, we are excited by the opportunities. Third-party licensed agent call centers continue to be the growth leader. And by adding new products to our portfolio and leveraging our proven technology platform, we remain confident in our ability to continue driving profitable growth.

We will continue expanding our highly compliant third-party call center distribution throughout 2018. As an example, in the first quarter, we added over 20 new call centers, which we're currently ramping up with 15 having written new business to date. Some of these are very large opportunities. Others are smaller, but as I've often explained, all of our partners must meet our very high standards to compliance and consumer satisfaction. We are also increasing organically sales at existing licensed call centers. We expect our technology platform to continue demonstrating operating leverage, which we will continue to enhance, whilst growing revenue and controlling our cost base.

By adding new products to our portfolio and leveraging our proven technology platform, we remain confident in our ability to continue driving profitable growth and to execute on the opportunity presented in 2018 and beyond.

Now turning to compliance. We are committed to the highest standards in compliance and customer service and maintaining a high level of consumer satisfaction. We previously released data to showcase our outstanding compliance performance, and now, I would like to provide some context and comparative perspective. And so we have analyzed public records about formal Department of Insurance or DUI complaints filed against ACA carriers. And have compared 3 of the largest national ACA carriers to give as much understanding as possible as to the reality of our performance versus our peers.

And what we can see is that complaints are significantly higher at the ACA carriers than here at HIIQ. Comparing the number of complaints versus the number of policies, the ACA carriers have 14x higher, 22x higher and 37x higher. Or to put it another way, their complaints are 1,400%, 2,200% and 3,700% higher than here at HIIQ. This theme is not just for larger carriers, there are many, many examples.

We have also identified that some ACA carriers have seen a large increase in complaints from 2016 to 2017. Whilst here at HIIQ, we have seen our complaints plummet 56% over the same period, as a direct result of continued investment in resource and technology. This outstanding compliance performance at HIIQ continues in 2018 with only 6 Department of Insurance complaints in the entire first quarter of 2018, including 0 complaints across all of the U.S. in February 2018, and out of a grand total of 6, there was a total of 1, DUI complaint upheld against the company, and this was relating to a refund that wasn't processed correctly.

I would also note there are tiny number of items is whilst we have record policies in force. We continue to add resource to the compliance team and enhance our controls with the development and implementation of a new verification system to ensure 100% recording compliance and increased third-party site visits, secret shopping and product training webinars. And this has resulted in a level of compliance, which we believe leads our market. We feel this independent third-party data from the Department of Insurance and NAIC or National Association of Insurance Commissioners shows clearly, and beyond any doubt, measurable evidence of our outstanding compliance controls.

We know that investors are very interested in our multistate review. And as we continue to close historic regulatory matters, we look forward to closing our multistate market conduct review. We are working closely. We have Chief Examiner in the lead states on an agreed time line. And hope to resolve this review at the end of the second quarter or early in the third quarter.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we move through 2018, we plan to talk a lot less around our historic compliance items and more around our technology and the vast addressable market.

Leading onto technology. Technology is at the core of our business model and not just sales technology, we invest in every element of the consumer experience. We have a new agent training center, which will amplify transparency and accountability in our agent training process by leveraging product testing and carrier licensing efficiency, whilst utilizing automated safeguards. We've launched an easier online reapply process with an express reapplication experience, which uses a smooth and simple interface. Friction during reapplication can be a major contributor to user abandonment. And our new proprietary tool means members are more likely to repurchase. Data is the driver of our strategic approach. And building on our previous work in 2017 and our access to vast market data, our competitors likely do not have, we have created a comprehensive data warehouse, which will enable us to provide carrier partners trends and predictive analysis to pinpoint sales and product opportunities, including in real-time.

The major technology initiative of 2018 is that we are also close to launching the next-generation of our technology platform, which will include a brand-new member portal and mobile application. By integrating data sources from various partners, we will provide a user experience far beyond what members currently have access to. We will add the ability to sell multiple products and new product types as well as improve our persistency. And we look forward to launching this later in 2018.

As we evolve as a business, we continue to strengthen our leadership team. We have recently added in-house regulatory counsel and paralegal support as well as strengthening our licensing and compliance teams in a management level. We have added technology and project delivery leads, both new roles being filled by senior candidates with significant insurance market experience. And we will continue to make strategic enhancements to our senior team throughout 2018.

HIIQ continues to be uniquely positioned to take advantage of the growing demand for affordable health insurance solutions.

We appreciate your time today, and we thank you for your interest in our company.

Now I'd like to turn the call over to Mike Hershberger, our Chief Financial Officer before ending with some final comments.

### Michael D. Hershberger
*CFO, Treasurer & Secretary*

Thanks, Gavin, and good morning, everyone. We're pleased with our results for the first quarter of 2018, which met and exceeded our expectations for the quarter. We've executed on several strategic initiatives that should contribute to sustained growth throughout the remainder of 2018 and beyond. We will continue to invest in what we consider to be attractive opportunities throughout the year.

We anticipate continued leverage of our SG&A and strong cash flow. As I review the financial results for the first quarter, I'd like to highlight a few key points. Our first quarter revenues were $67.8 million, increasing by 21.3% year-over-year. As expected, first quarter 2018 revenues were slightly lower sequentially driven by the abbreviated Affordable Care Act open-enrollment period that ended on December 15, 2017. As you'll recall, last year's open-enrollment period ran through January, favorably impacting Q1 2017. Our total policies in force increased to a record 383,200 at the end of the first quarter, up 11.1% year-over-year.

We continue to focus on customer satisfaction that we believe contributed to longer durations for our health insurance products. Total submitted policies for the first quarter were lower by 23.7% year-over-year, also driven by the shortened open-enrollment period.

Our e-commerce channel continued to be negatively impacted by the Department of Health and Human Service rule, limiting the duration of short-term major medical to 3 months that went into effect in 2017.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ1 2018 EARNINGS CALL | MAY 03, 2018

We continue to focus on scalability for the quarter. Our core SG&A for the quarter, that is total SG&A plus marketing leads and advertising, stock compensation and nonreoccurring cost as a percentage of revenue was 16.2% in Q1 2018, an improvement from 17.5% (sic)[17.6%] in Q1 2017.

The driver of this metric continues to be our highly scalable technology platform integrating carriers and distributors, while allowing consumers to quote their policy, buy their policy, print their insurance card and electronically secure health insurance coverage.

EBITDA was $8.9 million in the first quarter of 2018 compared to $8 million in the first quarter of 2017. First quarter of 2018 GAAP earnings per diluted share was $0.33 compared to $0.58 in Q1 of 2017. Last year's first quarter GAAP diluted EPS included a $3.3 million tax benefit that resulted from the early adoption of an accounting policy related to share-based payment transactions, while Q1 2018 experienced higher noncash stock compensation expense compared to a year ago.

Turning to our non-GAAP metrics. Adjusted EBITDA for the first quarter was $11.9 million compared to $9.7 million in Q1 2017. Adjusted EBITDA as a percentage of revenue increased to 17.6% from 17.4% in Q1 2017. Adjusted EPS for the quarter was $0.52 compared to $0.36 in Q1 2017. The first quarter 2018 adjusted EPS was favorably impacted by increased revenue from greater policies in force as well as a lower pro forma corporate tax rate compared to last year. We believe our non-GAAP metrics of adjusted EBITDA and adjusted earnings per share provide a meaningful measure of our financial performance. We provided a reconciliation of our GAAP metrics to our non-GAAP metrics in our earnings press release that was published last night.

We continue to make advances to distributors based on actual sales. These advance commissions assist distributors with working capital. We recover advances on an ongoing basis from future commissions on premiums, which are collected over the period in which the policies renew. As expected, in the first quarter, we experienced a sequential decline of $1.4 million in advance commission loans for a total of $38.1 million outstanding at the end of the quarter, down from $39.5 million at December 31, 2017.

Cash and short-term investments totaled $41.9 million at the end of the first quarter, up $26.1 million (sic) [$1.0 million] from the prior year. We ended the quarter with no debt. As you will recall, HIIQ is an emerging growth company. We'll be adopting the new revenue recognition standard in Q4, and it will be applied retroactively for at least 2018. We are currently evaluating the impact from the adoption of ASC 606 on our financial statements. And we'll continue to communicate the potential impact of the new revenue recognition standard as the year progresses.

We reaffirmed our full year 2018 guidance of revenue between $290 million and $300 million based on our current revenue recognition policy. Adjusted EBITDA of between $54 million and $57 million and adjusted earnings per share of $2.45 to $2.55.

As Gavin mentioned, we're excited about the potential future opportunities of our business, including the pending HHS rule, that could return -- that could extend short-term major medical to a duration of up to 12 months.

We believe this change would favorably impact our recurring revenue, especially at our e-commerce division. We also continue to focus on the expansion of our innovative product offerings and expansion of our distribution networks. We believe these opportunities could be incremental to our 2018 guidance. We also believe the elimination of the mandate tax penalty for consumers who do not have the ACA compliant health insurance will be a catalyst in 2019. We're also committed to maximizing our e-commerce opportunity, providing best-in-class compliance and customer service and driving scalability through our technology platform.

Thank you for your time today.

With that, I'd like to hand the call back to Gavin for concluding remarks before Q&A. Gavin?

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thanks, Mike. Following the fourth quarter 2017 that exceeded all expectations at the end of the first quarter of 2018, we grew revenue 21%. We grew adjusted EBITDA 23%. And we have record policies in force, coupled with an outstanding compliance performance. Although we use the vast data we have access to so we prepare for seasonality, we do not manage our business based on strategy quarter-to-quarter. We've been building and preparing for a much bigger multi-year opportunity, since I joined the business in 2016. As the quarter is now behind us and our market continues to evolve, our first quarter provides an excellent foundation for the launch of our next generation of technology. We are prepared for the potential short-term medical opportunity and the rest of 2018 and beyond.

And with that, we'll turn over to the operator for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question is from Steven Halper with Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

To the extent that you can, can you characterize some of the discussions that you've had with the regulators on the multistate exam and the process that you've been going through that gives you confidence that you can resolve this thing by the end of the second quarter or early third quarter?

**Gavin D. Southwell**
*President, CEO & Director*

Yes. So we've always been very respectful of the process. The Chief Examiner, the lead states, and so we've always tried to work very closely with them. And so we're very conscious that we are working with those guys in agreeing time lines and all that stuff. It is all very important. And to date, we haven't received any draft issues or draft findings. But we have agreed timings of resolution, so we're going to be discussing that throughout May. And then simply a process follows where, if we come to an agreement, there's a process of the other states signing off that resolution, that agreement. And we've spent a long time speaking to all of the different states and we believe that, that should happen pretty efficiently. But if it takes slightly longer that's why we try to give the guidance to say look, towards the end of Q2, beginning of Q3. So we're pretty imminently having those discussions around what resolution looks like. We know that investors are very interested in this. We want it to close as much as anybody. And I believe the appetite is there from the examiner from the lead states. I think everybody is now at the point where we're all working in kind of alignment towards resolution. That's probably about the best thing as I can give. But we want to try and keep people as informed as possible.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Yes. And just as a follow up -- just 2 follow up's. Did the process sort of accelerate a little bit once after HCC apparently settled? And number two, do all the states have to approve it?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, so it absolutely did accelerate. It's the same Chief Examiner, it's the same lead states. So it's just practicality, but of course, now they finished that process. There is more focus and attention on us, so that absolutely helped. We're also -- we started the second part of that original review, so it absolutely, does. And secondly, no. You need a majority, so over half the states. And we believe, we have good relationships with the vast majority of states that are out there. We know a lot of these guys very well. We've built relationships over the last 2 years. And so we don't foresee there being any difficulties. If there are, we'll update everybody. But as it is, we have agreed time lines and that's what we're working towards. We've been wanting to get here. We always wanted to do it quicker, but it's great to be able to have some time lines.

**Operator**

Our next question is from George Sutton with Craig-Hallum Capital Group.

**Unknown Analyst**

It's Jason on for George. Gavin, you gave a lot of different data and we appreciate that. I'm just wondering, if you can maybe dive into some of the market assumptions a little bit more as you -- as the market moves from 3 months back to 12 months potentially later this year and the elimination of the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ1 2018 EARNINGS CALL | MAY 03, 2018

mandate. You characterized it as a $3 billion TAM increase, but just wondering, if there is any more data you can provide on that.

### Gavin D. Southwell
*President, CEO & Director*

Yes, we provided comments around the short-term medical rule and various other people did. Many different market commentators have gave estimations of what they think the impact will be. So we really just took that range and picked a midpoint. To say, "Okay, we think this feels like a reasonable assumption." And like I said, I think that's a fraction of what the addressable market really looks like. If you look at those kind of 7 million individuals purchasing ACA currently with the price increases being what they are and what the increases are going to be in the fourth quarter of this year, a large number of those guys are going to be looking for other types of products. So we've really -- we took published data, not our own research. It's kind of the market consensus, as to how many additional people, they believe, will buy this product, and we think people are being conservative. We don't build this kind of opportunity into our guidance. We want the final rule to be published. We want to know the implementation day. But we're prepared. If the rule was announced tomorrow, and it was live tomorrow, we'd be ready. We're the market leader for short-term medical. We always have been. And it's interesting, when the restriction on the rule happened and that was announced, that had a major negative impact on our stock prices. If the rule impacts the way we expect then we'd expect people to understand this has a potential major positive impact. So yes, there's plenty of information out there. We can kind of summarize it for you. But working with HHS, working the departments, working with the new Head of the Healthcare Committee, the NAIC, I think the figures we've given are considered pretty reasonable by every kind of informed market commentator, yes.

### Unknown Analyst

Two more, if I can, just on Agile. So some of the improvements that you're seeing in the app volume there, just wondering, if you can give us a sense if that's coming on the SDM side or if that's the health benefit plans? And then, with the technology changes that you're going to roll out in the back half of this year, is there a different outlook on how volume will flow through the contact centers or through the e-commerce channel?

### Gavin D. Southwell
*President, CEO & Director*

Yes, so to take the Agile question first. I mean, the Q1 is -- back in the beginning of 2017, 12-month short-term medical policies were available. And in the first quarter of 2018, it's 3-month policies, which is a major product on Agile. So comparing Q1 to Q1 is even more tricky. Also because of the shortened open-enrollment period and the rest. If we look at April, we're not giving full financial information on April, but I'm happy to give some color. Agile is about 50% up year-over-year for April, in terms of policy count, which I think is a good signal. And it's probably the most reasonable sort of like-for-like comparison. The 12-month rule for short-term medical would have a significant impact on those guys because the vast majority of the policy sold remain short-term medical, although, they do have health benefit plans and overall fringes on the platform. And then secondly, the technology we're implementing is, we have 2 parts to our technology. We have kind of a front-end initial point-of-sale and then we have a portal, which is accessed by all of our consumers and all of our other third-party distribution, that side of it is being relaunched, revamped and a whole next generation. So it means that most consumers who buy our policy regardless of what channel they purchased it from, they're going to be accessing a next-generation of software and they're going to be able to do that in new and exciting ways. And they're going to be able to purchase a broader range of products, whilst they're logged into that platform as well as many other exciting functionalities, which will make our platform more sticky, it'll help with persistency. It will allow us to offer a broader range of products. It's really a big evolution of our business. Our carriers are very excited about it. We're very excited about it. And we'll be launching that towards the beginning of Q3. And we look forward to talking a lot more about it through 2018.

### Operator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our next question is from Randy Binner with B. Riley FBR.

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

So I had a question about the common period that recently closed for the proposed rule from HHS to lengthen the duration for short-term limited products. Can you share, I guess, kind of how you thought that open common period went, maybe characterizing the pros and cons that were submitted. My understanding is there was a lot of submissions and then also an expectation you have for timing around that process? I think you mentioned in the opening comments that you presented an analysis and you expect an outcome shortly. So the timing piece is of interest too.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, so when the initial rule was introduced in 2016 to shorten short-term medical, the comments that were put in were overwhelmingly against that rule. They wanted to keep SDM at 12 months. And basically everybody, I'd say over 90% of comments were not to make the rule change. And then the rule change happened anyway. So I think, the way to kind of look at it is, we have submitted comments that comments for, that comments against, but I think, if the department want to push previous rule, based on what happened last time, I would say that, if their intention is to publish it, they'll publish it. So I think, there were plenty of comments saying the benefits. There were comments against. Everybody has a reason and an agenda of why they give those comments. I think that based on the data available, my understanding from talking to the guys at HHS is they're very motivated to publish this rule as soon as possible. And it's definitely in the best interest of consumers. If you look at some of the stats we have given around ACA, people who are arguing that the ACA is still in good shape, what data are they using? So I think, that we are hopeful this rule will happen well in advance of open enrollment. But if we don't have a further update, I'll be visiting with HHS towards the end of this month and we'll be able to get an update then. But we expect an update prior to the end of May.

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

Okay. And then just one housekeeping item. I missed the cash level that Mike disclosed?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Yes, so during this quarter, we reclassified our credit card and ECH deposits in transit to be consistent with our peers in the industry. So we reclassified those deposit in transit to cash from accounts receivable.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, year-over-year increase of about $26 million of cash, which is fantastic.

**Operator**

Our next question is from Mike Grondahl with Northland Capital Markets.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

You mentioned a little bit the duration and retention of policies is sort of increasing. Can you just talk a little bit about what you're doing there? And how you think that can continue?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, of course. So we are coming from a carrier background, we don't just look at daily sales. We are analyzing the performance of the block and the reasons behind it. So improving retention, it's great for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved,
**spglobal.com/marketintelligence**

the consumer, but it's also -- it's fantastic for our financials. So it's been a big focus throughout 2017. We -- for the first time, we hired specific resource looking at retention. It's called the Benefits team, but a good way to think of it is, it's the retention team. So this is very well educated and qualified licensed agents who can speak to consumers at kind of a customer service level around the benefits of their plans and kind of guide them through how to access those benefits, that's been very successful at improving retention. We have seen that team kind of very quickly pay for itself and be kind of accretive to our company. And so we are rolling out that initiative, but also a direct link. If you have happy consumers and you have a low number of complaints then it means that you have better retention. We invested back in '16, early '17 in a very large number of customer service agents. I often give the stat. We added -- we went from 26 to 230 people answering the phones. So if you go from taking an hour to a couple of seconds, it means those people aren't going to get bored and cancel that policy. So a lot of it is kind of building blocks. There are technical elements too. As we rollout better enhanced products, it means that there is more chance it will meet the demands and needs of the consumer at the point they come to make a claim or they need to access the products. And so over time as we keep enhancing the products, and we keep rolling out new carriers, we will see they improve as well. The big driver for '18 and beyond is going to be this next generation of our software. What we have seen is the vast majority of our consumers access the portal, but they're accessing it a relatively small number of times. And we're still having this increasing retention. If we can make that portal more helpful and we spent -- we worked with leading firms, the guys who previously did the Wall Street Journal's technology, they did the technology behind Netflix. These are the people we have redesigning our consumer portal. So we're very excited about launching that. The impact it'll have will be additional sales, broader products, but also for the existing block, it should really help that retention piece as well. So there's lots of different projects. We have a whole initiative here with the business, a cross-business initiative. We track that on a project management application and we have been really satisfied with progress to date, it flows through the financials, but there is a lot more we can do, and so we look forward to that.

### Michael John Grondahl
*Northland Capital Markets, Research Division*

Great. And then you guys called out, I think, it was 20 new distributors and 15 had written business so far in 2018. Any range that these new distributors could make up 5% to 10% of the business this year. How do we think about that gross number 20?

### Gavin D. Southwell
*President, CEO & Director*

So we only ever previously talked about adding new distribution and we thought we have had such success in the first quarter at adding distribution that has the potential. But it was worth kind of giving people an insight into kind of what that looks like. So we currently have all the 80, about 80 different types of distribution right now. So adding 20 can potentially be pretty significant. Some of these guys could end up being, some of it, not all, our largest ever distribution points. The point that we always add in is anybody we deal with has to go through a process of training, of meeting and constantly hitting our compliance matrix, our market leading compliance. The reason we outperform the ACA guys, so dramatically, is because we have such high levels of compliance and consumer satisfaction. So we can't build these guys into our guidance until they have proven a track record of not just writing business, but doing it the right way. So as we ramp these guys up and we go through this quarter and the next quarter, once we see them perform the way that we expect then we can go back and revisit what impact that would have on our financials. So we kind of wanted to use this opportunity this quarter to say "look, there's a huge addressable opportunity here." We have this potential. We've got the tools to do this. We're doing various initiatives through the year. We have got all of the blocks in place. So we want people to kind of focus on that opportunity a little more than we have in the past.

### Operator

Our next question is from Mark Argento with Lake Street Capital Markets.

### Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just a couple of quick ones. Gavin, maybe you could talk a little bit more about the new technology platform and how you see that rolling out, in particular, how quickly you could see some leverage and benefit from that? And then for Mike, maybe talk, if you could, just broadly, the 606 impact, maybe you could give us a little bit of a sneak peek as to your thoughts on the impact? And then lastly, obviously, you guys are generating a decent amount of cash. You mentioned on the call you're trading at 10x, any thoughts on may be getting a little more aggressive in terms of the capital structure?

### Gavin D. Southwell
*President, CEO & Director*

Yes, the technology piece, we've been working on for a long time. Rolling out the next generation of the software is a major initiative for us. We've positioned it in the prior quarter. We're talking about little bit more now. When we launch it, there'll be a real evolution of our business. I see it as the platform for really taking us to the next level as a business. It allows us to broaden out our product offering. It allows us to enable the consumer in ways we haven't before, which certainly has a big impact on things like retention. So we're really excited about it. Our carriers are excited because we are linking it to a number of different third parties. We've had to kind of build that into our time line. So what we wanted to be able to do, like there are some obvious things there, so being able to find a provider. So one of the good selling points of our products is you are generally able to access any provider anywhere as opposed to these very restrictive networks that you find on ACA products. So it would make a lot of sense if our technology allowed people to simplify that process of finding and booking and all of that good stuff. So when we -- when we launch it, we want it to be -- to make the impact it deserves, and we will be doing it around the midpoint of the year, I think, early Q3 is a good point. And so really for us this is a really exciting year. We get the lead behind the kind of historic regulatory questions and we get to really move on and look forward at this multi-year vast opportunity based on our next-generation technology. And distribution is at frankly, we didn't have the opportunity to win back in 2016. These are guys, who have done vast numbers of other types of products, mainly ACA, who have now seen the way the market is shifted and now, there's the potential for them to form a great partnership with those. The second question, I mean, was more around cash.

### Michael D. Hershberger
*CFO, Treasurer & Secretary*

Sure, the ASC -- the impact of ASC 606 market, is that the question you have?

### Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

Yes.

### Michael D. Hershberger
*CFO, Treasurer & Secretary*

So with respect to HIIQ, of course, we're an emerging growth company and the ASC 606 has many facets. But we're taking a collaborative approach with our consultants and our auditors and we're evaluating every component of our income stream. And as I said, we're going to adopt it in the fourth quarter, and it will be retroactive for 2018. Currently, it's too early to know the full impact. But I can tell you that it will not impact our cash flows. So as you think, about our company, as you think about the dynamic and the basis of our company, there will not be a significant change. But a difference may be for us and some of the public companies that have reported is that our insurance brokers is that we have many other performance obligations. We are essentially an outsource for insurance companies for many of the processes. We have identified those pieces that are scalable and built technology around them, such as billing, accounting and our customer service. So we have a multiple performance obligation that's different than, for instance, a point-of-sale, where a broker makes a point-of-sale and then has no ongoing relationship. So we've got various revenue streams and I would say that one thing for certain is we'll have more disclosures.

### Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And then in terms of the cash and the relative valuation over the stock's trading, have you guys thought anything more about trying to take advantage?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, I mean, we can see clearly. We believe our stock is very significantly undervalued. We understand the opportunity in front of us. So it will be a good use of our cash to support our stock price, absolutely.

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC, Research Division*

And just last, I know you had spoken of some data in regards to your performance relative to some of the ACA guys, but also, I think there is some data out there looking at your performance relative to other short term. Could you guys make that data available, at least point us to where we could find that data that would be helpful?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, we will do. So the National Association of Insurance Commissioners has a section, where they kind of aggregate together all of the Department of Insurance complaints. So there is publicly available information. People can go on and find this. And yes, I think it's really just a fantastic illustration. We are not going to -- we don't need to kind of defend this business anymore around sort of regulatory compliance. We have proven beyond any reasonable doubt according to independent third-party data that we are outstanding at compliance because we have invested in it in terms of resource, controls and look at the comparisons. I mean, we're not just 10% or 20%. We are 3,700% better than some of larger ACA carriers. And I think it's time for us to focus on the technology, the opportunity. We will resolve our final historic matter and then we will really focus on the true story of this business and what we're capable of.

**Operator**

Our next question is from Greg Peters with Raymond James.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

I was wondering, Gavin, given your carrier background, if you could spend a minute and talk about the actual profitability of the products that you're selling to the insurance industry?

**Gavin D. Southwell**
*President, CEO & Director*

Yes.

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

And I'm sure you have a perspective on that and you're monitoring the profitability for your insurance products.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, so every product that is filed, whether it's a short-term medical or a dental or whatever it is, each state looks very closely at how it's priced, what the profitability looks like. And so they are interested. So I think, people are very aware around ACA and different levels. But that does happen on other products as well. We track it incredibly closely. We do a lot of this work on behalf of our carriers. They do the same thing, but we tend to be able to offer a lot of insight and comparative data that they simply don't have. And we do this both ways. If we see the performance of the book going, it's too profitable, then it's adjusted. If it's not as profitable as its needed or its loss-making then we adjust that as well. So we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

constantly refining rate increases, rate changes, benefit of debt, and we work very closely, kind of state-by-state. We have a team of people here. We have a team of actuaries that we work with. And really the insight we will get from our data warehouse is, we've always got access to this information, but how do you kind of surface it and present it to carriers is very important. I mentioned very simply, we have the ability to do this real time. A lot of people look at very historic information often several months later. I never like that when I sign a carrier. We can see very, very quickly and a lot quicker than other partners, these large carriers often deal with exactly where the book is going and why. We don't just do historic analysis, we do predictive analysis as well. We look at where the hockey puck is going and not just where it is. So we're really excited about that. And it might not sound like the most exciting topic, but it's very important to our carriers and it's really important. As you increase in size, and you get bigger and bigger blocks of business to carriers, they're very interested in this, which means, we're very interested in it too. Hope that's helpful.

### Operator

Next question is from Richard Close with Canaccord Genuity.

### Richard Collamer Close
*Canaccord Genuity Limited, Research Division*

Just wanted really be clear on the 2018 annual guidance. I know when you were talking about these 20 new distributors, you said, those guys are not included in guidance. So I want to get your opinion, how much do you think these distributors are potentially incremental business versus may be any cannibalism with existing distributors, so on that front? And then also new products that you have talked about, how much do you think new products is incremental to potential guidance as well?

### Gavin D. Southwell
*President, CEO & Director*

Yes, so the first part is, yes, we haven't included the impact of new distribution in our guidance at all. So we've included 0 potential impacts on that, so that's all potential upside. In terms of scale, some of the guys we've added could become our largest distributors. What we've seen is back in 2017, you have some distributors who used to do some ACA, some other 65 and then some of our products. And so they shift in '17 with people saying "okay, we're going to focus more on the HIIQ-types of products and maybe less on these other areas." And then there were some large players out there who still remain focused on ACA. I think what we're seeing in '18 is people in the individual market are now changing their approach away from ACA. And so we're getting opportunities of people we didn't have before. So that means is that they have access to consumers who we didn't have access to before. So I don't think we'll see that cannibalism point. I also think that as we add distribution, it gives us the ability to access more and more consumers. Accessing the consumers and consumer awareness, that's the key. The individual market is the individual market. There isn't a Head of HR or an insurance broker telling people what their coverage is. They have to go out and find it. They have to be aware of it. So if people don't understand the benefits of the health benefit plan or a short-term medical or some other kind of discount benefit products they need someone to find them and explain it to them. So greater distribution generally adds to greater consumer awareness and that's a really good thing for us. So we're excited about the guys we have added. We think it gives us new ways of accessing consumers that we haven't had before. But we have to add them, check them, test them, ramp them up, track them, but before we can build it in. So for us, this year, it's a crescendo. Q1 was about building a solid foundation and that's what we've done. And we should crescendo as we go through the year.

### Richard Collamer Close
*Canaccord Genuity Limited, Research Division*

And then with respect to new products that have been added to the platform. Are those all incremental as well, or?

### Gavin D. Southwell
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ1 2018 EARNINGS CALL | MAY 03, 2018**

Yes, we have. So we planned for some time incremental products. So for the people who are buying that kind of core health insurance product and then supplemental products, there are other products that are very valuable to them. This is well proven, in my previous lives, and with other businesses. So there are some very logical things within that accident and health space that we should be offering consumers and that we will soon be offering consumers. But again, it's not built into our guidance. It's all potential upside because we need to launch the platform. We need to prove out the concept. We need to see the behavior, and then we will build that in. So it's an exciting time for us. We're looking at a great opportunity ahead of us. We're trying to be as transparent as possible and just give as much color as we can.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

And on supplemental policies, Mike, maybe you -- can you talk a little bit about the attach rate there. I guess, in the first quarter, supplemental policies declined more so than anything else year-over-year. Was there anything to that may be that you could provide some information on?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

Sure, I'll take the first part of that, and Gavin, if you want to add something past it. As we work with many of our distributors, especially some of these newer distributors, we're really focused on the individual and family plan products. So as we think about the distribution and getting them on our platform, focusing on that piece is really our priority. As we continue to have these distributors mature than we add the supplemental products in there. I would say it's...

**Gavin D. Southwell**
*President, CEO & Director*

I mean, we don't tend to give specific information on individual distributors, but in terms of our top 10, there are some people in there we started doing lot of business within 2017. And to Mike's point, if you have people who are now very good at selling the core product and they are doing that with outstanding compliance. The next stage is, saying okay, well, it's actually really good for the consumer, if they have dental, vision, critical illness, accidental death, this is just -- this gives them much more comprehensive coverage. So there is a dynamic there of, as you add people, it's really our expertise, it's our team, who kind of help to train them and educate them. So there's a -- it's a good thing to have some of our top 10 being newer guys. It gives us that potential upside, right?

**Operator**

And our final question is from Frank Sparacino of First Analysis.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

I'll make it quick given the time. Just real quick, Mike, in the quarter and the submitted applications, what was the mix of short-term medical versus health benefit?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

For this latest quarter, about 65% health benefit insurance plans, 35% short-term major medical.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

Great. And lastly, Gavin, I just want to clarify the comment you made with respect to April being up 50%. So this is submitted applications on the e-commerce Agile site, correct?

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, that's right. We're not saying it applies to the whole business, but for Agile, because it has behaved differently in the last quarter of 2017 versus the year. We wanted to really give that color to say, look, they were selling 100% short-term medical in the first quarter of 2017, and the rest of our business was more kind of 50-50 short-term medical health benefit plans. So the impact of going from 12 months to 3 months was most significant on that e-commerce side because it's harder to explain. Remember, we had this solution of being able to sell multiple 3-month policies together with pre-ex waivers. And so that's easier to explain on the phone with the rest of our distribution when it is online. So we report simply for kind of fairness and to be able to try to compare. Looking at Agile, the best comparison will be kind of the April-to-April, so showing, look they had about a 50% increase April-to-April, just gives some good color over sort of the impact of a rule change and what it can do. And so since we're talking about rule changes and stuff like that, we thought that was a useful guide. But it doesn't apply to our whole business. So to answer your question, yes.

**Operator**

Ladies and gentlemen, that is the end of our question-and-answer session. I would like to turn the conference back over to management for closing remarks.

**Gavin D. Southwell**
*President, CEO & Director*

Great. Well, thank everyone. We appreciate your time today and your interest in our company. And as we go through 2018, I look forward to talking to you all further, and keeping you updated on our progress through the year and the exciting opportunity we have ahead and our ability to execute on it. So thanks, again, and we'll talk soon.

**Operator**
This concludes today's conference. You may disconnect your lines at this time, and thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.