# EXHIBIT 18

**S&P Global**
Market Intelligence

# Health Insurance Innovations, Inc.
# NasdaqGM:HIIQ
# FQ3 2018 Earnings Call Transcripts
## Tuesday, October 30, 2018 12:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.59 | 0.61 | ▲3.39 | 0.76 | 2.48 | 2.97 |
| **Revenue (mm)** | 73.39 | 74.01 | ▲0.84 | 86.48 | 299.51 | 352.16 |

Currency: USD
Consensus as of Oct-30-2018 11:22 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| - EPS NORMALIZED - | | | |
| **FQ4 2017** | 0.34 | 0.37 | ▲1 8.82 % |
| **FQ1 2018** | 0.50 | 0.52 | ▲2 4.00 % |
| **FQ2 2018** | 0.58 | 0.61 | ▲3 5.17 % |
| **FQ3 2018** | 0.59 | 0.61 | ▲4 3.39 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**Contents**

---

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **13** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Gavin D. Southwell**
*President, CEO & Director*

**Michael DeVries**
*Senior Vice President of Finance*

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

## ANALYSTS

**Charles Gregory Peters**
*Raymond James & Associates, Inc., Research Division*

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC, Research Division*

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

**Randolph Binner**
*B. Riley FBR, Inc., Research Division*

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2018 EARNINGS CALL | OCT 30, 2018

# Presentation

**Operator**

Greetings, and welcome to Health Insurance Innovations' Third 2018 Earnings Call. [Operator Instructions] As a reminder, this conference is being recorded.

I would now like to turn the conference over to Mike DeVries, Senior Vice President of Finance.

**Michael DeVries**
*Senior Vice President of Finance*

Thank you, and good morning, everyone. We are excited to have you join us today for discussion about Health Insurance Innovations' 2018 third quarter financial results. By now, you should have received a copy of the earnings release. If you do not have a copy and would like one, please visit our website at investor.hiiquote.com.

On the call this morning with me, we have Gavin Southwell, HIIQ's CEO and President as well as Mike Hershberger, HIIQ's Chief Financial Officer.

As a reminder, today's conference call is being recorded and a replay of the call will be available on the Investor Relations section of our website following the call.

We will be making forward-looking statements on the call. All statements other than the statements of historical facts are forward-looking statements. Such statements may describe future plans, objectives or goals. Forward-looking statements are subject to future risks and uncertainties, including the risks outlined in the company's Form 10-K. These results and uncertainties include, among other things, the company's ability to maintain relationships and develop new relationships with health insurance carriers and distributors, its ability to retain its members, the amount of commissions paid to the company, or changes in health insurance pricing practices, state regulatory compliance and changes in the United States health insurance systems and laws. Actual results could differ materially from those projected or expected in these forward-looking statements.

Listeners are urged to review and consider the various disclosures made by the company in this conference call and the risks disclosed in the company's annual report on Form 10-K as well as other reports we have filed with the Securities and Exchange Commission. Copies of the company's SEC reports are available on our website at hiiquote.com and the SEC's website. The company disclaims any obligation to update any forward-looking statements after this conference call.

And with that, I'll turn the call over to our CEO and President, Gavin Southwell.

**Gavin D. Southwell**
*President, CEO & Director*

Thank you, Mike, and good morning, everyone. I've been looking forward to reporting our third quarter results as well as updating you on our plans of substantial growth opportunities that lie ahead.

The third quarter has been about preparing for the fourth quarter opportunity and to keep building our business for the years ahead.

We are pleased to have beaten market expectations and following a strong first half of the year to be able to raise guidance for the rest of 2018.

Financial highlights are: record revenue of $74 million compared to $63.3 million in the third quarter of 2017 an increase of 16.9%. Record total collections from members of premium equivalent of $114.5 million compared to $99.4 million in the third quarter of 2017, an increase of 15.2%. Adjusted EBITDA was $14 million compared to $12.9 million in the third quarter of 2017, an increase of 8.5% and adjusted earnings per share or EPS was $0.61 compared to $0.46 in the third quarter of 2017 an increase of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2018 EARNINGS CALL | OCT 30, 2018

32.6%. And finally, policies enforce as of September 30, 2018 totaled approximately 378,000 compared to 347,900 in the third quarter of 2017, an increase of 8.7%.

These strong quarterly results allow the company to raise its annual guidance of revenue for 2018 to be between $294 million and $304 million, or grow approximately 17% to 21% year-over-year. And raise the guidance for adjusted EBITDA to be between $56 million and $59 million or grow approximately 24% to 30% year-over-year. And finally, to reaffirm adjusted earnings per share or EPS to be between $2.47 and 2.57 or grow approximately 50% to 56% year-over-year.

These guidance numbers are based on the company's current method of accounting for revenue. As an emerging growth company, the company will be adopting the revised revenue recognition standard known as ASC 606 in the fourth quarter of 2018 for the full year ended 31 December, 2018.

Our CFO will provide more details. But at a high level, we have worked closely with the SEC, our auditors, consultants and our audit committee. As we adopt the new revenue recognition accounting standard, we will be accelerating the estimated lifetime value sales component of our revenue upfront at the time of the sale. We believe that the net effect from a GAAP accounting perspective will likely be an increase in revenue and profitability, particularly during periods of high membership and application growth, which will likely mean an increase in the impact of seasonality.

The recent change in the short term medical rule will also drive longer duration of greater lifetime value and higher upfront revenues. Our CFO will provide additional color on the implementation and estimations around ASC 606 for 2018 and going forward.

In terms of our market, this business continues to be uniquely positioned to take advantage of the growing demand for affordable health insurance solutions. And we will continue to provide a safety net to consumer and their families who otherwise wouldn't -- would be unable to find an affordable solution.

We are focused to continue to be a leader in our market and to reach as many consumers as possible. I'm even more excited about our future than I have been in the past. The current state of the healthcare market creates a massive need for the products that we make available to consumers. But our responsibility doesn't stop at access to great products. We are continually working to keep improving the customer experience and provide user-centric technology, which makes it easy to understand and use these great products.

As we start the open enrollment period, which is traditionally the busy selling period, we have more affordable options available to consumers than at any point in our company's history. We also have more distribution available than ever before, which we will be able to offer these enhanced product to more consumers than ever before.

In our second quarter earnings call, I talked about launching the next generation of our technology platform later in the year in order to best prepare us for the expanding opportunities in our market. And now with open enrollment beginning, I am pleased to announce that we have already successfully launched a new facing platform with a new brand and exciting tools and technology that redefines our relationship with the consumer.

MyBenefitsKeeper is the next generation of our platform that makes accessing and using insurance easy and transparent. In the initial rollout, members are able to use MyBenefitsKeeper to find the doctor, access all policy documentation, print ID cards, et cetera. And in December they will be able to purchase policies directly in their member portal.

This new ability for consumers to be able to buy additional products from our member portal is a huge step forward for us as a business, and opens up a new revenue stream from existing customers without increased incremental costs. The portal will also greatly simplify the reapplication process and so should have a positive impact on retention.

We are also developing a mobile application that we will also launch in December and will serve as members' go-to source for all of their health insurance needs. They'll be able to call a doctor for telemedicine services, get reminders and notifications on their phone about reapplying, purchase

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

policies when they need additional coverage and chat with us in-app if they have any questions or concerns. Importantly, we now have insurance agents who will continue to access quoting and enrollment tools through Health Insurance Innovations. While members will turn to this new brand and portal MyBenefitsKeeper for billing, technology and customer service need.

We've invested in building the next generation of our technology platform and MyBenefitsKeeper will help us continue to redefine and lead our market in constantly striving to meet and exceed the demands and needs of our consumers. This platform also provides a strong foundation for our business to keep broadening out our product offering.

In our second quarter's earnings announcement I talked about the STM rule or short-term medical rule. The new rules around expansion of association health plans and the removal of the individual mandate and how this increase significantly our total addressable market or TAM, and today I want to remind investors of the key impact of these regulatory tailwinds, plus I will also provide details around the recent announcement from CMS and provide some further context around our ability as a business to be first to market with solutions to consumers based on whatever regulatory change is presented to us.

First, STM. On October 2, the Department of Health and Human Services implemented a rule for the sale and renewal of short term, limited duration plans to cover an initial period of less than 12 months plus carry it will be able to make these plans renewable for up to 36 months subject to each state's insurance laws. Previously the rule limited duration to less than 3 months. We were fully prepared for October 2 launch and believe that we have significantly improved choices for Americans priced out of the individual insurance market.

An important item to note here is that we have been preparing for this change for some time. As a result, we have 4 of our highly rated insurance carriers providing short-term medical coverage for up to 36 months in the states that will allow these plans. And we are not aware of any other insurance carrier in the market offering these 36 months plans and believe we are first to market.

I've talked in the past about the estimated 30 million Americans who remain uninsured. Premiums would have more than doubled since ACA regulations were implemented, resulting in a significant affordability gap for the average consumer who does not receive a subsidy. Enrollment in an unsubsidized individual market plans fell by 20% nationally in 2017 with 6 states seeing drops of more than 40%. We believe that the HHS rule will provide potential significant upside to our business, increasing the total addressable market by up to $3 billion in additional revenue, and we consider ourselves a leader in this space.

We remain excited about the opportunity that exists in this small group market with respect to the association health plan rule and believe our efficient data-driven model is well suited to deliver these new plans. Association health plans are expected to have millions of Americans gain access to more affordable health insurance and can be found in today's small group markets or the ACA individual market. And we are building an enhanced solution around association plans working with carriers and distributors. We believe there exist a substantial opportunity for us to expand our portfolio of products and increase the overall size of our addressable market by leveraging our technology platform and strong partnerships to become a leader in association health plans.

Association health plan enrollment is expected to reach more than 3 million people by 2022. This represents the equivalent of about a $16.9 billion market opportunity. We are experts in this area already and we are well positioned to be a leader in this newly expanded space. We will continue to evaluate and explore this multiyear opportunity and other developing opportunities in the existing $60 billion small group market to both expand our business and provide consumers with more affordable options in the years to come.

Also on January 1, 2019 the ACA mandate tax penalty goes to 0, which is good for consumers and favorably impacts our market by effectively reducing the cost of our products by removing the cost of the penalty. As a note, even with the existing tax penalty, many of our products are affordable to consumers, and much more affordable than the available ACA plans. According to U.S. Treasury, 4 million Americans were willing to pay an average fine of $750 in the 2017 tax filing season and 11 million more claimed exemption to go without insurance entirely.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As a note, even with the existing tax penalty, many of our products are affordable to consumers, and much more affordable than the available ACA plans. This elimination of the tax penalty will further increase our cost-benefit advantage for many consumers. We believe now more than ever, our affordable health care solutions provide an important safety net to many Americans who would otherwise not be able to afford health care coverage. And we remain committed to efficiently providing affordable health care solutions to consumers who would otherwise not have health insurance that meets their needs.

I want to remind everyone that any growth in the short term medical market is upside to us. But I also want to clarify some important points and update on what we are doing with short-term medical. Although our 20-year-old product starting in 2016 short-term medical, has became a political discussion. And often politicians who want to criticize STM do so using the example about it as not available to consumers with preexisting conditions. That isn't quite accurate. We work with most of the insurance carriers who offer STM and have worked with some partners to be able to offer short-term medical but does accept people with preexisting conditions.

We're also working with new carriers to create new types of STM and other similar catastrophic coverage type plans, which again will accept those with preexisting conditions and we will launch those products soon. Even where pre-ex is applied, this is often only applied for conditions that occurred within the last 6 months, 12 months or up to 60 months. And any pre-ex prior to whichever period is applied is covered. We work with leading third-party distributors to ensure that the consumers are offered a product which is right for them and meet their demands and needs. And this is evident clearly by the fact our products are lasting longer and our customer satisfaction is market leading. STM is not the perfect solution for everyone, but it does provide valuable protections for many people and I want investors to have all the facts.

I'll make the point again that as a business, we are product agnostic and we will work with our approximately 30 insurance carriers and benefit providers -- our 30 insurance carrier and benefit provider partners to design and develop new products depending on what federal and state rules are in place. Just to remind investors, we were incredibly successful in 2016 doing a democratic administration with record results. This continued in 2017 with record results despite STM being restricted to 3 months and we showed our ability to be innovative and agile in terms of product development and our ability to be first to market with new products.

Health Benefit Plans are now our main core product making up about 75% of our core policies in force. We also sell significant amounts of critical illness, accidental death, Life as well as dental, vision and other types of requirements. We do not rely on any one product or any one carrier. We also don't rely on any one state either. We are deliberately and strategically positioned to be able to offer a broad and full product offering, utilizing our proprietary technology, access to vast data and our product expertise.

As mentioned earlier, I wanted to talk about a recent announcement from CMS. In addition to the expanded market opportunity already before us, there is now potential from that opportunity be even greater. Last week CMS and the Department of Treasury released guidance related to Section 1332 waivers to give states more flexibility and increasing choice and competition in insurance markets. Section 1332 waivers now known as State Relief and Empowerment Waivers, are used by states to address problems caused by ACA and to allow states to develop new approaches to expanding coverage and ways that may be unique to the needs of a particular state.

The new guidance provides clarification and changes related to the requirement that must be met for waivers to be approved. The departments will now focus on expanding health insurance coverage of all types, including alternative plans in the private market such as STM and association health plans. They will also look to the total aggregate effective waivers on the overall population rather than how the waivers might affect certain subpopulations. The goal of the waiver program is to expand affordable coverage to more people than otherwise would have been covered, absent a waiver, whilst maintaining deficit neutrality.

Previous guidance, the departments have reiterated their interest in supporting and empowering Americans in need. The new guidance states the waiver applications should support private health care coverage of those in need through financial assistance and meets their specific health care situations. This

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

means that there is now potential for states to submit Section 1332 waivers to grant federal subsidies to purchasers of short-term medical or association health plan policies in accordance with the department's priorities.

In the 2018 open-enrollment period, 83% of enrollees were subsidized at an average cost to a federal government of $505 to $550 per month per enrollee. The Medicaid and CHIP Payment and Access Commission has estimated Medicaid spending in 2016 to be about $7,973 per enrollee annually or $664 per month, including both federal and state expenditures. Given the cost of these programs, some states may view subsidized short-term medical or subsidized association health plans as a practical solution to expand coverage to lower-income Americans of all who were ineligible for Medicaid, whilst maintaining deficit neutrality.

With additional potential flexibility amongst it may change the landscape significantly and the impact of all to be defined should not be underestimated. We will build on the relationships we have built with state regulators over last 3 years to work with them on innovative solutions to their state-specific requirements. As state assess their respective health insurance markets and weigh opportunities to expand the availability of affordable coverage through the waiver program, we stand ready and willing to provide new and innovative solutions to consumers as they become available.

If there are future political changes that impacts one of our products, such as STM, then we are able to adjust our product offering quickly. Our technology is incredibly powerful and our ability to emphasize or deemphasize products is a competitive advantage. Back when STM was restricted, we were the first company to market who were able to offer solutions to the consumer. And now short-term medical is available as a 12-month policy renewable for maximum of 36 months. We are not only the only company, we are aware of, who are offering a 36 months plan, we actually offer several different versions of the 36 months plan and we've already sold 36-month plans. With change from a maximum of 3 months to 36 months is a potential 12 times multiple difference to a lifetime value of a product.

Of course, where there is an opportunity for us to capitalize on regulatory tailwinds, we will do so. But as we have shown since 2016, our offering is built around our ability to be laser focused on the consumer and that is built on the vast amount of data we have access to, our technology, our customer experience and our compliance. And our products will continue to evolve and adjust depending on consumer demands and needs and the regulatory environment we find ourselves in.

Right now, as an example, we have thousands of different combinations of offerings depending on state rules and consumer demands and needs. Often companies in the insurance space are restricted to only working in a small number of states, because their platform does not allow them the flexibility to be able to handle so many variations. For us, that simply isn't an issue. We have a competitive advantage where there is regulatory change. Where states have restricted STM, we are successful selling other types of products in those states.

As previously disclosed, the company is subject to a Multistate Market Conduct Examination or MCE. On October 3, 2018 the company met with the MCE examiners for confidential settlement discussions. These discussions included updated feedback on the result of the examination and discussion aimed toward potential resolution of the examination. The company has made what it believes to be an appropriate accrual based on the nature and stage of the current discussions with the MCE examiners. Under the rules of the MCE, the negotiations remain confidential.

Finally, the strength of this business is the data we have access to, our technology, our customer experience, and our compliance. And this is reflected in our hundred plus distributor partners and our 30 insurance and benefit providers, all of which work with us to ensure our future success.

In summary, we continue to be uniquely positioned to take advantage of a growing demand for affordable health insurance solutions. We appreciate your time today and we thank you for your interest in our company.

Now I'd like to turn the call over to Mike Hershberger, our Chief Financial Officer before ending with some final comments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**HEALTH INSURANCE INNOVATIONS, INC. FQ3 2018 EARNINGS CALL | OCT 30, 2018**

### Michael D. Hershberger
*CFO, Treasurer & Secretary*

Thanks, Gavin, and good morning everyone. Our third quarter financial results reflect a significant work being done to prepare HIIQ for the upcoming ACA open-enrollment period that begins on November 1 and ends on December 15. We have successfully partnered with what we considered to be outstanding insurance carriers and third-party distributors to reach as many consumers as possible. We continue to optimize our marketing, especially on our e-commerce channel and use a data-driven approach to improve our product mix and acquisition costs in preparation for what we consider to be substantial growth opportunities.

As Gavin mentioned, regulatory tailwinds for our business include the rollback of the STM rule that allows short-term major medical to cover an initial period of less than 12 months plus insurance carriers will be able to make these plans renewable for up to 36 months, subject to the individual state insurance laws.

Additionally on January 1, 2019, the ACA mandate tax penalty goes to 0. We believe the elimination of the penalty is good for consumers and favorably impacts our market by effectively reducing the cost of our products in proportion to the cost of a penalty. We have been prepping for this upcoming open-enrollment period and we believe that we are ready to execute. We are pleased with our results for the third quarter of 2018, which exceeded our expectations for the quarter.

During this morning's call, I'll run through the financial results for the quarter and discuss our thoughts and visibility around the upcoming fourth quarter. As a reminder, our Q3 numbers are based on our current method of accounting for revenues. As an emerging growth company, we will be adopting the revised revenue recognition standard known as ASC 606 in the fourth quarter of 2018 and this standard will be applied retroactively for 2018. I'll talk more about the adoption of the standards in a moment.

Our third quarter record revenues were $74 million, increasing by 16.9% year-over-year. Revenues were driven by an increase in policies in force, resulting from lower lapse rates, higher average premium, favorable commission margins and improved discount benefit plan offerings. Our total policies in force were 378,000 at the end of the third quarter, up 8.7% year-over-year and as expected, slightly down sequentially.

Also as expected, total submitted policies for the third quarter were lower by 10.7% year-over-year and 12.3% sequentially. October month-to-date through yesterday, our submitted policies were up over 10% year-over-year. Indicating a release of pent-up demand for longer duration short-term major medical insurance products that took effect in early October, also as expected. We continually focus on profitability, emphasizing those distributors selling our more benefit-rich individual and family plans or IFPs. The result was greater customer satisfaction and greater profitability on slightly lower submitted policies. We continue to train and integrate the third-party licensed agent call centers that we recently added to meet our rigorous compliance standards. We believe that our effective training, as well as competitive new IFP and supplemental product offerings will be a solid foundation as we enter a seasonally strong Q4.

We believe that e-commerce continues to represent a substantial opportunity for us. As a reminder e-commerce includes our wholly-owned channel, agilehealthinsurance.com, as well as direct-to-consumer Internet sales from our third-party call centers, where HIIQ's technology is the backbone of that channel.

Third-party commissions in the third quarter of 2018 were $46.7 million, an increase of $10.1 million or 27.6% compared to the third quarter of 2017. The increases in third-party commissions were primarily due to an increase in the number of policies in force sold through third-party licensed distributors.

Total SG&A was $18.3 million or 24.7% of revenues in the third quarter of 2018 compared to $15.5 million or 24.5% of revenues in the same period in 2018. Q3 SG&A include cash-based severance expense of $700,000 and $2.4 million of non-cash stock comp severance expense related to the termination of HealthPocket's 2 founders. We believe that we currently have the right management team in place at Agile to meet the growing consumer demand.

Turning to our core SG&A, we believe that this metric is a good measure of our scalability. Core SG&A for the quarter, that is total SG&A adjusted for stock-based compensation, transaction costs and indemnity

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

severance, restructuring as well as marketing leads and advertising expense, was $9.9 million or 13.3% of revenues in the third quarter of 2018, compared to $10.2 million or 16.2% of revenues in the same period in 2017. A driver of this improvement in this metric continues to be our highly scalable technology platform, integrating carriers and distributors, while allowing consumers to quote their policy, buy their policy, print their insurance card, any electronically secure health insurance coverage.

EBITDA was $6.7 million in the third quarter of 2018 compared to $9.9 million in the third quarter of 2017. As I previously mentioned, Q3 2018 EBITDA was negatively impacted by severance expense, primarily related to the termination of HealthPocket's 2 founders. Additionally, HIIQ experienced higher stock compensation expense in Q3 2018 compared to Q3 2017. Third quarter 2018 GAAP earnings per diluted share was $0.22 compared to $0.30 in Q3 of 2017.

Adjusted EBITDA for the third quarter was $14 million compared to $12.9 in Q3 2017. Adjustments to our adjusted earnings include stock-based compensation, severance, indemnity payments and transaction costs. Adjusted EPS for the third quarter was $0.61 compared to $0.46 in Q3 2017. The third quarter 2018 adjusted EPS was favorably impacted by increased revenue from greater policies in force as well as a lower pro forma corporate tax rate compared to last year. We believe that our non-GAAP metrics of adjusted EBITDA and adjusted earnings per share provide a meaningful measure of our financial performance. We provided the reconciliation of our GAAP metrics to our non-GAAP metrics in our earnings press release that was published last night.

We put our cash to work in the quarter. We continued to make advances to distributors based on actual sales. We believe that these advance commissions offer an outstanding return on our cash. Advances assist distributors with working capital, driving exclusivity with our distribution and driving top line sales. We will cover advances on an ongoing basis from future commissions on premiums which are collected over the period in which the policies renew.

In the third quarter, we experienced a sequential increase of $5.1 million in advance commissions for the total of $42.7 million outstanding at the end of the quarter. During the quarter we bought back approximately 311,000 shares of our stock for about $15.7 million as part of a previously announced share repurchase program. We're about halfway through our authorized stock buyback program. We've continued to execute on this initiative.

Accordingly, cash and short-term investments totaled $33.1 million at the end of the third quarter of 2018, lower by $10 million from the prior year and down $16.1 million sequentially. We ended the quarter with no debt. Our advanced commissions appear as a use of cash from operations. Alternatively, one could consider advanced commissions as a financing tool that we use to grow our business.

Now I'd like to comment on the ASC 606 revenue recognition accounting standard that we're adopting on December 31, 2018. This change will be retroactive throughout 2018. Under this standard we have determined that we have 2 groups of performance obligations which we define as, one, sales and enrollment; and two, billing, collecting, and member support. While our adoption of ASC 606 will not change how our business operates, we believe that our adoption of the standard will have a material impact on our consolidated financial statements by bringing forward how we recognize revenue.

We'll now recognize the sales in enrollment component of our revenue at a point in time or at upfront based on the amount of total estimated lifetime duration for each insurance product or discount benefit plan that we sell. We will continue to recognize the billing, collection and customer service component of our revenue over time as we continue to perform these services. The sales enrollment component of our revenue in any given quarter will be driven almost exclusively by new enrollments that we generate during the quarter. We currently estimate the marketing enrollment component of our revenue to be between 80% and 90% of our revenue. But detailed analysis is underway.

We believe the adoption of a ASC 606 will have a nominal impact on our expense recognition for our owned e-commerce channel as we already expensed the digital marketing cost as incurred. However, we believe, we will accelerate third-party commissions for our non-owned third-party license agent sales channel. Therefore, providing matching of revenue reported and expected third-party commissions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2018 EARNINGS CALL | OCT 30, 2018

Accordingly, the 2 key metrics that are essential in understanding and forecasting our revenue going forward include the number of new enrollments or submitted policies and the expected duration of those submitted policies. As I mentioned, the expected average duration is a key component of our revenue recognition calculations. We developed sophisticated data-driven models using our historical data and we took a conservative approach in determining the expected average duration for each type of product that we distribute on our technology platform. Simply put, the expected average duration is multiplied by the sales enrollment component of our revenue to determine the upfront revenue that is recognized. Accordingly, the expected average duration is multiplied by the expected third party commission expense to determine the upfront third-party commission.

From a balance sheet perspective, as we recognize upfront revenue, we'll have a corresponding increase in accounts receivable. As we receive members' payments, you will see these reflected in our cash flow statements as well as the balance sheet as an increasing cash and offsetting decrease in accounts receivable. As we adopt this new accounting standard, we will endeavor to be even more transparent and align the metrics that we provide each quarter with ASC 606 revenue recognition. Our submitted policies, policies in force and cash flow will remain unchanged.

It's important to note that we, along with our auditors, are still in the process of evaluating the historical effect to the new accounting standard on the 2018 restated financial statements. As we complete our evaluation, we may modify our assumptions and judgments or new information may arise that could cause our restated 2018 financial statements to be materially different than the estimated ranges that we are presenting here for comparison purposes.

Our adoption of ASC 606 will likely increase the quarterly variances of our reported numbers. As an example, our e-commerce channel sold mainly 3-month short-term major medical insurance products prior to the fourth quarter, with an average duration of just over 2 months. Starting October 2, Agile refocused on selling 12-month short-term major medical products with an average duration of over 8 months. A greater than 3x improvement in lifetime value. The lifetime revenue value of that enrollment will be recognized upfront as opposed to when the member pays monthly for their coverage. We plan to provide 2018 restated financials with our fourth quarter 2018 earnings release.

Although we will not be utilizing our current revenue recognition policy next quarter, we are raising our full year 2018 guidance for revenue and adjusted EBITDA under our current revenue recognition policy to indicate how our business is performing. For revenue, we are raising $1 million, now ranging from $294 million to $304 million, and adding $1 million to our adjusted EBITDA now ranging from $56 million to $59 million. We reaffirm our adjusted earnings per share to be between $2.47 and $2.57. We are currently evaluating our reporting metrics that we will report in the future, but we believe the results will be favorable.

As Gavin mentioned, we're excited about the potential future opportunities of our business. We also continue to focus on the expansion of our innovative product offerings and expansion and training of our distribution networks, including both existing and new distributors. The regulatory tailwinds of rolling back the STM rule, allowing short-term major medical to become a better option for consumers, and the elimination of the mandate tax penalty for consumers who do not have ACA compliant health insurance, will be a catalyst in 2019. We remain committed to maximizing our e-commerce opportunity, providing best-in-class compliance and customer service and driving scalability through our technology platform, culminating in an outstanding customer experience.

Thank you for your time today. With that I'd like to hand the call back to Gavin for concluding remarks before Q&A. Gavin?

**Gavin D. Southwell**
*President, CEO & Director*

Thank you, Mike. As we're going to open-enrollment with products available for the short term medical opportunity that we believe no other company is currently offering as we our first to market, as well as many other types of products that meet consumers demand and needs. We are positioned to be able to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

take advantage of that ever-changing landscape in 2019 and the years beyond, all built on our new next-generation technology platform, MyBenefitsKeeper.

HIIQ continues to be uniquely positioned to take advantage of the growing demand for affordable health insurance solutions, and we will continue to provide a safety net to consumers in that family who otherwise would be unable to find an affordable solution. We are focused to continue to be a leader in our market and reach as many consumers as possible. I am even more excited about the future than I have been in the past. And I look forward to explaining the opportunity ahead of us as we travel and meet with investors.

With that I'll hand it over to the operator. Operator?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Michael Grondahl from Northland Capital Markets.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Two quick questions. One, how much larger is your distributor base this year going into open-enrollment versus last year? Any way to quantify that Gavin?

**Gavin D. Southwell**
*President, CEO & Director*

Yes. It's significantly larger than we ever had in the past. We -- our largest distributor is a relatively new partner, which is really encouraging to see. We've added distribution that has a lot more agents, a lot more licensed salespeople than we've ever had before. So certainly the scope, the ability of us to reach more consumers is far greater than we've ever had. We try not to talk about individual distributors because as you know commercial sensitivities. But, we certainly have significant new distribution. And in the second quarter we added about 20, in the third quarter we added about 12. I mean, that's more than 30 new distribution sources, so we're in really good shape.

**Michael John Grondahl**
*Northland Capital Markets, Research Division*

Got it. And on the association plans, when do you think you'll write your first policy?

**Gavin D. Southwell**
*President, CEO & Director*

So there's different parts to when the rules kick in. It's generally people will talk about it as being kind of April. But there are options starting, kind of, 1st January. So we're working on it actually now. We see an opportunity to be first to market or certainly take a leading role, so I'd expect something on that pretty quickly. But the rules are still solidifying, I guess. So we're spending a lot of time speaking to local regulators, federal regulators. But there's team of us that urges distributors, carriers, this is a active project which everyone's really excited about. Besides the opportunity with what's been happening in small group, particularly, opens up a whole new area for us. So we're really motivated to get on with it. So, yes, I'd expect something pretty soon. Thank you. Appreciated. Thanks.

**Operator**

Our next question comes from the line of Mark Argento with Lake Street Capital Markets.

**Mark Nicholas Argento**
*Lake Street Capital Markets, LLC, Research Division*

Just a couple of things around policies, in particular. I know like, it sound like October you've seen some decent growth year-over-year. Maybe you can talk about what you expect in terms of policy growth, and not only in total number of policies, but also in terms of, kind of, lifetime value or value per policy. How we should think about that now as your adding in the longer duration opportunities?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, absolutely. I mean, for every distributor there's a cost of acquisition associated with making a sale. And so, I think, once people knew that the longer duration, short-term medical plans were going to be available, a lot of people really started planning for that and keeping a lot in reserve for that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

opportunity. So I think kind of a lead up to that October 2 date, people were planning on hiring, adding resource, training, getting their product mix as optimal as possible. And then, now as those products are available that really allows people to, kind of, fire up, which is what you'd expect, I mean, there's just a lot more people in the market to buy during the fourth quarter, in really in the late part of the fourth quarter. What's really encouraging for those is usually you'd have an expectation that October would be quiet. October is when people tend to shop around and you see a lot of activity in November, when it really it really -- it culminates in December. So for us to see such a positive uptake in October is really encouraging, so yes.

### Mark Nicholas Argento
*Lake Street Capital Markets, LLC, Research Division*

And then just wanted to clarify on the CMS, the rule change there. Could you just encapsulize a little bit for us, what that effectively means? Is that a mean that you guys could -- can start or the states can now get subsidies, so opens up a whole new market opportunity for you? It's kind of hard to understand that?

### Gavin D. Southwell
*President, CEO & Director*

No, it really does. So, I mean -- so right now the only state have a vast amount of subsidies available which can -- which historically can only of being used to ACA products. So the vast majority of ACA purchases -- and I'm doing the remedies there are fully subsidized, over 80%. So going forward, if states apply for these exemptions and they get a waiver, they'll be able to apply subsidies to other products. And so, if you apply a subsidy to a short-term medical or an association health plan, that's a significant saving for the state, because simply either of those products is considerably cheaper than the cost of Medicaid or the cost of an ACA plan. So if you compare a short-term medical or an association plan for benefits available, for lots of people, you could argue that that would be a better use of the subsidy. I mean, not for everybody, but certainly for certain people. So we think that is a real interesting change. As with all lot of work to do, we people haven't applied for these yet. But the fact that they have the ability opens up a pretty vast opportunity, especially considering with several years into the ACA we can all see the impact of subsidies. Allowing those subsidies to be spent elsewhere is a big thing. There is a strong argument that people on Medicaid -- Medicaid's a good thing, it's good for people to have that safety net. But if they could get a product with a lot benefit rich, but it's also a saving for the state government or the federal government, then you've got a very compelling proposition. Thank you.

### Operator

Our next question comes from line of George Sutton with Craig-Hallum.

### George Frederick Sutton
*Craig-Hallum Capital Group LLC, Research Division*

Gavin, just to follow up on the last question relative to the CMS subsidy. Our assumption has been that it would be largely red states applying for this, I believe, Texas and Idaho are likely to be the first states to apply. Do you have a viewpoint on that in terms of what you're expecting in terms of state participation?

### Gavin D. Southwell
*President, CEO & Director*

Yes, I think that's fair. I think that red states are likely to embrace something like this. Blue states, not so much. But I do think it depends on that -- what's happened in those individuals states. There are some examples where because of the demographic in a way which rural or city based, at which salary, things like that, things that really impact the subsidy levels, have had a big impact on take-up of the ACA. So we'll work with states where we know the Department of Insurance well and with lot of people out there who just want to do what's best for the consumers. So we can show them a very happy consumer base, we can show them, a very low number of complaints, a very high number customer satisfaction. There's a very compelling proposition. So I think, broadly, yes, you'd expect some of the red states to be the first to see this. But ultimately, I think, if you can show some success, it just opens up a whole new area. So the ability to create a new types of products specifically for states, and then -- that's where we get

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

very excited. For us we're product agnostic. We will develop new types of products specifically for states, specifically for this and we have the relationship to carriers, the capital to be able to do that.

### George Frederick Sutton
*Craig-Hallum Capital Group LLC, Research Division*

I wondered if you could break down the term that you now were 1 month into the new rule, what you're seeing in terms of the customer interest, in terms of duration is? My assumption has been that when we start looking at people that want to protect themselves beyond 12 months for policies, that's a much broader and different market than necessarily somebody trying to protect themselves just for 3 months, what are you seeing there?

### Gavin D. Southwell
*President, CEO & Director*

No, you're absolutely right. I mean, we were very happy to be the first to market with policies that are able to go up to this 36-month point. And we expect it to be honest, in October, to sell a little of that. Over half the policies -- half the short-term medical policies we've sold in October are being 12 months or greater. And out of that, a large portion, a significant have been policies that are able to go up to 36 months, which we're really encouraged by. So I mean, for the consumer, this is a product that can be very suitable for certain demographics if you're in your 20s, or your 50s, when maternity coverage isn't your number one priority. So you can lock in a price for an extended period of time. After what people are seeing in the market for several years, that's something people are very excited about. So we're really encouraged by what we've seen in October. We would have expected October to be perhaps slightly slower than we've seen. So it's certainly very encouraging so far.

### George Frederick Sutton
*Craig-Hallum Capital Group LLC, Research Division*

Lastly, you mentioned the ability to work with carriers that would also offer coverage for preexisting conditions. I track this market very closely. I have not heard of that before. It would seem like that would dramatically expand the potential size that you're going after from a market perspective, can you just go in a little more detail there?

### Gavin D. Southwell
*President, CEO & Director*

Yes, agreed. I mean the -- I mean, most insurance, its priced according to the risk that you are. So home insurance is priced depending on higher flood risk you are. If you have flood cover, it's a big topic here in the U.S. right now. So you can certainly design products that would accept people with preexisting conditions, and you can price accordingly for that and you can manage or block. I mean, look we have a vast amount of data available on the individual market. More so than anyone else that we are aware of. So the ability to work with carriers to say, okay, a criticism that comes back is visibility to cover preexisting conditions. Okay, so let's develop products that cover preexisting conditions, and let's do that through short-term medical. So let's give people the options, and that's what we're doing. But it does absolutely open up a whole new demographic. And the simple fact there is, with preexisting condition as well people talk about it as one thing. You can have a preexisting condition that's several years old, but will undoubtedly be covered. You can have a preexisting condition that was very recent. It's about understanding about consumer's specific demands and needs and giving them the right products to them. So being able to give our distribution an option that covers preexisting conditions and having different options within that as well, so you can really tailor, that's the key to having happy consumers and happy consumers last longer, higher lifetime values, that's all the good stuff we want. So, yes, it's a big shift, it's an important shift and we're very proud to be able to work with carriers to be able to do that.

### Operator

Our next question comes from the line of Greg Peters from Raymond James.

### Charles Gregory Peters

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Raymond James & Associates, Inc., Research Division

I had a couple of questions. First, I guess just stepping back, and I know you talked a little bit about this in your prepared comments on submitted applications. This year has been affected by, I guess, some mix shift of distribution partners. Do you anticipate the fourth quarter for the -- will start to see a reversal of this negative submitted application trend that's been existing for the first 3 quarters? And I guess in the context to the total adjustable market going up by up to $3 billion you would anticipate that that would be the case, but maybe this should be a way for you to clarify that?

### Gavin D. Southwell
President, CEO & Director

Yes. No, no, no. Absolutely. I mean, we made a shift about a year ago. We had wanted one or 2 distributor doing high volumes at very low margin which were real outliers compared to kind of everybody else. So you might have 5 different plan options, plan 1 at $80, plan 5 at $600. And really we want people to be offering plans that are as benefit rich as possible, and so plan 3, plan 4 is where 18, 19 of our top 20 distribution would be. And that would also generate a better margin from a distributor for us and then carry a higher customer satisfaction, all these good things. So we made that transition. It kind of a crystallized in Q2 and it kind of came out under watch in Q3. In Q4 we do expect that to reverse, we're ahead October to October prior year. And also slightly impact of Agile. Agile has historically done a large amount of units so them restricting a policy from 12 months to 3 months had a really big impact. But we changed the way that we reported Agile. We included other e-commerce channels in there as well which have grown over time, which slightly masks the impact of Agile. We might have another look at how we report that. And so, a big drop there which reverses kind of from October 2 coming on. And then lot of this new distribution we've added, we've added them specifically for the fourth quarter. So people we added in Q2, some of them are sold policy, but a lot of them really has been ramping up towards this opportunity. So going forward, we do see that not being the case, because like you said, we've had some things to kind of of transition out 1 or 2 partners, historic partners, and everybody else is pretty consistent. I hope that's helpful.

### Charles Gregory Peters
Raymond James & Associates, Inc., Research Division

Yes, that is helpful. Thank you, Gavin. Just a follow-up on the new distribution partners and I know you answered the previous question on that. Can you talk a little bit about the upfront expense associated with bringing on new distribution partners? And I guess, Mike, this is a good way for you to step in as well. Does the new accounting standard affect the way you account for upfront expenses with new distribution partners as you continued to change and evolve over the course of the next couple of years?

### Gavin D. Southwell
President, CEO & Director

Yes, I mean in terms of adding partners, I mean with a lot of time, energy, and effort to do it. We travel a lot, we visit people, we do a lot of training on the products and things like that. So it's really a timing issue. The impact of this with this never-ending regulatory review that does take up more time because you have time for lot more questions. We have to show people all those different compliance, customer service, all of that kind of stuff. But we're still being very successful at adding this significant new distribution. But in terms of house tours, that isn't significant. That's really just normal kind of day-to-day business types. So I'll hand over to Mike to talk about kind of how we sort of recognize the expense, the cost, the revenue, things like that.

### Michael D. Hershberger
CFO, Treasurer & Secretary

Sure. Good morning, Greg. With respect to ASC 606 it does not impact our onboarding costs, so we will expense those costs as incurred. And as Gavin said, it's not a big cost. We were focused on training and compliance, especially so we're absolutely laser focused on those components, but it's part of our process. And so it's really not a significant added cost there. With respect to commission expense for those distributors, we do expect to accelerate the commission expense. However, they're selling longer-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

term products, so we'll bring forward the revenue and the commission components of those third party distributors.

### Charles Gregory Peters
*Raymond James & Associates, Inc., Research Division*

I guess one final question would be -- and I know you mentioned this in the beginning part of your call. But can you just update us on your insurance carrier partners and just you talk about being the first to market with policy that's up to 36 months. Can you talk to us about who are your partners with this and how that process has evolved this year?

### Gavin D. Southwell
*President, CEO & Director*

Yes, we've added several new partners in the period which we're excited about. Some well-known in the health insurance market and some are new to the market. People we've brought in, who want to get into the space. Based on data and the expertise we've been able to share with them. We are being a little sensitive around giving the specific names of that on this call just because we have got this head start on our market at the moment and that's certainly being successful. Some of our distributors have asked us to just be a little sensitive around that. I'm sorry not being more helpful. You can't names of different carriers and stuff, but we have a number of carriers with this unique products.

### Charles Gregory Peters
*Raymond James & Associates, Inc., Research Division*

And Gavin, just a final follow up to that. Can you just -- can you speak to what you're seeing from the other major players in the short term medical market? And I'm speaking UnitedHealthcare, Humana, National General those guys. Are you seeing any change in their positioning as a result to this?

### Gavin D. Southwell
*President, CEO & Director*

Yes. We have seen people certainly trying to ramp up commercial efforts in terms of incentive and things like that they're offering distribution. That's something that we're very alive to, and obviously we need to compete with stuff like that. And we feel really good around the commercial deals that we have out there. Where the distributors are getting really interested is the real benefits of the program, because lifetime value, lifetime value, lifetime value. A lot of people weren't looking at it this way. They were looking at unit sales and they were looking at the first month sales. And we really educated people on -- if you sell a competitor's product that might last X amount, if you sell our products it will last longer, because if they have a query we're onto the phone in a couple of second, they wouldn't have a complaint because of the way we do customer service. So we really try to educate people on lifetime value. And so when they're looking at the offerings of competitors which is certainly more competitive than they have been in prior years, they're looking at it from a financial components. But also we're a company we're really easy to do business with. We pride ourselves on being a great partner. We've spent weeks showing everybody this new consumer portal, MyBenefitsKeeper. Our distribution loves that. We spend significant amounts of money to really benefit them, because if retention improves, that's free money for a distributor. There's no cost associated with that. So we've definitely seen increased competition, that's for sure. But we're really well positioned to win in the competitive environment. We feel we haven't lost any distribution that we're aware of in the period which is really, really encouraging. You'd expect something, right, but we're not aware of any kind of significant loss, yes. Thank you. Appreciated.

### Operator

Our next question comes from the line of Richard Close from Canaccord Genuity.

### Richard Collamer Close
*Canaccord Genuity Limited, Research Division*

Just on the multistate, you hit on that a little bit. Just if you can clarify maybe where you are in the process of negotiations or settlement. And you talked about the accrual, the line item in the adjusted

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EBITDA reconciliation. The expense there for legal is, I think, $1.3 million for the 3 months and $2.3 million for the 9 months. So how do we think about that as you have accrued for the settlement?

**Gavin D. Southwell**
*President, CEO & Director*

Yes. So previously we agreed with the chief examiner and the people involved in the examination that we would be able to disclose a proposed deadline for resolution. So we shared that and we all worked very hard to keep within that, we've had a meeting at the beginning of October to talk about the route to resolution. And everything around that process -- lots of things, it's a confidential process and we have to be very respectful of that process. And so we are limited in what we can and can't talk about. We are absolutely working towards a friendly conclusion to this and that's what everyone is working towards. But until it's finalized, the best we have is working with our accountants, our auditors, our advisors and things like that. We've made an accrual because that was considered the right thing to do, people can look at that. I think that's -- it's a guide and we will update people as best we can as we go for it.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Just to hit on the preexisting conditions, how does that work in terms of someone is interested in buying insurance, they have this preexisting condition. When does that come into play right? So if I am on agilehealthinsurance.com, I am looking at different products there, searching around. Let's say I do have a preexisting condition, are the plans there listed includes preexisting condition or how is that determined in terms of between the consumer and the carrier in terms of -- how does it adjust the premium. Just the mechanics associated with that, I am just curious.

**Gavin D. Southwell**
*President, CEO & Director*

Yes. So generally what will happen health insurance is very similar to other types of insurance where it will be underwriting questions which will be asked generally and let's just say do you have any preexisting conditions and then what are they? And then depending on what the preexisting conditions were and when they occurred would depend on what type of policy could be appropriate for you. So if you have a preexisting condition and it's 10 years old, well, then generally as a rule of thumb, well that would be accepted on most policies. If you got a preexisting condition that was several months ago, well, then that that would be more of a challenge as you might accept. It would be same as you have -- if you have a, if it burned down a few months ago that's very different for underwriting then if you had an incident 10 years ago. And so it does depend on the type of preexisting condition and when it was. And then there is lots of different variations that is why we have so many different types of products. You can either be accepted for a policy, but that condition would covered as fully or you would be accepted, that condition would be covered to a certain value. You could be accepted for the policy and that specific condition would be excluded, but you would be covered for all of the items and so on and so on. So generally people buying online that tends to be a more simple and straightforward purchase. If you had a lot of preexisting conditions and would were doing that application online, it's likely that you'd end up having a conversation with somebody to really make sure you are getting the right product for your demands and needs. So that -- that's something that might be more suitable for a broker conversation, a licensed agent. I am not saying it isn't possible, but as you increase complexity in any type of online purchase, it might be easy to have a conversation. So the short answer is, that's a long answer and it depends on the exact requirements of the consumer. But this is inherent with health insurance, this is inherently a complex product. And so if any of the answers to the questions are I am not sure or maybe, then you will better off speaking to a licensed agent who can really guide you through that process and finds the right products for you. So we are excited lots of those different options and it depends on peoples' budget as well. If you pay more money than you will be covered -- if the scale is uncovered for everything, including all preexisting conditions, well, that will costs more money than a product that excludes certain items. So we're happy to be able to reach as many people as possible. But generally building a block of business that has healthy consumers on it is very favorable for carriers and underwriters and it allows us to basically look at the profits they are making and take a greater share of that profit. So kind of both

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sides we have an option for a win. So I know that -- I'm trying to give as much detail as possible. I hope that's helpful, but it is a relatively long answer. Yes.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

So what about the 36-month policies that you are selling. If I get something, something happens in that first year, am I covered -- you said the price is locked in -- am I covered with that condition for the whole 36 months?

**Gavin D. Southwell**
*President, CEO & Director*

Yes.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Okay.

**Gavin D. Southwell**
*President, CEO & Director*

Yes, there is a short answer. I am so proud of myself, yes.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

That's fine. Mike, so with the 606, just walk us through -- I understand the recognizing of the revenue. How should we think about the expenses again? I just wasn't necessarily clear on how the expenses are supposed to flow under 606? And then second question there on 606, obviously your guidance is under the old accounting standards when you report the fourth quarter will you do a restatement in terms of present the quarter under the old and the new?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

That's an easy answer. The answer to that one is, yes we will provide the old and the new when we report 2018 earnings and that will be when we report our fourth quarter earnings. The second one is with respect to the expenses. So ASC 606 really doesn't address expenses. But as we look at the accounting standards we believe that the commissions that we pay our distributors will be brought forward along with the revenue. So our normal SG&A, no impacts; salaries, no impact; professional fees, no impact. With respect to third-party distribution costs those will be accelerated.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

And then let's say I buy a 36-month program and -- or policy and then I -- after 14 months I bell on it, walk away, what happens then in terms of the revenue and commissions?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

The way that we'll evaluate that is we'll evaluate what I would term maybe tranches of products and we'll do that on a tranche by per month and we'll look at the propensity of consumers to stay on. So we'll say on average the consumers are going to stay on 14 months. And so some consumers stay on shorter, some consumers stay on longer. What we'll do then at the end of that period, we'll true that up to make sure that we're reporting the accurate amount of revenues.

**Richard Collamer Close**
*Canaccord Genuity Limited, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

My final question is, I'm on Agile Health Insurance right now and I see a ton of 6-month policies, I see 1 or 2 12 month policies. I'm using a Florida zip code by the way but. Just when do we see the switch from predominantly short term in terms of 6 months or less or 6 months, up to the 12 months, 36 months when do we begin to see that on something like Agile?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, yes. So right now depending on where you are in the states requirements the site has, it has 6 months options, it has 12 months options. We are in the process of adding the 36 months options on the Agile. We are not on that just yet. But they will be there shortly. They will certainly be there for the main part of the open-enrollment season. We did a lot of changes to Agile overall in terms of our marketing spend, our positioning which carriers were emphasizing, deemphasizing. We've been doing a lot of actions to really increase the lifetime value of products and things like that. So there is a deliberate approach to the products that is there for this period. We do a lot of testing, we do a lot of A, B testing. And so you'll that site evolving daily as we go towards the open-enrollment period. It's pretty normal for greater consumers' sites, you test consumer reactions to different things and then you adjust depending on what's more successful. So you'll have 2 different versions of the same site depending on who logs in and you'll judge what works well here and there. So it's got a number of different options. You'll be able to see a lot of 12 months options depending on where you look. But 36 months options is being added. We have it in our other distribution parts and we've had a lot of success selling it already. Agile, there was a number of changes. And our expectation is that 36 months policies would be slow and we have to really -- it would take a while for that to pick up. We've sold a lot more of that than we anticipated. So to be quite open, we didn't see that as a huge priority for Agile. But having seen the reaction, we've moved it up the list. So it was always going to be there by about December busy period. But we've been focusing on some of other items first. So I hope that's helpful.

**Operator**

Our next question comes from the line of Steven Halper from Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

My questions are focused on MyBenefitsKeeper. So is the application live now and if so are there early user metrics you can share with us? And how much did the company invest for this new application?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, thank you. Yes, it's been live for several weeks. We've invested in new types of software that tracks not just how many users are accessing the system, but the exact user experience. So where in the site they're accessing, why, how, how long, all of the usual kind metrics you'd track for a site like this. I mean we've had really positive feedback on that. In terms of spends, it's in the 7 figures. It's been a significant amount. I mean, I give a broad range of $2 million to $3 million in terms of enhancements to that platform. We worked with some third party providers, we've worked with some of the most well-known websites in the world. So we're very proud to be able to work with partners like that. This is a really powerful thing for us. It has an immediate impact in terms of the user experience and that can only help retention. But rolling out the ability for consumers to be able to buy additional products at additional revenue stream is just a really huge step. If you have happy consumers, they tend to want to buy more things from you and we've spent a couple of years creating a base of happy consumers. And so it's an obvious expansion of our offering and we're proud to be able to talk about it. So we've had a good reaction, even putting in the new brand, it's a subtle thing, but it's just really helpful for consumers as well. It makes it clearer. And just the name itself, MyBenefitsKeeper, it allows us to broaden out the offering. As I've mentioned in my prepared remarks, people talk a lot about short-term medical. We sell a lot of critical owners, we sell a lot of accidental death, we sell a lot of Life, dental, vision. These are great products, these are very profitable products. They've got a really strong lifetime value. So something like this just allows us to broaden out our offering.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HEALTH INSURANCE INNOVATIONS, INC. FQ3 2018 EARNINGS CALL | OCT 30, 2018

### Operator

Our next question comes from the line of Randy Binner from FBR.

### Randolph Binner
*B. Riley FBR, Inc., Research Division*

I have 2 questions. The first has to do with -- I think there's been some commentary about the ability of HIIQ given the breadth that you have in the market to potentially renegotiate revenue sharing and other relationships with the insurance carriers. And so my question is, is that the case and if so, in any way you could dimension how that might impact the model as far as the risk premium line? My assumption is that that is a percentage of premium equivalence would go down. Just trying to understand how that could affect the composition of revenue going forward.

### Gavin D. Southwell
*President, CEO & Director*

So we've talked a lot about the data that we have. So really over the last couple of years we've spent a lot of time looking at the performance of a block of business. So we looked at it for lots of reasons. We wanted to make sure it lasts longer, greater lifetime value. But also its given us a really big insight in which parts of our block is performing well and where we can make improvements. And impacts us emphasizing and deemphasizing distributors, changing carriers, product mix, lots of different things. But also it really highlights to us the great service, what a great partner we are to our carrier partners, and of course, we love our carriers. But we are very aware of how profitable blocks of our business are. So we have our core products, but also things like dental, critical illness, vision, all these other parts are profitable blocks. So our ability to go to carriers and be able to share in that profit is very big. It's being restricted. It's harder when you have complicated things like regulatory matters and stuff like that to talk about. A lot of that's going away. Once we get rid of that sort of stuff, our ability to go to carriers is very significant. The adjusted earnings that we make is small compared to the adjusted earnings we're creating for our carrier partners. So our ability to go and take significant benefit by saying, "Hey, look, we have several different provides of this product and we're going to emphasize of all the carriers, but in return we would X,Y and Z". We have an ability to be able to make some really meaningful improvements to our adjusted earnings by doing things like that. There are number of different mechanisms to do it. You can do it as upfront or you can do it as the back. It's the easiest way to describe it, so you can do it as upfront commission or you can do it in other ways. And we're looking at the most efficient process that works for us and our carriers. So our carriers are open to this, some more than others. But there's certainly ability for us '19, '20 onwards to really change what our financials look like simply by doing this initiative. So it'll be very meaningful. It'll be very impactful. The final kind of barrier to it is going to remove pretty soon. So we're really excited about it. It'll be something we'll talk about a lot more as we go forward.

### Randolph Binner
*B. Riley FBR, Inc., Research Division*

And then I want to shift actually over to the 606. And just so I understand this correctly. So you are going to have a lifetime value calculation, I guess, embedded in your revenue recognition going forward. So is there a way that you can describe for us how that works? Is that like an actuarial DCF. Is there a standard for such calculation? Would that kind of calculation be included in the restatement? Am I understanding that correctly that there'll be some kind of, I guess, accounting and management discretion and how you calculate lifetime value?

### Gavin D. Southwell
*President, CEO & Director*

Yes, I mean certainly the last part. I mean we have a huge block of data which shows us the performance of products by type, by carrier, by distributor, really to -- a real minutes of a detail. What we're looking at is the best way to kind of share that with investors. So we'll certainly get more information than we have before. But we have to be a little smart around the best ways to kind of provide guidance first is what's kind of commercially sensitive. So I think the best guidance we can give right now is this kind of tranche view. So saying, okay, so a short-term medical have a lifetime value of about X, the health benefit plan's

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
21

has lifetime value of Y, et cetera, et cetera. That's the reach that we have most likely I think to go down. But we're working through this. There's a number of different stakeholders who were interested in this. All of which have to kind of agree on the approach. So a good way to think about it would be how actuaries look at a carrier point of view. You look at the block and its performance and you get the best view. That's very similar to what we're doing here. So I think that's a good guide and a good way to think about it. I mean, really what it does is -- for us this is good right. I mean, we've been having products that lasted longer all the time, because -- so our lifetime values have been increasing. So we're in a good position to be able to talk about this stuff more. We've been talking about it more over last couple of months to position for this. So it'll be insightful and it'll keep adjusting over time, which is a exciting thing. And the big way it will make a very dramatic impact will be Agile. So their products lasting multiples longer than it used to, has a direct correlation to their lifetime value. So we expect to see that having a really nice impact. Thank you.

**Operator**

Our next question comes from the line of Frank Sparacino from First Analysis.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

Just to clarify Mike on the comment you made about up 10% in October, is that submitted applications for the month of October year-versus-year?

**Michael D. Hershberger**
*CFO, Treasurer & Secretary*

That is correct.

**Frank Sparacino**
*First Analysis Securities Corporation, Research Division*

And then just real quick, Gavin, on the AHPs, it's a different market in terms of the people you're writing policies for. So does that require change in terms of how you go to market and distributors, broker relationships et cetera?

**Gavin D. Southwell**
*President, CEO & Director*

Yes, yes, and this is a nice thing about us adding new distributors as we go along. We've added some distributors in the last year who are involved in that small market space, who were interested in those because of that kind of near-term opportunity with things like short-term medical and health benefit plans and write some good business. But really what they wanted is, they wanted a partner who could be a better partner than the ones they currently have in small group. So something like us, just like look, we'll be able to bring you new products. But as well those products will also, we won't make any mistakes on your billing. A lot of these big firms, they have very old technology platforms, they make a lot of errors. So you get lot of drop-offs. So for every 1,000 sales hundreds of people fall off, right? So we definitely got an opportunity there with some new distribution that we grow in relationships. Because you're right, it is a different type of proposition. But, look, we're a great partner because of things like the investments we make in technology, customer service. We spend a lot of our own money to make ourselves a partner because we've been building for bigger opportunities like this for some time. So we're excited about what we're seeing out there and we've got a good chance to be first to market with some really exciting propositions. Thank you. Hope that helps.

**Operator**

Ladies and gentlemen, we have reached the end of the question-and-answer session. And I would like to turn the call back to Gavin Southwell for closing remarks.

**Gavin D. Southwell**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Very well. Thank you everybody for your time. We always appreciate the opportunity to speak to you all and we look forward to talking more about our results and our future plans as we go forward. So have a great day and we'll speak again soon. Thanks now.

**Operator**
This concludes today's conference. You may disconnect your lines at this time. Thank you for your participation.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.