UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| JULIAN KEIPPEL, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 8:19-cv-00421-WFJ-CPT |
| HEALTH INSURANCE INNOVATIONS, INC., GAVIN SOUTHWELL, and MICHAEL HERSHBERGER, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**SECOND DECLARATION OF LAUREN VALIENTE
IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**

I, Lauren Valiente, certify and declare:

1.  I am an attorney associated with the firm of Foley & Lardner LLP, counsel for Health Insurance Innovations, Inc. ("HII") and Messrs. Southwell and Hershberger (collectively, the "Defendants") in the above-captioned matter. I am duly admitted to practice law before the Courts of the State of Florida and have been admitted in this Court. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

2.  Attached hereto as Exhibit A is a true and correct copy of the Receiver's First Interim Report cited in Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Opp.") (Opp. at 1, 5, 9, 16, 19) filed in *Federal Trade Commission v. Simple Health Plans,* Case No. 18-cv-62593 (S.D. Fla. April 12, 2019), ECF No. 122.

4838-9849-1051.1

3.    Attached hereto as Exhibit B is a true and correct copy of an October 5, 2017 e-mail cited in Plaintiffs' Opposition to Defendants' Motion to Dismiss ("Opp.") (Opp. at 2, 6, 11, 12, 15) and attached as an exhibit to the Federal Trade Commission's Reply Memorandum in Support of Preliminary Injunction filed in *Federal Trade Commission v. Simple Health Plans,* Case No. 18-cv-62593 (S.D. Fla. April 8, 2019), ECF No. 116-6 at 24.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of October 2019.

  /s/ Lauren L. Valiente
Lauren L. Valiente
FL Bar No. 034775
lvaliente@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602-5810
Tel: 813-229-2300
Fax: 813-221-4210

*Counsel for Defendants Health Insurance Innovations, Inc., Gavin D. Southwell, and Michael D. Hershberger*

4838-9849-1051.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 28, 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.


/s/ Lauren L. Valiente
*Attorney*

3

4838-9849-1051.1