# EXHIBIT B

**To:**     Steve Dorfman[SDorfman@simplehealthplans.com]; C. Girouard[CGirouard@simplehealthplans.com]
**From:**   Amy Brady
**Sent:**   Thur 10/5/2017 11:53:58 PM
**Subject:** Fwd: ALM█████ K███ R█████-Current Retention calls

See below.  Very, very important that this gets corrected immediately.  Call me to discuss. Thx

Begin forwarded message:

> **From:** "Christine Gillis" <cgillis@hiiquote.com>
> **To:** "Amy Brady" <abrady@hiiquote.com>, "Dan Garavuso" <DGaravuso@hiiquote.com>
> **Subject: RE: ALM**███ **K**████ **R**██████ **-Current Retention calls**

2nd batch of calls

--
**Christine L. Gillis**
**Agency Compliance Manager | Health Insurance Innovations**
**P** 877.376.5831 :: 466 | **F** 877.376.5832
**E** cgillis@hiiquote.com | **W** hiiquote.com

CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you

**From:** Christine Gillis
**Sent:** Thursday, October 5, 2017 7:32 PM
**To:** Amy Brady <abrady@hiiquote.com>; Dan Garavuso <dGaravuso@hiiquote.com>
**Subject:** RE: ALM████ K████ R██████ Current Retention calls

1st batch of calls.

--
**Christine L. Gillis**
**Agency Compliance Manager | Health Insurance Innovations**
**P** 877.376.5831 :: 466 | **F** 877.376.5832
**E** cgillis@hiiquote.com | **W** hiiquote.com

CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you

**From:** Christine Gillis
**Sent:** Thursday, October 5, 2017 7:29 PM
**To:** Amy Brady <abrady@hiiquote.com>; Dan Garavuso <dGaravuso@hiiquote.com>
**Subject:** RE: ALM████ K████ R██████ -Current Retention calls
**Importance:** High

Amy,

I've been going through the reviews on retention calls from the past week. I'm sending you the batch that were received 9/28/17-10/5/17. Two of the calls were from last week but the remaining 8 are all from the 2nd or the 4th after the retraining would have been completed.

**MENJIVAR ATTACHMENT C**

PX 32
Page 361

- All of the calls are discussing "up to 70, 75 or 80%".
- Menchaca and Nguyen both get confirmation that 70% will be applied.
- On the Nguyen call, there are statements that the member would have to "be out of your mind" to pay $127/month for a benefit that pays $50 3x a year and that "it would be illegal"
- Several calls direct members to ignore the balances on already processed claims because the provider has not sent the CPT codes to the network. If a claim has processed, network repricing would already be applied.
- Several calls also direct members to disregard benefit information given by "calling the number on the back of the card" as "that only applies to the cash benefit" and to resubmit CPT codes to "the address on the back of your card". The benefit administrator is the only address on the back of the card and if they call the benefit number they are reaching the same company.
- There are several mentions that "we hired two companies to provide you with more benefits".
- On some of the calls, the member is directed to contact Simple or send bills to "us" to make sure they are getting the full benefit picture. This creates confusion around Simple's role.
- We have included a retention write-up from June, Dian Frink, that has now come back as an escalation for comparison. There has not been an appreciable change in what is being communicated.

I'm attaching my notes on the calls and I will send you the call files in separate emails. The reality is: retraining from last week was not effective and this appears to be a widespread issue.

We still have inaccurate information being presented along with agents speaking to subjects they have no visibility on, namely claims processing procedures and status. The communication of 70% has been a consistent challenge for Simple and, we know from experience, these communications result in escalations and complaints. As the internal retraining has not made a change to the communications, we may need to explore other options here.

Please let us know if there are any questions.

Thank you,

--

**Christine L. Gillis**
**Agency Compliance Manager | Health Insurance Innovations**
**P** 877.376.5831 :: 466 | **F** 877.376.5832
**E** cgillis@hiiquote.com | **W** hiiquote.com

CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you

**From:** Amy Brady
**Sent:** Thursday, October 5, 2017 1:58 PM
**To:** Dan Garavuso <DGaravuso@hiiquote.com>
**Cc:** Christine Gillis <cgillis@hiiquote.com>
**Subject:** Re: ALM█████ K█████ R█████

Thank you for this. Last week there was a full retain of all CS & sales agents specifically on 70/30. They think some older agents brought that language back on their own. But it should be done now.
On Oct 5, 2017, at 12:33 PM, Dan Garavuso <DGaravuso@hiiquote.com> wrote:

Christine & Amy - pls see below.

Dan Garavuso
Vice President of Compliance
Health Insurance Innovations
(813) 505-7765

Sent from iPhone
Begin forwarded message:

**MENJIVAR ATTACHMENT C**

**From:** Brian Gamlen <bgamlen@hiiquote.com>
**Date:** October 5, 2017 at 1:27:22 PM EDT
**To:** Dan Garavuso <DGaravuso@hiiquote.com>, Nick Marley <marleynj@gmail.com>
**Subject:** FW: ALM█████ K█████ R█████

FYI

--

**Brian Gamlen**
**Vice President, Operations| Health Insurance Innovations**
**P:** 651-442-8025
**E:** bgamlen@hiiquote.com | **W:** www.hiiquote.com

CONFIDENTIALITY NOTICE (HIPAA Compliance): The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, and have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Susan Adcock
**Sent:** Thursday, October 5, 2017 10:28 AM
**To:** Brian Gamlen <bgamlen@hiiquote.com>; Christine Gillis <cgillis@hiiquote.com>
**Subject:** RE: ALM█████ K█████ R█████

Good Morning Brian/Christine,

I wanted you both to see this email from Dee at ACI right away.  I checked the notes and we do not have any calls from the member or provider, the notes in the system are 4/11/17 agent sent an email to support to update beneficiary to the wife and 5 notes from Walter trying to connect with the member to verify members address beginning 6/27/17 until he reach member on 7/13/17 which the member verified valid address.

Dee asked me to call her and  stated they are getting bombarded with calls from members advising  they are being told the benefits pay 70/30 and that they are being given 954-606-9070 to call for benefits, she also stated some members are saying the Simple Health agents are telling them they are ACI when giving benefit information.  Dee stated that the incorrect information being given by Simple Health to members is getting out of control.....

**Have a Nice Thursday,**
--
**Susan Adcock**
**Customer Service Supervisor | Health Insurance Innovations**
**P** 877.376.5831 :: 350| **Direct:** 813.288.0305
**E** susan.adcock@hiiquote.com | **W** hiiquote.com

**From:** Dolores Ianniello [mailto:dianniello@visit-aci.com]
**Sent:** Thursday, October 5, 2017 11:13 AM
**To:** Susan Adcock <susan.adcock@hiiquote.com>
**Cc:** Brendan Urban <burban@visit-aci.com>
**Subject:** FW: ALM█████ K█████ R█████

Susan,

Please see e-mail below.

Thanks!!!!

**Dolores Ianniello,** *Customer Service Supervisor*
*ACI-Administrative Concept, Inc.*
994 Old Eagle School Road Suite 1005
Wayne, PA 19087-1802  www.visit-aci.com

**MENJIVAR ATTACHMENT C**

dianniello@visit-aci.com (610) 293-9229 ext. 344

**Your Feedback is important to improving our service. ACI is listening... Feedback@visit-aci.com**

**From:** Melody Moretti
**Sent:** Thursday, October 05, 2017 11:11 AM
**To:** Dolores Ianniello <dianniello@visit-aci.com>
**Subject:** FW: ALM███████K██████R███████

Sorry I forgot to cc you on it.

**From:** Melody Moretti
**Sent:** Thursday, October 5, 2017 11:03 AM
**To:** Brendan Urban <burban@visit-aci.com>
**Subject:** ALM0037809 KENNETH RAVENELL

A provider (Irene) called and stated that she had confirmed surgery benefits and cat scans with us at 70% paid. She called 954-606-9070  spoke to a Queisalina #reference # ████5904

**Melody Moretti,** *Customer Service Representative*
**ACI - Administrative Concepts, Inc.**
994 Old Eagle School Road, Suite 1005
Wayne, PA  19087-1802, www.visit-aci.com
mmorettif@visit-aci.com, (610) 293-9229 ext. 337

**Your Feedback is important to improving our service.  ACI is listening...Feedback@visit-aci.com**

Confidential, unpublished property of Administrative Concepts, Inc. (ACI). (c) copyright as of the date of this email. ACI CONFIDENTIALITY NOTICE: This email message, including any attachments and files transmitted with it, are confidential and are intended solely for the use of the individual or entity to whom they are addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable laws. Moreover, this communication may contain the original sender's personal views and opinions, which do not necessarily reflect those of ACI. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies of it from your system. If you are not the intended recipient, be advised that you have received this email in error, and that any unauthorized review, use, disclosure, distribution, forwarding, printing, or copying of this email is strictly prohibited without our prior, written permission.

**MENJIVAR ATTACHMENT C**