UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JULIAN KEIPPEL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. et al.,<br><br>      Defendants. | Case No.   8:19-cv-00421-WFJ-CPT |

## JOINT CONSENT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW

Lead Plaintiffs Oklahoma Municipal Retirement Fund and City of Birmingham Retirement and Relief System and Defendants Health Insurance Innovations, Inc., Gavin Southwell, and Michael D. Hershberger (collectively, "the Parties"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), jointly move this Court for the entry of the proposed Protective Order attached hereto as **Exhibit A** (hereafter the "Joint Motion"). In support of the Parties' Joint Motion, the Parties submit the following Memorandum of Law and state as follows:

MEMORANDUM OF LAW

1.  The Parties are engaged in discovery that may involve the production and disclosure of highly sensitive and confidential material data, information and documents ("Confidential Material"), including information that would be protected health information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

2.    The litigation of this matter, including motion practice, discovery, mediation, and trial, will likely involve disclosure and exchange of such Confidential Material.  Accordingly, a Protective Order will help to ensure confidentiality and safeguard the privacy of the information. As such, the Parties have conferred in good faith and negotiated the Stipulation and Order for the Protection of Confidential Information attached hereto as **Exhibit A (the "Proposed Protective Order")**.

3.    Federal Rule Civil Procedure 26(c)(1) authorizes the entry of protective orders. The Proposed Protective Order will reduce the need for "document by document" litigation before the Court to preserve the confidentiality of discovery materials. *See Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1307 (11th Cir. 2001).  This Court has previously granted such joint consent motions and entered protective orders for the protection of confidential information.

4.    The Parties wish to call to the Court's attention Section 10.1 of the Proposed Protective Order, which permits the Court to view materials designated by the Parties as "Confidential" in order to rule on a pending motion, while still protecting the materials from public view.  The Parties believe this provision will assist the Court in (i) ruling on the substance of pending motions while any motions to seal are pending; and (ii) ruling for or against sealing of any information designated as Confidential material.  Section 10.1 also comports with Local Rule 1.09.  In accordance with Local Rule 1.09(a), the Parties will not file Confidential materials with the Clerk of Court absent a Court order, and will file with the Clerk of Court only redacted non-confidential versions of documents pending the Court's determination of the sealing motion.  The Parties believe that Section 10.1 will ease the Court's determination of sealing issues and facilitate the resolution of substantive motions, including by allowing the Court to view unredacted versions of the Parties' briefs as well as underlying factual matter. If the Court determines not to include

2

this provision of Section 10.1 at this time but wishes to reserve the right to request or approve such *in camera* submissions for its review later, then the Parties request that the Court delete the phrase "unless the Court provides otherwise" in Section 10.1(i) and replace it with "upon prior request by or approval by the Court."

WHEREFORE, the Parties jointly and respectfully request that this Court grant the Parties' Joint Motion, and enter the Protective Order attached hereto as **Exhibit A**.

<u>Local Rule 3.01(g) Certification</u>

I HEREBY CERTIFY that counsel for Defendants conferred with counsel for Lead Plaintiffs on multiple dates including December 20, 2019, January 2, 2020, and January 10, 2020, and all Parties consent to the relief requested herein.

Dated: February 7, 2020                                      Respectfully submitted,


**FOLEY & LARDNER, LLP**                      **SAXENA WHITE P.A.**

*/s/ Michael P. Matthews*                              */s/ Brandon T. Grzandziel*
Michael P. Mathews (FL Bar No. 63988)      Joseph E. White, III (FL Bar No. 621064)
Lauren L. Valiente (FL Bar No. 034775)        Brandon T. Grzandziel (FL Bar No. 58732)
100 North Tampa Street, Suite 2700             Adam Warden (FL Bar No. 873691)
Tampa, FL 33602                                           7777 Glades Road, Suite 300
Telephone: (813) 229-230x                          Boca Raton, FL 33434
Fax: (813) 221-4210                                      Tel: (561) 394-3399
mmatthews@foley.com                               Fax: (561) 394-3382
lvaliente@foley.com                                      jwhite@saxenawhite.com
                                                                    brandon@saxenawhite.com
*Counsel for Defendants*                              awarden@saxenawhite.com

                                                                    -and-

                                                                    Steven B. Singer (pro hac vice)
                                                                    10 Bank Street, 8th Floor
                                                                    White Plains, NY 10606
                                                                    Telephone: (914) 437-8551
                                                                    Facsimile: (888) 631-3611
                                                                    ssinger@saxenawhite.com

                                                                    *Lead Counsel for Lead Plaintiffs*

3

**ABRAHAM, FRUCHTER AND TWERSKY, LLP**

Mitchell M.Z. Twersky (pro hac vice)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
MTwersky@aftlaw.com

*Additional Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

*/s/ Michael P. Matthews*
Attorney

4