**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| JULIAN KEIPPEL, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>               Defendants. | CASE NO. 8:19-CV-00421-WFJ-CPT<br><br><u>CLASS ACTION</u><br><br><br><br><u>JURY TRIAL DEMANDED</u> |

**DECLARATION OF BRANDON T. GRZANDZIEL IN SUPPORT**
**OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,**
**APPOINTMENT OF CLASS REPRESENTATIVES,**
**AND APPOINTMENT OF CLASS COUNSEL**

I, Brandon T. Grzandziel, declare as follows:

1. I am a Director of Saxena White P.A., Court-appointed Lead Counsel for Lead Plaintiffs and proposed Class Representatives Oklahoma Municipal Retirement Fund ("Oklahoma Municipal") and City of Birmingham Retirement and Relief System ("City of Birmingham") (together, "Lead Plaintiffs"). I respectfully submit this Declaration in support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.

2. Attached as Exhibit A is the Expert Report of Chad Coffman, CFA.

3. Attached as Exhibit B is a true and correct copy of a document produced by Defendant HIIQ bearing Bates Numbers KHIIQ-0012851 through KHIIQ-0012852, relevant portions of which Plaintiffs have highlighted for the Court's convenience.

4. Attached as Exhibit C is a true and correct copy of a document produced by Defendant HIIQ bearing Bates Numbers KHIIQ-0012275 through KHIIQ-001299, relevant portions of which Plaintiffs have highlighted for the Court's convenience.

5. Attached as Exhibit D is a true and correct copy of Defendants' Responses and Objections to Lead Plaintiffs' First Set of Requests for Admissions.

6. Attached as Exhibit E is the Joint Declaration of Jodi S. Cox and Jay P. Turner in Support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel.

7. Attached as Exhibit F is the Firm Resume of Saxena White P.A.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2020.

                             Brandon T. Grzandziel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

                             */s/ Brandon T. Grzandziel*
                             Brandon T. Grzandziel