# Exhibit C

Redacted pending Lead Plaintiffs' Motion to Seal
filed May 21, 2020