# Exhibit E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| JULIAN KEIPPEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>Defendants. | CASE NO. 8:19-CV-00421-WFJ-CPT<br><br>CLASS ACTION |

**JOINT DECLARATION OF JODI S. COX AND JAY P. TURNER IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

We, Jodi S. Cox and Jay P. Turner, declare as follows:

1.    We respectfully submit this Joint Declaration in support of Lead Plaintiffs Oklahoma Municipal Retirement Fund ("Oklahoma") and City of Birmingham Retirement and Relief System ("City of Birmingham") (together, "Lead Plaintiffs") for appointment as Class Representatives.  Each of us has personal knowledge about the information in this Joint Declaration relating to the plaintiff with which we are individually associated.

2.    I, Jodi S. Cox, in my capacity as the Executive Director and Chief Executive Officer of Oklahoma, am authorized to make this Declaration on its behalf.  I am an accountant and certified under the Certificate of Achievement in Public Plan Policy ("CAPPP") program from the

International Foundation of Employee Benefit Plans.  Participants of the CAPPP program obtain an understanding in the legal, legislative, plan design and fiduciary aspects of public sector benefit plans. Oklahoma is a public pension system, established in 1966 by state statute, organized for the benefit of current and retired employees in the state of Oklahoma. Oklahoma's members are comprised of over 200 cities, towns, and municipal agencies in the state of Oklahoma, representing approximately 12,200 active and inactive participants. Oklahoma has assets under management of approximately $900 million. Oklahoma is familiar with the obligations and fiduciary responsibilities owed to a class.  Oklahoma purchased significant amounts of HIIQ common stock during the Class Period, and suffered substantial losses as a result of the Defendants' violations of the federal securities laws alleged in the Complaint.

3.      I, Jay P. Turner, in my capacity as Assistant City Attorney for the City of Birmingham, Alabama, am authorized to make this declaration on behalf of City of Birmingham Retirement and Relief System. City of Birmingham is a public pension system organized for the benefit of approximately 7,300 members that include current and retired employees of civil service employees, elected officials, and appointed employees in the City of Birmingham, Alabama. City of Birmingham has assets under management of approximately $1 billion. City of Birmingham is familiar with the obligations and fiduciary responsibilities owed to a class, and has served as lead plaintiff or co-lead plaintiff in several securities class and derivative actions. Notably, City of Birmingham achieved settlements in *In re Wells Fargo & Co. S'holder Derivative Litig.*, No. 3:16-cv-05541 (N.D. Cal.) ($240 million monetary recovery); *In re BHP Billiton Ltd. Sec. Litig.*, No. l:16-cv-01445 (S.D.N.Y.) ($50 million settlement); and *Westchester Putnam Counties Heavy & Highway Laborers Local 60 Benefit Funds v. Brixmor Property Group Inc.*, No. l:16-cv-02400 (S.D.N.Y.) ($28 million settlement).  City of Birmingham purchased significant amounts of HIIQ

common stock during the Class Period, and suffered substantial losses as a result of the Defendants' violations of the federal securities laws alleged in the Complaint.

4. Oklahoma and City of Birmingham understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As class representatives, Oklahoma and City of Birmingham—each institutional investors—are committed to vigorously prosecuting this litigation. Oklahoma and City of Birmingham intend to obtain the largest recovery for the proposed class consistent with good faith and sound judgment.

5. Oklahoma and City of Birmingham have diligently pursued the effective prosecution of this Action. Among other things, Oklahoma and City of Birmingham have reviewed and responded to discovery requests, and prepared for anticipated discovery requests, reviewed the Complaint and various pleadings, and have communicated with counsel concerning the case.

6. Oklahoma and City of Birmingham have acted to protect their own and the Class' interests in this matter by retaining competent counsel in this Action. Oklahoma and City of Birmingham are well aware of the extensive experience of proposed Class Counsel in protecting shareholder rights and class action litigation.

7. Oklahoma and City of Birmingham have been committed to, and will continue to, direct this litigation and maximize the recovery for the proposed class by actively monitoring the prosecution of the action and, where appropriate, attend depositions and/or trial, and continue to oversee the preparation and filing of papers with the Court.

8. Oklahoma and City of Birmingham understand that they owe a fiduciary duty to all members of the Class they represent to provide fair and adequate representation, and to continue

3

to work actively with Class counsel in order to prosecute this action in the interests of the Class members they represent and to try to obtain the best outcome for them, consistent with good faith and meritorious advocacy.

9.      Oklahoma and City of Birmingham seek appointment of Saxena White P.A. as Class Counsel for the proposed Class based on their substantial experience and expertise in prosecuting securities class actions. Oklahoma and City of Birmingham believe that Saxena White possess the necessary experience and resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to City of Birmingham Retirement and Relief System are true to the best of my knowledge. Executed this 20th day of May, 2020.

Jay P. Turner
Assistant City Attorney, Office of the City Attorney

*On behalf of City of Birmingham Retirement and Relief System*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Oklahoma Municipal Retirement Fund are true to the best of my knowledge. Executed this _____ day of May, 2020.

4

_____

Jodi S. Cox
Executive Director & CEO

*On behalf of Oklahoma Municipal Retirement Fund*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Oklahoma Municipal Retirement Fund are true to the best of my knowledge. Executed this _20th_ day of May, 2020.


Jodi S. Cox
Executive Director & CEO

*On behalf of Oklahoma Municipal Retirement Fund*