UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| JULIAN KEIPPEL, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>　　　　　　　　　　Defendants. | CASE NO. 8:19-CV-00421-WFJ-CPT<br><br>CLASS ACTION<br><br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF BRANDON T. GRZANDZIEL IN FURTHER SUPPORT
OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,
APPOINTMENT OF CLASS REPRESENTATIVES,
AND APPOINTMENT OF CLASS COUNSEL**

I, Brandon T. Grzandziel, declare as follows:

1.      I am a Director of Saxena White P.A., Court-appointed Lead Counsel for Lead Plaintiffs and proposed Class Representatives Oklahoma Municipal Retirement Fund ("OKMRF") and City of Birmingham Retirement and Relief System ("City of Birmingham") (together, "Lead Plaintiffs"). I respectfully submit this Declaration in further support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel.

2.      Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Lead Plaintiff Oklahoma Municipal Retirement Fund's Rule 30(b)(6) representative, Jodi Cox.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2020.        _____
                                    Brandon T. Grzandziel

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2020, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF electronic notification system, which will send a notice of electronic filing to all parties of record.

/s/ Brandon T. Grzandziel
Brandon T. Grzandziel

3