**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:   8:19-cv-421-T-02CPT** | **DATE:     August 25, 2020** |
| **HONORABLE WILLIAM F. JUNG** | |
| **JULIAN KEIPPEL, et al.,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**HEALTH INSURANCE INNOVATIONS, INC., et al.,**<br><br>       **Defendants.** | **PLAINTIFF COUNSEL**<br>Lester R. Hooker<br><br><br><br><br>**DEFENDANT COUNSEL**<br>Michael P. Matthews<br>Christina Marie Kennedy<br>Domenick DiCicco |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Shameeka Olden |
| **TIME:** 9:44 AM – 11:31 AM<br>**TOTAL:** 1 hour, 47 minutes | **COURTROOM:** 15B |

**PROCEEDINGS:**     TELEPHONIC MOTION HEARING re MOTION to Certify Class (Doc. 70)

The Court heard argument from Mr. Matthews and Mr. Hooker.

Counsel should email separate proposed orders to chambers and to William_Jung@flmd.uscourts.gov by 1:00 PM on Friday [8/28/2020]. The proposed orders do not have to be disclosed to the opposing party ahead of time, but should be copied to the opponent in the transmittal to the Court.