UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JULIAN KEIPPEL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>        Defendants. | Case No.   8:19-cv-00421-WFJ-CPT |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH NOTICE OF PROPOSED SETTLEMENT OBLIGATIONS UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**

Pursuant to the Court's Order Preliminary Approving Settlement and Providing for Notice (Dkt. 101, ¶ 24), Defendants attach the Declaration of Christina M. Kennedy (the "Declaration") hereto as Exhibit A, stating that Defendants have served notice of the proposed settlement upon those who are entitled to such notice pursuant to, and in compliance with, the requirements of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715 (the "CAFA Notice").

The attached Declaration further states that on December 11, 2020, the CAFA Notice was sent to the Attorney General of the United States, to the State Attorney General for those states shown on Exhibit 1 attached to the Declaration, and the Attorneys General for American Samoa, Federated States of Micronesia, Guam, Northern Mariana Islands, Marshall Islands, Puerto Rico, Republic of Palau, and the Virgin Islands, via USPS certified mail, return receipt requested, on behalf of Defendants.  The CAFA notice contained the documents and information required by 28 U.S.C. § 1715(b).

1

2

Dated: December 22, 2020

**FOLEY & LARDNER, LLP**

*/s/ Christina M. Kennedy*
Michael P. Matthews (FL Bar No. 63988)
Lauren L. Valiente (FL Bar No. 034775)
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Fax: (813) 221-4210
mmatthews@foley.com
lvaliente@foley.com

Christina Kennedy (FL Bar No. 58242)
111 N. Orange Ave., Suite 1800
Orlando, FL 32801
Telephone: (407) 423-7656
Fax: (407) 648-1743
ckennedy@foley.com

*Counsel for Defendants*

2

4838-3026-6579.1