| State of | First Name | Last Name | Title | Address Line 1 | Address Line 2 | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|---|
| State of Alabama | Steve | Marshall | Attorney General | 501 Washington Avenue | | Montgomery | AL | 36104 |
| Territory of American Samoa | Mitzie Jessop | Taase | Attorney General | American Samoa Government | Executive Office Building, 3rd Floor | Pago Pago | AS | 96799 |
| State of Arizona | Mark | Brnovich | Attorney General | 2005 N Central Avenue | | Phoenix | AZ | 85004 |
| State of Arkansas | Leslie | Rutledge | Attorney General | 323 Center Street, Ste. 200 | | Little Rock | AK | 72201 |
| State of California | Kamala | Harris | Attorney General | 1300 I Street | | Sacramento | CA | 95814 |
| State of Colorado | Phil | Weiser | Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| State of 'Connecticut | William | Tong | Attorney General | 165 Capitol Avenue | | Hartford | CT | 06106 |
| State of Delaware | Kathy | Jennings | Attorney General | Carvel State Building | 820 N. French St. | Wilmington | DE | 19801 |
| District of Columbia | Karl A. | Racine | Attorney General | 400 6th Street, NWWashington, DC 20001 | | Washington | DC | 20001 |
| State of Florida | Ashley | Moody | Attorney General | PL 01, The Capitol | | Tallahassee | FL | 32399 |
| Territory of Guam | Leevin Taitano | Camacho | Attorney General | 590 S. Marine Corps Dr., Suite 901 | | Tamuning | GUAM | 96913 |
| State of Georgia | Christopher M. | Carr | Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334 |
| State of Hawaii | Clare E. | Connors | Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| State of Idaho | Lawrence G. | Wasden | Attorney General | 700 W. Jefferson Street | | Boise | ID | 83720 |
| State of Illinois | Kwame | Raoul | Attorney General | James R. Thompson Center | 100 West Randolph Street | Chicago | IL | 60601 |
| State of Indiana | Curtis T. | Hill, Jr. | Attorney General | Indiana Government Center South | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| State of Iowa | Tom | Miller | Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| State of Kansas | Derek | Schmidt | Attorney General | 120 SW 10th Ave, 2nd Floor | | Topeka | KS | 66612 |
| State of Kentucky | Daniel | Cameron | Attorney General | 700 Capital Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State of Louisiana | Jeff | Landry | Attorney General | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| State of Maine | Aaron | Frey | Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State of Maryland | BrianE. | Frosh | Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 |
| State of Massacusetts | Maura | Healey | Attorney General | 1 Ashburton Place | | Boston | MA | 02108 |
| State of Michigan | Dana | Nessel | Attorney General | G. Mennen Williams Building | 525 W. Ottawa St. | Lansing | MI | 48909 |
| State of Minnesota | Keith | Ellison | Attorney General | 445 Minnesota Street, Suite 1400 | | St. Paul | MN | 55101 |
| State of Mississippi | Lynn | Fitch | Attorney General | 550 High Street | | Jackson | MS | 39201 |
| State of Missouri | Eric | Schmitt | Attorney General | Supreme Court Building | 207 W. High St. | Jefferson City | MO | 65102 |
| State of Montana | Tim | Fox | Attorney General | 215 N Sanders St. | | Helena | MT | 59601 |
| State of Nebraska | Doug | Peterson | Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State of Nevada | Aaron | Ford | Attorney General | 100 North Carson Street | | Carson City | NV | 89701 |
| State of New Hampshire | Gordon | MacDonald | Attorney General | 33 Capitol Street | | Concord | NH | 03301 |
| State of New Jersey | Gurbir | Grewal | Attorney General | RJ Hughes Justice Complex | 25 Market Street | Trenton | NJ | 08625 |
| State of New Mexico | Hector | Balderas | Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State of New York | Letitia | James | Attorney General | The Capitol | | Albany | NY | 12224 |
| State of North Carolina | Josh | Stein | Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699 |
| State of North Dakota | Wayne | Stenehjem | Attorney General | 600 E. Boulevard Ave, Dept. 125 | | Bismarck | ND | 58505 |
| Commonwealth of Northern Mariana Islands | Edward E. | Manibusan | Attorney General | Brigada St. | Beach Road | Saipan | MP | 96950 |
| State of Ohio | Dave | Yost | Attorney General | 30 East Broad Street, 14th Floor | | Columbus | OH | 43215 |
| State of Oklahoma | Mike | Hunter | Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| State of Oregon | Ellen F. | Rosenblum | Attorney General | Oregon Department of Justice | 1162 Court St. NE | Salem | OR | 97301 |
| State of Pennsylvania | Josh | Shapiro | Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| District of Puerto Rico | Edificio Intendente | Ramírez | Attorney General | 10 Paseo Covadonga | | San Juan | PR | 00902 |
| State of Rhode Island | Peter F. | Neronha | Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| State of South Carolina | Alan | Wilson | Attorney General | Rembert C. Dennis Office Building | 1000 Assembly Street, Room 519 | Columbia | SC | 29201 |
| State of South Dakota | Jason R. | Ravnsborg | Attorney General | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501 |
| State of Tennessee | Herbert H. | Slatery, III | Attorney General | 425 5th Avenue North | | Nashville | TN | 37243 |
| State of Texas | Ken | Paxton | Attorney General | 300 W. 15th Street | | Austin | TX | 78701 |
| Territory of U.S. Virgin Islands | Denise N. | George | Attorney General | 23438 Kronprindsens Gade | | St. Thomas | Virgin Islands | 00802 |
| State of Utah | Sean D. | Reyes | Attorney General | Utah State Capitol Complex | 350 North State Street, Suite 230 | Salt Lake City | UT | 84114 |
| State of Vermont | TJ | Donovan | Attorney General | 109 State Street | | Montpelier | VT | 05609 |

**EXHIBIT 1**

| State of | First Name | Last Name | Title | Address Line 1 | Address Line 2 | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|---|
| State of Virginia | Mark R. | Herring | Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| State of Washington | Bob | Ferguson | Attorney General | 1125 Washington Street, SE | | Olympia | WA | 98504 |
| State of West Virginia | Patrick | Morrison | Attorney General | State Capitol Complex, Bldg. 1 | Room E-2 | Charleston | WV | 25305 |
| State of Wisconsin | Josh | Kaul | Attorney General | Department of Justice | 114 East, State Capitol | Madison | WI | 53707 |
| State of Wyoming | Mark | Gordon | Attorney General | Kendrick Building | 2320 Capitol Avenue | Cheyenne | WY | 82002 |
| United States | William | Barr | Attorney General | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530 |