UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JULIAN KEIPPEL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>      Defendants. | Case No.   8:19-cv-00421-WFJ-CPT |

**DECLARATION OF CHRISTINA M. KENNEDY REGARDING NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715**

I, Christina M. Kennedy, declare as follows:

1.      I am Senior Counsel with the law firm of Foley & Lardner LLP, representing Health Insurance Innovations, Inc. n/k/a Benefytt Technologies, Inc., Gavin Southwell, and Michael D. Hershberger (collectively referred to as "Defendants").

2.      I make this declaration based on my personal knowledge to provide the Court with information in support of the Notice of Compliance with Settlement Notice Obligations Under the Class Action Fairness Act, 28 U.S.C. § 1715 (the "CAFA Notice").  If called as a witness, I could and would testify competently under oath to the following facts:

   a. Lead Plaintiffs' filed their Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Class, and Incorporated Memorandum of Law (ECF No. 100) on December 3, 2020.

   b. That same day, the Court entered an Order Preliminary Approving Settlement and Providing for Notice (ECF No. 101) ("Settlement Approval Order").  Included with the Settlement Approval Order as Exhibits A-1 through A-3 are copies of the proposed forms of published and direct notification to class members, including notification of their right to request exclusion from the class action.

1

4810-6228-8083.2

**EXHIBIT A**

c.  On December 11, 2020, my office at my direction sent the CAFA Notice to the Attorney General of the United States, the State Attorneys General as listed on Exhibit 1 attached hereto, and the Attorneys General for American Samoa, Federated States of Micronesia, Guam, Northern Mariana Islands, Marshall Islands, Puerto Rico, Republic of Palau, and the Virgin Islands, containing the documentation and information required by 28 U.S.C. § 1715(b).  A copy of the December 11, 2020 CAFA Notice is attached as Exhibit 2.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Dated this 22nd day of December, 2020.

*/s/ Christina M. Kennedy*
**Christina M. Kennedy**

2

4810-6228-8083.2