# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| JULIAN KEIPPEL, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC. n/k/a BENEFYTT TECHNOLOGIES, INC., GAVIN SOUTHWELL, and MICHAEL D. HERSHBERGER,<br><br>    Defendants. | CASE NO. 8:19-CV-00421-WFJ-CPT<br><br>CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JORDAN BROKER REGARDING (I) MAILING OF NOTICE AND CLAIM FORM; (II) PUBLICATION OF SUMMARY NOTICE; (III) CALL CENTER SERVICES; (IV) THE SETTLEMENT WEBSITE; (V) REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

I, Jordan Broker, declare and state as follows:

1.      I am a Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq"). Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice dated December 3, 2020 (Dkt. No. 101) (the "Preliminarily Approval Order"), Epiq was authorized to act as the Claims Administrator for the Settlement in the above-captioned action (the "Action").[1]

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation and Agreement of Settlement, dated December 3, 2020 (Dkt. No. 100-2) (the "Settlement" or "Stipulation") and/or the Preliminary Approval Order.

2.      The following statements are based on my personal knowledge and information provided by Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration as a supplement to my earlier declaration, The Declaration of Jordan Broker Regarding (I) Mailing of Notice and Claim Form; (II) Publication of Summary Notice; (III) Call Center Services; (IV) the Settlement Website; and (V) Requests for Exclusion and Objections Received to Date, dated February 15, 2021 (the "Initial Mailing Declaration").

## I.      MAILING OF THE NOTICE AND PROOF OF CLAIM

4.      At the time of the Initial Mailing Declaration, Epiq had mailed a total of 21,918 Notice Packets to potential Settlement Class Members and nominees. Epiq has continued to disseminate copies of the Notice Packet in response to additional requests from potential Settlement Class Members and nominees.

5.      Through March 12, 2021, Epiq mailed an additional 3,613 Notice Packets to names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. Through March 12, 2021, Epiq has mailed a total of 25,531 Notice Packets to potential Settlement Class Members and nominees.

6.      In addition, Epiq has re-mailed 1 Notice Packet to the person whose original mailing was returned by the U.S. Postal Service ("USPS") and for whom an updated address was provided to Epiq by the USPS.

## II.      CALL CENTER SERVICES

7.      Epiq continues to maintain the toll-free phone number for the Settlement, (855) 914-4697, which became operational on January 11, 2021.  Epiq has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

2

### III.    <u>SETTLEMENT WEBSITE</u>

8.    Epiq continues to maintain the Settlement Website (www.HealthInsuranceInnovationsSecuritiesSettlement.com) which became operational on January 11, 2021, and is accessible 24 hours a day, 7 days a week. Copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Epiq will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

### IV.    <u>REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE</u>

9.    The Notice, Summary Notice, and Settlement Website inform Settlement Class Members that requests for exclusion from the Settlement Class must be received by March 2, 2021, 2021.  The Notice directs Settlement Class Members who wish to request exclusion to mail their request to Health Insurance Innovations Securities Settlement, EXCLUSIONS, P.O. Box 5657, Portland, OR 97228-5657.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

10.    As of the date of this Declaration, Epiq has not received any requests for exclusion. Epiq has monitored and will continue to monitor all mail delivered to this address.

11.    The Notice, Summary Notice, and Settlement Website also inform Settlement Class Members that they may object to the Settlement, the proposed Plan of Allocation or the request for attorneys' fees and reimbursement of Litigation Expenses; the objection must be in writing, and filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are received on or before March 12, 2021.

12.     As of the date of this Declaration, Epiq has not been informed of any objections to the proposed Settlement, the Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct.    Executed on March 12, 2021.

_____
Jordan Broker