**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:19-cv-421-T-02CPT | | DATE:   March 23, 2021 | |
|---|---|---|---|
| **HONORABLE WILLIAM F. JUNG** | | | |
| **JULIAN KEIPPEL, et al.,**<br><br>     **Plaintiffs**<br><br>**v.**<br><br>**HEALTH INSURANCE INNOVATIONS, INC., et al.,**<br><br>     **Defendants** | | **PLAINTIFF COUNSEL**<br>Brandon Thomas Grzandziel<br>Todd Kammerman<br>Adam David Warden<br><br><br>**DEFENDANT COUNSEL**<br>Michael P. Matthews<br>Christina Marie Kennedy | |
| **COURT REPORTER:** Tracey Aurelio | | **DEPUTY CLERK:** | Shameeka Olden |
| **TIME:** 9:30 AM – 9:37 AM<br>**TOTAL:** 7 minutes<br>(3 mins. for Status Conf.; 4 mins. for Motion Hearing) | | **COURTROOM:** | 15B |

**PROCEEDINGS:**   TELEPHONIC MOTION HEARING re Motion for Final Approval of Class Action Settlement and Plan of Allocation (Doc. 105) and Motion for Attorneys' Fees and Litigation Expenses (Doc. 106)

Mr. Grzandziel spoke on behalf of the movant and advised the Court that Plaintiffs have not received any requests for exclusion or objections to the Motions at Docs. 105 and 106.

Mr. Matthews spoke on behalf of the defendants. There were no objections to the Court approving Docs. 105 and 106.

The Court **granted** the Motions. Order to follow.