**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | |
|---|---|---|
| **CASE NO.:   8:19-cv-421-WFJ-CPT** | **DATE:    March 23, 2022** | |
| **HONORABLE WILLIAM F. JUNG** | | |
| **JULIAN KEIPPEL, ET AL.,**<br><br>     **Plaintiffs**<br><br>**v.**<br><br>**HEALTH INSURANCE INNOVATIONS, INC., et al.,**<br><br>     **Defendants** | **PLAINTIFF COUNSEL**<br>Adam David Warden<br><br><br><br>**DEFENDANT COUNSEL**<br>Michael P Matthews | |
| **COURT REPORTER:**  Tracey Aurelio | **DEPUTY CLERK:** | Caleb Houston |
| **TIME:**  10:00 AM – 10:04 AM **TOTAL:**  4 Minutes | **COURTROOM:** | 15B – Tele. |

**PROCEEDINGS:**    MOTION HEARING

Court called to order.

Counsel identified for the record.

The Court addressed the Unopposed Motion for Disbursement of Funds (Doc. 116).

Plaintiff counsel addressed the Court.

Defense counsel addressed the Court.

Court adjourned.