UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIAN KEIPPEL, individually
and on behalf of all others similarly
situated,

    Plaintiffs,

v.                                        Case No: 8:19-cv-421-WFJ-CPT

HEALTH INSURANCE
INNOVATIONS, INC. n/k/a
Benefytt Technologies, Inc.,
GAVIN SOUTHWELL, and
MICHAEL D. HERSHBERGER,

    Defendants.
_____/

# O R D E R

Before the Court is Lead Plaintiff's Unopposed Motion for an Order Directing *Cy Pres* Distribution of Residual Settlement Funds (Dkt. 120). The underlying issue at the lawsuit was access to affordable and honest health insurance. The *cy pres* award should be consistent within this goal. Accordingly, the *cy pres* award of $794.04 goes to:

    Tampa General Hospital Foundation, Inc.
    P.O. Box 1289
    Tampa, Florida 33601

- 2 -

This is a 501(c)(3) organization that is the Tampa Division's "safety net hospital, providing 33 % of the charity health care costs in Hillsborough County."  This is an appropriate "echo" on the complaint here.

      **DONE** and **ORDERED** in Tampa, Florida on August 28, 2023.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record